Tab 1

Yahoo! Mail - wbcms1960@yahoo.com        Page 1 of 5

Case 1:05-cv-02399-GK        Document 1-2        Filed 12/14/2005        Page 2 of 30

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=2568_1429863_1145_655_2214_0_722_4296_1171095511&Idx=3&YY=91816&inc=25&order=down&s
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo!   My Yahoo!   Mail     Make Yahoo! your home page

Search the Web        [ Search ]

**YAHOO!** MAIL   Welcome, **wbcms1960**
                  [Sign Out, My Account]

Mail Home - Mail Tutorials - Help

# ONE FREE MONTH COUPON

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options

[ Check Mail ] [ Compose ]                    [ Search Mail ] [ Search the Web ]

Get VONAGE & get 1 month FREE!

**Please register your mobile phone to activate this feature.**

Folders[Add - Edit]

Register your phone to receive a text message when you receive Mail from particular senders.

- Inbox (15)
- Draft
- Sent
- Bulk[Empty]
- Trash[Empty]

Previous | Next | Back to Messages   Printable View - Full Headers

[ Delete ] [ Reply ] [ Forward ] [ Move... ]

What's your

Credit Score?

This message is not flagged. [ Flag Message - Mark as Unread ]

Date:    Tue, 20 Sep 2005 09:09:28 -0700 (PDT)
From:   "Brad Chism" <wbcms1960@yahoo.com>   📷 Add to Address Book   📱 Add Mobile Alert
Subject: Re: new venture
To:      leeilro@gmail.com

Get your Degree!

Fast, Free info.

```
please forward to chad as i dont have his email
address now.

Cirlot -- yes, we will want to take pieces of this.
we cannot afford all of this even if we wanted it.  i
will talk more about it in email tonight.

fiscal year -- i will talk to other accts about all
this.
```



Refinance Now!

Rates Still Low



ScaryDownloads!

Happy Halloween

leaving WC -- talked to two corporate lawyers who say
our exposure is twofold: 1. if we take propriety,
trademarked or patented systems. There is nothing in
WCI like that so we are alright. 2. If we try to
break a contract between WC and a client. Again,
there are no signed contracts with clients til the
last week or so. It gets a little fuzzy after that.
For example, in AR, WC has verbal commitments from the
Beebe campaign. The lawyers doubt that a lawsuit
against us for going after that one would stand up but
advises us to try to work out most of these issues on
the front end. they say 90% of litigation is avoided
if we sit down and say "we want to leave on good
terms. Let's talk bout some of the things in the
pipeline. If he's smart, he'll agree to do this as he
wont want an ugly split anyway. The other thing we
need to avoid is emailing to a WC newsletter list --
they might argue that WC put this together over the
years and we're pirating it. What we need to do is
download the contacts we want--only those that are
public inforrmation from other sources--and then use a
standard outlook format for them now. The big thing to
avoid is leaving on one day and then at 5 p.m. the
same day batch emailing to the entire WCI database.
That's borderline legality but it's a slap in the face
and is likely to generator ill will

when we leave -- i think we need to try to hang on
thru November elections. We either need to leave this
week--and only after we land a $X00,000 project and
convince them to go with us, or wait as long as we can
in 05, giving WC good service til the day we walk out.

Will write more later.
--- Ilro Lee <leeilro@gmail.com> wrote:

> This is what I sent to you and Chad last night
>    I got the proposal for the network setup. I put
> them in a spreadsheet and
> send it to you guys. Chad, can we meet with Bill and
> find out what's going
> to take to setup the company this week? We still
> need to talk more in
> details and get everything in writing, which I think
> will take some time.
> Tomorrow I will try to contact a couple insurance
> brokers to get quotes on
> business insurances. I am assuming we will need a
> general business
> insurance, keyman insurance, E&O, and health for me
> and Chad. Any other
> insurance?
>    I will hire Jim to do his thing to program a few
> things that made us so
> productive. As I mentioned to you last week, it can
> not be exactly the same
> as what we have in WC. Meaning we will have to
> program it from the scratch.
> It could cost us upto $10K to get it all working. I

```
> am thinking that Chad
> and I will survive without it until summer of 2006,
> but we will need the
> system if we do upto $2mil of business just between
> two of us. Chad, what do
> you think? If that's the case we will have to invest
> some cash next summer.
> I will do my very best to see if I could make it
> work and program it myself.
>
>  One question that I have for you guys is, to
> minimize the tax liabilities,
> do we want to spend all the money next year instead
> of this year? My heart
> is leaving WC and really want to move on but my
> brain and bank account tell
> me that we might want to wait. Or spend money on the
> IT hardware close to
> the end of the year and pay my guys on January 1st.
> Just a thought. Too
> late? What do you guys think? I might have to talk
> to an accountant about
> this but maybe we can have our fisical year ending
> October or November? Can
> Julie give us an advise on this?
>  Brad, do you want to talk about the marketing
> proposal that we received
> from Cirlot? I am assuming that you don't want to
> take everything they sent.
> You are in charge of marketing so maybe you can give
> us your thoughts on it.
>
>  Sorry, my comments are all over the place. Just
> wanted to get this moving.
>  Ilro
>
```

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

[ Delete ] [ Reply ] [ Forward ] [ Move... ]

Previous | Next | Back to Messages Save Message Text

[ Check Mail ] [ Compose ]          [ Search Mail ] [ Search the Web ]

**Move Options**

- [New Folder]
- Inbox

**Forward Options**

- As Inline Text
- As Attachment

Tab 2

This is one version of http://us.f341.mail.yahoo.com/ym/Compose?YY=36921&DelDraft=1 from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.
**This is a partial snapshot and may not display correctly.**

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo! - My Yahoo! - Mail    Make Yahoo! your home page

**YAHOO!** ® MAIL   Welcome, **wbcms1960**
[Sign Out, My Account]

Search the Web [          ] [ Search ]

Mail Home - Mail Tutorials - Help

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Upgrades - Options

Send an eCard

[ Send ] [ Save as a Draft ] [ Spell Check ] [ Cancel ]

## There was a problem:

Insert addresses   |   Add CC Remove CC  -  Add BCC Remove BCC

To: [bchism@jam.rr.com                                      ]

Cc: [                                                        ]

Bcc: [                                                       ]

Subject: [file transfer                          ]

⊘ **prospect list.xls** (31k) [Remove] , ⊘ **treasury stats.xls** (27k) [Remove] ,
⊘ **jamie franks 0815.doc** (34k) [Remove] , ⊘ **lieutenant governor stats.xls** (22k) [Remove] ,
⊘ **NCEC.doc** (35k) [Remove]

[ Attach Files ]

Tab 3

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=1226_3150617_4736_1809_579_0_1361_1518_163154246&Idx=24&YY=62414&inc=25&order=down&
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo! - My Yahoo! - Mail   Make Yahoo! your home page

# YAHOO! MAIL   Welcome, wbcms1960
[Sign Out, My Account]

Search the Web   [        ]   Search

Mail Home - Mail Tutorials - Help

Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | What's New - Mail For Mobile - Upgrades - Options

[Check Mail]  [Compose]

[        ]  [Search Mail]  [Search the Web]

Vonage: sign up & get 1 month free!

Folders[Add - Edit]

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

What's your

Credit Score?

RingtonesForYou

All Free!

**Please register your mobile phone to activate this feature.**

Register your phone to receive a text message when you receive Mail from particular senders.

Previous | Next | Back to Messages

[Delete]  [Reply]  [Forward]  [Spam]  [Move...]

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| Date: | Sun, 20 Nov 2005 20:32:12 -0500 |
| From: | "Ilro Lee" <leeilro@gmail.com> 🖼 Add to Address Book 📱 Add Mobile Alert<br>Yahoo! DomainKeys has confirmed that this message was sent by gmail.com. Learn more |
| To: | bchism@jam.rr.com, "Brad Chism" <wbcms1960@yahoo.com>, 🌐 "Chad Gosselink" <Chadgosselink@yahoo.com> |
| Subject: | Agreement |

Did you guys had the chance to read what I sent you about how we structure the company to give me incentives to work new products and build the new ops and WCI contacts in timely manner?
Well, as soon as I get the nod from you two I want to quit the firm.  I thought about how we go about doing this, and I couldn't come up with a better way.



I want to go to John and say I have lost my inner desire to work and I need to have a significant change in life.  Also want to concentrate on school.

**Choose your**

Please let me know on your thoughts.

**credit card**

[ Delete ]  [ Reply ]  [ Forward ]  [ Spam ]  [ Move... ]



**Previous** | **Next** | **Back to Messages** **Save Message Text** | **Full Headers**

**RingtonesForYou**

**All Free!**

[ Check Mail ]  [ Compose ]                    [ Search Mail ]  [ Search the Web ]

## Move Options

- [New Folder]

## Forward Options

- As Inline Text
- As Attachment

## Reply Options

- Reply To Sender
- Reply To Everyone

## Mail Shortcuts

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P

- Folders Ctrl+⇧+F
- Advanced Search Ctrl+⇧+S

- Options
- Help Ctrl+⇧+H

## Address Book Shortcuts

- Add Contact
- Add Category
- Add List

- View Contacts
- View Lists

Tab 4

This is one version of C:\Documents and Settings\bc.WINCON\My Documents\CHAD ILRO ON FORMS AND DOCUMENTS.doc from your personal cache.
The file may have changed since that time. Click here for the current file.
Since this file is stored on your computer, publicly linking to it will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

To: Chad and Ilro

From: Brad

Date: 10/26/05

Re: Misc Items we need to consider

There are several Winning Connections documents that we may want to think about modifying to fit our needs. I think we need to avoid an outright copy of the format of the existing documents to minimize headaches from John as well as to ensure that clients don't think we are "Winning Connections Lite".

Item BC Opinion Person to Refine/ Upgrade Contract Documents Not bad. But Ideally would read simpler. Also, we want to be able to load the info and then all the blanks get filled in. Is CWG Proposal spreadsheet Need something that can go in a portrait format. Also will need to revise minimums and formulae we use. I think footnotes about certain assumptions would be helpful (list quality and penalties for bad lists, 30 second length on recorded calls, etc.) CWG/IL Shell Documents Concept works well but we need something that is useful for both electoral and grassroots. Need bigger box to put client references in. May want to go from 3 columns for shell to only two BC Client Reports We give them great info now. It's simply a matter of dressing up the report a little. On the date, we want a slightly different format if possible. On some programs, we will want to show the results by day to see if there are trends. Also, I think, we need to show total phone records on the program so the client sees overall penetration and the overall goal for penetration each time we send a report. IL/CWG Invoices This works fine for me but is there something else we need on the invoices? Logo? Wiring instructions? Disclaiimer? IL Introductory Document for First time clients This may not need to be a formal document and could be a series of paragraphs that we cut and paste as necessary. On the other hand we may need an FAQ document that we send to new clients to discuss issues like: when we report results, general timelines for getting programs up, telling them what to do when they get a complaint about our calls, our policy about payment before program begins. What else? All Push Piece on our Data Processing Capabilities We have nothing now at WC but I want to be able to stress this with some clients.. It would be good to have a PDF and possibly even an insert that talks about this. Perhaps our shell documents can be generic enough to allow for this. IL/CWG Standard Reporting Format on Polling We don't do a lot of polling and I don't think we want to get into competing with big time pollsters but when we get a Robin Winston project or a small leg race to poll, it would be useful if we had some sort of template we could dump the data into rather than having to build and then show all the pivot tables each time. This may be a programming issue with the call center. Please educate me. What I would want is a clean, crisp top line report and the pivot tables with succinct labels, margins looking good, fonts of appropriate size, etc.

$175,000 Loan for

under $875/month!



$200k loan for

only $730/mo.!

On 11/2/05, **Brad Chism** <wbcms1960@yahoo.com > wrote:

Contacts Database - aboiut 1500 for now  We have a
larger universe but I think it will shrink to 1500.

Initial Launch -- Depends on what mktg experts say. I
assume we'll email everybody with the launch
announcement and mail the high end 3- d stuff to about
250 or 300.

--- Ilro Lee < leeilro@gmail.com> wrote:

> Still working on the budgeting. One question for
> you. How big is the
> database of the contacts you will have in our
> contats folder and more
> importantly how many mailing and brochures that you
> will like to send out
> for the initial launch?
>
> On 10/30/05, Ilro Lee <leeilro@gmail.com > wrote:
> >
> > Here are my schedule for the rest of the year.
> >  11/11-11/13 Cleveland
> >  11/17 - 11/20 NY
> > Thanks giving
> > 12/9-12/11 most likely Montreal
> > Either week before or after the chistmas, I will
> be out of town or
> > possibly out of country.
> >  I have a packed rest of the year. Maybe we should
> really talk about
> > tighter schedule for our launch. One thing I was
> going to talk to you guys
> > about today was that, I can do designing and
> planning for the new systems,
> > but that's not even 50% of the work. I will have
> to test the system on the
> > server that we will have to purchase. This means
> we will have to talk about
> > when we should put our money together in our
> company bank so I can purchase
> > the server and software to build the system.
> >
> >  On 10/30/05, Ilro Lee < leeilro@gmail.com > wrote:
> > >
> > > Would you guys want to pick a time? Chad you
> have the three-way feature
> > > on your phone right?
> > >



Tab 5

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=8012_3176712_2628_1464_3224_0_1383_12692_745783114&Idx=18&YY=62414&inc=25&order=dow
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

_Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright._

Yahoo! My Yahoo! Mail   Make Yahoo! your home page

 **MAIL** Welcome, **wbcms1960**
[Sign Out, My Account]


DSL JUST $16.99 PER MONTH FOR 6 MONTHS.   SIGN UP FOR DSL AND GET 6 FREE MONTHS OF YAHOO! MUSIC UNLIMITED. OFFER EXPIRES 1/31/06
[GET DSL NOW!]

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades - Options

[Check Mail]  [Compose]

Vonage: unlimited LD local calling $24.99/mo

**Please register your mobile phone to activate this feature.**

Register your phone to receive a text message when you receive Mail from particular senders.

Folders[Add - Edit]

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

What's your

Credit Score?

[GO]

Buy Stocks for $4

No Minimums

Subject: FW: new brochure approach and timetable
Date:    Tue, 22 Nov 2005 18:25:32 -0500
From:    "Ilro Lee" <il@winningconnections.com>   View Contact Details
         Add Mobile Alert
To:      "Brad Chism" <wbcms1960@yahoo.com>

Maybe we should look into this.

---

**From:** Grant Perry
**Sent:** Tuesday, November 22, 2005 6:11 PM
**To:** John Jameson

Online Degree

Programs



Alert! $200K loan

for $875/month!

**Cc:** Allison G. Wagner; Stuart K. Jameson; Ari Appel; Michell McIntyre; Ilro Lee; Chad Gosselink

**Subject:** new brochure approach and timetable

Our graphic design firm is Groff Creative, a Silver Spring-based firm with clients that include the NEA, University of Maryland, NASDAQ, World Wildlife Fund, Air and Space Museum. Contact is Jay Groff, Creative Director.

We will be employing a digital printing approach. In terms of quality, digitally printed materials these days look indistinguishable from offset – at least to most people. Digital is not cost-effective if you're printing huge volumes. However, it is very cost-effective if you need to produce smaller amount of customized materials. Moreover, once we have our initial templates, turnaround time for new versions can be very quick – sometimes a week or less.

Our new printed materials will echo the look and feel of the Web site and will be printed on heavy uncoated stock – similar to our current folder. This will look professional and not too glitzy while matching the folders.

First phase: two-sided grassroots-oriented brochure customized for UK-region> trip in December (will print 100 or less)

Timeline -

Monday, Nov. 28 - Send over final copy by early AM

Wednesday, Nov. 30 COB or early Dec. 1 - receive mockups from Jay

Thursday, Dec. 1 – our comments, corrections by COB

Friday, Dec. 2 – Jay works on corrections, final changes

Monday, Dec. 5 - Send to printer by COB

Thursday, December 8 - delivery of brochures

<u>Second phase:  four-sided electoral-oriented brochure for use in pitching 2006 business</u>

First brochure will be used as foundation; electoral brochures to be ready by second week of January at latest

**Grant Perry**

**VP - Strategic Development & Communications**

**Winning Connections, Inc.**

**www.WinningConnections.com**

**202.544.5910, ext 107  203.300.7841 (mobile)**

[ Delete ] [ Reply ] [ Forward ] [ Spam ] [ Move... ]

Previous | Next | Back to Messages | Save Message Text | Full Headers

[ Check Mail ] [ Compose ]                    [ Search Mail ] [ Search the Web ]

**Move Options**

- [New Folder]

**Forward Options**

- As Inline Text
- As Attachment

**Reply Options**

- Reply To Sender
- Reply To Everyone

**Mail Shortcuts**

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P

Tab 6



-----Original Message-----
From: Chad Gosselink <cwg@winningconnections.com>
To: John Jameson <jj@winningconnections.com>
Sent: Tue Nov 29 15:18:27 2005
Subject: end of the road

John,
it's with great excitement and sorrow that I'm letting you know that I'm calling it a day
here at Winning Connections.  I forgot that you were traveling today so unfortunately I
have to do this via email but certainly want to do this face to face with you when you get
back tomorrow.  There is nothing but positive things I can say about my experience here
and more than that, the experience I've had working with you.  In fact, I think through
your seven years of leadership, you have lead me as far as I can go in the Winning
Connections nest and I need to find out if I can fly on my own.  Brad has extended an
offer to once again get in on the ground floor and I'd have a major stake in the company
from the get go.  I admire you for taking risk and building a successful company through
dedication and hardwork.  I want to put a bigger load on my back and see if I sink or
swim.

I'd finish out the week and then my full time dedication would be getting a new business
started.  However, I still have loyalty to not only you, but the company that I've grown
to be part of and I would be willing to offer help in transitioning myself out and someone
else into the position.


Chad W. Gosselink
202.544.5910 ext 401

Tab 7

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=1226_3150617_4736_1809_579_0_1361_1518_163154246&Idx=24&YY=62414&inc=25&order=down&
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*



Yahoo! | My Yahoo! | Mail    Make Yahoo! your home page

**YAHOO!® MAIL** Welcome, **wbcms1960**
[Sign Out, My Account]

Search the Web    [Search]

Mail Home - Mail Tutorials - Help

Mail | Addresses | Calendar | Notepad | What's New - Mail For Mobile - Upgrades - Options

[Check Mail]  [Compose]

[Search Mail]  [Search the Web]

Vonage: unlimited LD local calling $24.99/mo

**Please register your mobile phone to activate this feature.**

Folders[Add - Edit]

Register your phone to receive a text message when you receive Mail from particular senders.

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

Previous | Next | Back to Messages

[Delete]  [Reply]  [Forward]  [Spam]  [Move...]

What's your

Credit Score?

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

| | |
|---|---|
| Date: | Sun, 20 Nov 2005 20:32:12 -0500 |
| From: | "Ilro Lee" <leeilro@gmail.com>  Add to Address Book   Add Mobile Alert<br>Yahoo! DomainKeys has confirmed that this message was sent by gmail.com. Learn more |
| To: | bchism@jam.rr.com, "Brad Chism" <wbcms1960@yahoo.com>, "Chad Gosselink" <Chadgosselink@yahoo.com> |
| Subject: | Agreement |

RingtonesForYou

All Free!

Did you guys had the chance to read what I sent you about how we structure the company to give me incentives to work new products and build the new ops and WCI contacts in timely manner?
Well, as soon as I get the nod from you two I want to quit the firm.  I thought about how we go about doing this, and I couldn't come up with a better way.

Yahoo! Mail - wbqms1960@yahoo.com



I want to go to John and say I have lost my inner desire to work and I need to have a significant change in life.  Also want to concentrate on school.

Choose your

credit card

Please let me know on your thoughts.

| Delete | Reply | Forward | Spam | Move... |



Previous | Next | Back to Messages | Save Message Text | Full Headers

RingtonesForYou

All Free!

| Check Mail | Compose |          | Search Mail | Search the Web |

## Move Options

- [New Folder]

## Forward Options

- As Inline Text
- As Attachment

## Reply Options

- Reply To Sender
- Reply To Everyone

## Mail Shortcuts

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P

- Folders Ctrl+⇧+F
- Advanced Search Ctrl+⇧+S

- Options
- Help Ctrl+⇧+H

## Address Book Shortcuts

- Add Contact
- Add Category
- Add List

- View Contacts
- View Lists

Tab 8

Yahoo! Mail - wbcms1960@yahoo.com                           Page 1 of 4

Case 1:05-cv-02397-GK    Document 1-2    Filed 12/14/2005    Page 23 of 30

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=5980_3207801_657_1982_918_0_1391_2312_2558287868&Idx=14&YY=62414&inc=25&order=down&
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo!  My Yahoo!  Mail   Make Yahoo! your home page


**YAHOO!** MAIL  Welcome, **wbcms1960**
                  [Sign Out, My Account]

                                          Search   [Search]
                                          the Web

Mail Home - Mail Tutorials - Help

Do you know your Credit Score?

| Excellent | 750 - 850 | Fair | 620 - 659 | I Don't Know | ? |
| Good | 660 - 749 | Poor | 350 - 619 | **Find out INSTANT** | |

Mail ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | What's New - Mail For Mobile - Upgrades -
Options

[Check Mail]  [Compose]                    [Search Mail]  [Search the Web]

Vonage: unlimited LD     **Please register your mobile phone to activate this feature.**
local calling $24.99/mo

Folders[Add - Edit]      Register your phone to receive a text message when you receive Mail from
                         particular senders.

- Inbox (16)             Previous | Next | Back to Messages
- Draft
- Sent                   [Delete]  [Reply]  [Forward]  [Spam]  [Move...]
- Bulk (1)[Empty]
- Trash[Empty]

                         Printable View This message is not flagged. [ Flag Message - Mark as
                         Unread ]

What's your              Date:   Wed, 23 Nov 2005 13:45:49 -0500
                                 "Ilro Lee" <leeilro@gmail.com> 🖼 Add to Address Book  ◫ Add
Credit Score?            From:   Mobile Alert
                                 Yahoo! DomainKeys has confirmed that this message was sent by
                                 gmail.com. Learn more
                         To:     "Brad Chism" <wbcms1960@yahoo.com>
                         Subject:Re: Departure schedule

New Free Daily           new company.

Horoscopes               On 11/23/05, **Brad Chism** <wbcms1960@yahoo.com> wrote:

                                 If you and chad have it worked out on departure
                                 dates,I concur.  By building WCI and Ops, are you

Online Degree

Programs

**$**

$200k loan for

only $875/mo.!

saying for John or for new company?

--- Ilro Lee <leeilro@gmail.com> wrote:

> Have you thought about when the best time would be
> for me to leave? Chad and
> I agreed that let chad announce his departure first
> and I fade out later, by
> saying I want to concentrate on school and Chad is
> going to pay me a shit
> load of money to build WCI contacts and Ops. Allison
> also agreed. Let me
> know.
>

_____

Yahoo! FareChase: Search multiple travel sites in one click.
http://farechase.yahoo.com

[ Delete ]  [ Reply ]  [ Forward ]  [ Spam ]  [ Move... ]

Previous | Next | Back to Messages    Save Message Text | Full Headers

[ Check Mail ]  [ Compose ]                              [ Search Mail ]  [ Search the Web ]

**Move Options**

- [New Folder]

**Forward Options**

- As Inline Text
- As Attachment

**Reply Options**

- Reply To Sender
- Reply To Everyone

**Mail Shortcuts**

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P
- Folders Ctrl+⇧+F
- Advanced Search Ctrl+⇧+S
- Options

Tab 9





-----Original Message-----
**From:** Brad Chism [mailto:brad.chism@gmail.com]
**Sent:** Wednesday, December 07, 2005 10:38 AM
**To:**
**Subject:** Joe, I have left Winning Connections

Tried to reach you by phone and am writing by email to update you of the change.

After 3+ election cycles with Winning Connections, Chad Gosselink and I are leaving the firm to launch a new telephone voter contact firm for progressive candidates and causes.

Chad ran the call centers, oversaw the databases and directed the other aspects of the "back office" that made Winning Connections a top tier firm. Together, we will offer the experience of more than 1300 telephone voter contact programs in 48 states as we serve clients in this new firm.

I hope you'll have some time to meet so I can share the details with you soon.   In the meantime, I've attached a document which addresses what I am sure are some of your natural questions about our new company.

I look forward to talking with you again soon.

--
Brad Chism
brad.chism@gmail.com

1200 G. Street NW
Suite 800
Washington, DC 20005
202.434.8727
877.857.9888
mobile 601.918.4563
fax 202.3181485

12/14/2005

**What's different about the new firm?**

We've proven that phones are most effective when part of an integrated direct voter contact strategy. They must be woven into the overall plan, reinforcing mail, field, and online outreach. So we don't push "cookie-cutter" phone programs. We have a nimble structure where we "build to suit" so that your phone program reinforces your other communications tools: We begin with an in depth review of the initial voter file data before building a calling program. And we analyze the voter feedback the only phone programs generate to strengthen future messaging to the target audience.

**Why did you leave Winning Connections?**

We'd had the rewarding experience of several election cycles at a top tier phone consulting firm. But we'd reached a point in our lives where we wanted to do our own thing.

**What about your call centers?**

Our call centers are located throughout the country to address campaign concerns about accent, time zone and calling volume capacity.

**Do you have the experience to get the job done?**

Since 1998 Chad managed call center logistics for more than 1300 calling programs in 48 states for Winning Connections. We've added operations staff that were part of our team last year during the final month of the election cycle– the system we built tracked more than one hundred fifty calling programs making six million calls across the country. And this year alone, Brad has aided clients in 27 states, ranging in size from legislative special elections to statewide ballot measures.

**What about work quality?**

Of the 13 AAPC award for excellence Winning Connections won in 2005, Brad developed and managed 10 of these programs. The previous year, Brad's calling programs won 8 awards for excellence at the AAPC.

**What about your word smithing capabilities?**

We've added a scriptwriter with previous experience as a political reporter whose bylines include the New York Times.

**Where will you be located?**

Our offices will be in Washington, DC at 200 G. St. NW, Suite 800.

**When will you be operational?**

By the time you get this document, we will have completed a calling program for a candidate in a 2006 statewide race in Florida and started a local government ballot measure calling project.