# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WINNING CONNECTIONS, INC.,  )
317 Pennsylvania Avenue, S.E., Suite 200  )
Washington, D.C. 20003,  )
)
       Plaintiff,  )
)
    v.  )       Civil Action No. _____
)
WILLIAM BRADFORD "BRAD" CHISM  )
221 Westfield Road  )
Ridgeland, MS 39157,  )
)
CHAD GOSSELINK,  )
423 1st Street, S.E.  )
Washington, D.C. 20003, and  )
)
CORPORATE JOHN DOE 1  )
d/b/a Brad Chism Consulting  )
1200 G Street N.W., Suite 800  )
Washington, D.C. 20005,  )
       Defendants.  )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, the undersigned, counsel for Winning Connections, Inc., certify that to the best of my knowledge

and belief Plaintiff Winning Connections, Inc. has no parents, subsidiaries or affiliates that have any

outstanding securities in the hands of the public. These representations are made in order that the

Judges of this Court may determine the need for recusal.

Dated: December 14, 2005

                     Respectfully submitted,

                     _____

                     David J. Farber (415899)
                     Susan Baldwin
                     Patton Boggs LLP
                     2550 M Street, NW
                     Washington, D.C. 20037
                     202-457-6516
                     Attorneys for Winning Connections, Inc.