# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>WILLIAM BRADFORD "BRAD" CHISM, et al. )<br><br>Defendants. ) | Civil Action No. 1:05CV02397(GK) |

### DECLARATION OF JOHN JAMESON IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED PRELIMINARY INUNCTION

I, John Jameson, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1. I am the President and Chief Executive Officer of Plaintiff Winning Connections, Inc. ("Winning Connections"), and present the following declaration to supplement the statements in the Verified First Amended Complaint to which I have attested this same day. I hereby incorporate by reference the factual allegations of the Verified Complaint into this Declaration, and reaffirm them. I wish to elaborate on some of the points made in the Verified Complaint.

2. As is noted in the Complaint, I began Winning Connections and hired both Defendant Brad Chism and Defendant Chad Gosselink. Prior to working for me, neither Defendant had experience in professional telephone voter contact programs, or running or managing such voter contact and grassroots campaigns.

3. Defendants emails that I have reviewed, although limited in number, clearly indicate that they were intent on taking both Winning Connections' customer lists, as well as our proprietary "WCI" and "Ops" computer systems. I wish to explain each in more detail.

**The Winning Connections' Client Data**

4. I am very proud of the extensive list of Winning Connections' clients, and in and of itself, that list is not confidential. Indeed, we post a list of our past clients on the company website. What is highly confidential, however, and what is not available to the public, are many of the names of persons within each client or potential client who are "key contacts" for procuring new business, referring new business, advising about new business, or who are influential within the organization to allow us to successfully market our services. Indeed, many of the contacts within our database are persons that the public, or even a competitor, would not know about from any other source. In addition, the database contains personal and professional information about contacts, as well as contact information, that the public or competitors would not have. It is this contact information, as well as the names of the person's themselves, that is proprietary and confidential business information. This information is on a database called WCI contacts, which in a password protected file available only to Winning Connections employees, associates and consultants. Given that our business depends on person to person contacts, the fact that this information has been compiled over a decade, and much of it is not publicly available, makes the WCI contacts information arguably the most important resource of our business.

5. I am aware that Defendant Chism emailed from his Winning Connections' computer to his personal email accounts a spreadsheet called prospects_06.xls, which I believe to be an excel spreadsheet. Although Defendant Chism deleted the spreadsheet from the computer, the text file has been extracted by the computer forensic specialists. I have not reviewed the entire list, and because Defendant Chism deleted hundreds of documents from his computer, I am not yet able to provide the Court with more examples, but expect to do so during discovery. My review so far indicates that one of the contacts that Defendant Chism took was for a Mr. Richard Dickerson. Mr. Dickerson is a long-term friend of mine who has contacted me about getting the help of Winning

2

Connections. It would be near impossible for Defendants to know that Mr. Dickerson is a potential source of business but for my introduction of Mr. Dickerson to Defendant Chism. Given Mr. Dickerson's key role, it is not surprising to me that Defendant Chism downloaded his name and contact information from the Winning Connections database, WCI Contacts.

6. I also want to explain for the Court why the WCI system is so important to Winning Connections, and the key role that Mr. Ilro Lee plays in developing and maintaining that system.

7. As is explained in the Verified Complaint, Mr. Lee is the company's computer and technology expert, responsible for programming our computers, building our systems, and generally handling all IT matters. Over the past four or so years, Mr. Lee has enhanced the company's unique and proprietary database system that is called the WCI system. Modeled upon an Access Platform, the WCI system contains the 'guts,' or core, of our marketing contacts. WCI's competitive advantage is based on relationships, which have been built over the decade we have been in business. The majority of the confidential information on clients and potential clients and people who refer us business is contained in WCI contacts.

8. Similarly, the Ops system is the basis for our execution of our core programs. While the basis is Microsoft software, it has been built with much intelligence from employees and consultants and programmers like Mr. Lee. This system allows us to run large numbers of programs with a small staff, and also run them more profitably and with fewer mistakes. Our unique and proprietary programming makes this system a highly prized and confidential trade secret of the company.

**Defendants' Hiring of Mr. Lee Would Necessarily Divulge Winning Connections' Trade Secrets and Confidential Business Information**

9. The company has invested years, and tens of thousands of dollars, building these two unique and tailor made computer systems, and each is a key component of our financial success.

10. No one outside the company has access to the WCI or Ops systems, or knows exactly how they are built, or programmed. While neither is patented, the company and I consider both to be

3

trade secrets of the company. I have made sure that everyone on the company staff knows how proprietary the systems are. It would be very harmful to the company if Mr. Lee was able to build either of these systems, or ones nearly identical to them, for any competitor.

11. From their emails, I know that Defendants have asked Mr. Lee to work for them and build for them the WCI and Ops systems. It is clear to me that they are stealing Winning Connections' WCI and Ops systems. The entire concept of the WCI and Ops systems were developed by Mr Lee, and are in his head, so to speak. Just as he programmed them for Winning Connections, he can program them for Defendants. In fact, it is inevitable that Mr. Lee would use the programming and information he developed for Winning Connections for the benefit of Defendants if they were allowed to use him for their competing business. There is simply no other way he could work for them without using the knowledge, information, plans and programming that he has from his work at Winning Connections.

12. In late November 2005, Mr. Lee told me that he had lost his inner desire to work full time for the company, and that he wanted a change, including going to school. I discussed this issue with him, and he agreed to continue to work for Winning Connections as a consultant, which he has done. He is leaving on vacation on December 19, 2005. I now know that Mr. Lee's claims were false, and that he was lying to me when he told me that he had "lost his inner drive" and that he wanted to go to school. I also know from the emails that he concocted this lie with the assistance, and knowing involvement, of Defendants. Because it is inevitable that he will have to use Winning Connections' most proprietary and valuable technology if he works for Defendants, I am asking the Court for an injunction prohibiting Defendants from hiring him, or accessing directly or indirectly any of Winning Connections' technology from the company's former employees or contractors.

**Defendants Have Already Taken Winning Connections' Clients**

13. In 2005 Defendant Chism announced that he has signed up the Rod Smith for Governor Campaign in Florida as a client. We successfully ran that program this past fall. I belief that Defendant Chism has stolen that client, and is claiming them as a Chism Consulting Client. I further believe Defendant Chism was talking to that client about coming to his new competitive business right after he and I were talking to the same client about its business with Winning Connections.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

December 19, 2005                              _____
                                                           John Jameson