# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINNING CONNECTIONS, INC.,                    )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )    Civil Action No. 1:05CV02397(GK)
                                              )
WILLIAM BRADFORD "BRAD" CHISM,, et al.        )
                                              )
            Defendants.                       )
                                              )
_____ )

## DECLARATION OF THOMAS McKNIGHT

I, Thomas McKnight, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1.  I am an employee of First Advantage CoreFacts, a computer forensic firm. I am over 21
    years of age, and competent to make the following declaration

2.  During the week of December 5, 2005, I received the computer laptop, which was
    represented to me as belonging to Winning Connections, Inc. and that had been used by Mr.
    Brad Chism.  My colleagues and I extracted the hard drive of the machine and preserved it in
    an evidence locker, made a forensic image of the drive, and placed a ghost copy of the drive
    back into the laptop.

3.  I then searched the forensic image of the drive, and discovered that approximately 542
    documents had been deleted since November 1, 2005.  A list of those deleted documents is
    attached as exhibit A.  I also detected evidence of a registry cleaning software used to purge
    data in the registry and which was then removed from the system.  Removing 542 data files,
    along with the registry data, within the same time frame, appear to me to be a blatant act of
    data destruction.  Based upon my review of the drive I learned that someone had installed a
    registry cleaning software product on the machine, cleaned the registry, and then later
    removed the registry cleaning software.

4.  Due to the configuration of the drive, it was not possible to detect the names of those files. Thus, while my list of files indicates that files called "dc01," "dc02," etc. were erased, these names are created by the computer, and indicate that the files were 'deleted c drive" files, auto-numbered in sequence. The effect of the file deletion and subsequent overwriting of drive space has been that I cannot recover the names of the files that were deleted, much less their content.

5.  I was provided the name of one possible file that could have resided on the laptop, called "06_targets.xls," an excel spreadsheet. While the document did not exist intact on the drive, I was able to locate some of its contents in a cached file saved on the laptop. The document, in text format, is attached as Exhibit B. As is evident, it is not in a spreadsheet format, but it does contain at least some of the information that was within the spreadsheet of that name.

6.  I have reviewed the emails that were attached as exhibits to the Complaint, and, with the exception of Exhibits 6 and 9, can verify that all were extracted by Corefacts from the laptop computer that was provided to us and represented to be the computer used by Brad Chism and owned by Winning Connections.


I hereby state, under penalty of perjury, that the foregoing is true and correct.


Dated: December 15, 2005

Thomas McKnight

3910346v1

# EXHIBIT A

| Name | File Ext | Is Deleted | Last Accessed |
|---|---|---|---|
| ~$ar James.doc | doc | • | 11/27/05 02:26:06PM |
| ~DF1134.tmp | tmp | • | 11/27/05 02:26:06PM |
| ~DFEC2A.tmp | tmp | • | 11/27/05 02:25:50PM |
| ~WRF0002.tmp | tmp | • | 11/27/05 02:25:50PM |
| 101001.wav | wav | • | 11/14/05 03:22:11PM |
| 2405000.wav | wav | • | 11/14/05 03:22:11PM |
| 2405001.mp3 | mp3 | • | 11/14/05 03:22:11PM |
| 2405001.wav | wav | • | 11/14/05 03:22:11PM |
| 2405002.wav | wav | • | 11/14/05 03:22:11PM |
| 2405003.wav | wav | • | 11/14/05 03:22:11PM |
| 2405004.wav | wav | • | 11/14/05 03:22:11PM |
| 2405005.wav | wav | • | 11/14/05 03:22:12PM |
| 2405006.wav | wav | • | 11/14/05 03:22:12PM |
| 2405007.wav | wav | • | 11/14/05 03:22:12PM |
| 2405008.WAV | WAV | • | 11/14/05 03:22:12PM |
| 2405009.wav | wav | • | 11/14/05 03:22:12PM |
| 2405010.WAV | WAV | • | 11/14/05 03:22:12PM |
| 2405015.wav | wav | • | 11/14/05 03:22:12PM |
| 2405016.wav | wav | • | 11/14/05 03:22:12PM |
| 2405017.wav | wav | • | 11/14/05 03:22:12PM |
| 2405018.mp3 | mp3 | • | 11/14/05 03:22:12PM |
| 2405019.mp3 | mp3 | • | 11/14/05 03:22:12PM |
| 2405501.mp3 | mp3 | • | 11/14/05 03:22:13PM |
| 2405502.mp3 | mp3 | • | 11/14/05 03:22:13PM |
| 2405503.mp3 | mp3 | • | 11/14/05 03:22:13PM |
| 2405531.mp3 | mp3 | • | 11/14/05 03:22:13PM |
| 2405532.mp3 | mp3 | • | 11/14/05 03:22:13PM |
| 2405533.mp3 | mp3 | • | 11/14/05 03:22:14PM |
| 2405534.mp3 | mp3 | • | 11/14/05 03:22:14PM |
| 2405535.mp3 | mp3 | • | 11/14/05 03:22:14PM |
| 2405536.mp3 | mp3 | • | 11/14/05 03:22:14PM |
| 2405537.mp3 | mp3 | • | 11/14/05 03:22:14PM |
| 2405541.mp3 | mp3 | • | 11/14/05 03:22:15PM |
| 2405542.mp3 | mp3 | • | 11/14/05 03:22:15PM |
| 2405543.mp3 | mp3 | • | 11/14/05 03:22:15PM |
| 2405551.mp3 | mp3 | • | 11/14/05 03:22:15PM |
| 2405552.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405553.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405561.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405562.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405563.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405564.mp3 | mp3 | • | 11/14/05 03:22:16PM |
| 2405565.mp3 | mp3 | • | 11/14/05 03:22:17PM |
| 3200000.wav | wav | • | 11/14/05 03:22:17PM |
| 3200001.WAV | WAV | • | 11/14/05 03:22:17PM |
| 3200002.wav | wav | • | 11/14/05 03:22:17PM |
| 3200003.wav | wav | • | 11/14/05 03:22:17PM |
| 3207000.wav | wav | • | 11/14/05 03:22:17PM |
| Adobe Photoshop Album 2.0 Starter Edition.lnk | lnk | • | 11/29/05 09:18:59PM |
| Anne.pod | pod | • | 11/14/05 03:22:09PM |
| ap2351823[1].html | html | • | 11/29/05 09:12:28PM |

1

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| AutoRecovery save of Document2.asd | asd | • | 11/29/05 09:19:31PM |
| Bonus.prf | prf | • | 11/14/05 03:22:09PM |
| btn1_o[1].gif | gif | • | 11/15/05 04:55:14PM |
| c99kn.hst | hst | • | 11/14/05 03:22:09PM |
| Casino.ini | ini | • | 11/14/05 03:22:09PM |
| casinohabits.prf | prf | • | 11/14/05 03:22:09PM |
| conversion[3].js | js | • | 11/29/05 07:30:37PM |
| Dc116.txt | txt | • | 11/14/05 02:07:31PM |
| Dc117.txt | txt | • | 11/14/05 02:07:33PM |
| Dc118.txt | txt | • | 11/14/05 02:07:37PM |
| Dc119.txt | txt | • | 11/14/05 02:07:37PM |
| Dc120.txt | txt | • | 11/14/05 02:07:37PM |
| Dc121.txt | txt | • | 11/14/05 02:07:31PM |
| Dc122.txt | txt | • | 11/14/05 02:07:41PM |
| Dc123.txt | txt | • | 11/14/05 02:07:41PM |
| Dc124.txt | txt | • | 11/14/05 02:07:41PM |
| Dc125.txt | txt | • | 11/14/05 02:07:41PM |
| Dc126.txt | txt | • | 11/14/05 02:07:35PM |
| Dc127.txt | txt | • | 11/14/05 02:07:41PM |
| Dc128.txt | txt | • | 11/14/05 02:07:32PM |
| Dc129.txt | txt | • | 11/14/05 02:07:39PM |
| Dc130.txt | txt | • | 11/14/05 02:07:38PM |
| Dc132.txt | txt | • | 11/14/05 02:07:41PM |
| Dc133.txt | txt | • | 11/14/05 02:07:41PM |
| Dc134.txt | txt | • | 11/14/05 02:07:41PM |
| Dc135.txt | txt | • | 11/14/05 02:07:41PM |
| Dc136.txt | txt | • | 11/14/05 02:07:35PM |
| Dc137.txt | txt | • | 11/14/05 02:07:39PM |
| Dc138.txt | txt | • | 11/14/05 02:07:35PM |
| Dc139.txt | txt | • | 11/14/05 02:07:39PM |
| Dc140.txt | txt | • | 11/14/05 02:07:41PM |
| Dc142.txt | txt | • | 11/14/05 02:07:41PM |
| Dc143.txt | txt | • | 11/14/05 02:07:32PM |
| Dc144.txt | txt | • | 11/14/05 02:07:38PM |
| Dc145.txt | txt | • | 11/14/05 02:07:38PM |
| Dc146.txt | txt | • | 11/14/05 02:07:41PM |
| Dc147.txt | txt | • | 11/14/05 02:07:32PM |
| Dc148.txt | txt | • | 11/14/05 02:07:41PM |
| Dc149.txt | txt | • | 11/14/05 02:07:32PM |
| Dc150.txt | txt | • | 11/14/05 02:07:34PM |
| Dc151.txt | txt | • | 11/14/05 02:07:39PM |
| Dc152.txt | txt | • | 11/14/05 02:07:40PM |
| Dc153.txt | txt | • | 11/14/05 02:07:41PM |
| Dc154.txt | txt | • | 11/14/05 02:07:41PM |
| Dc155.txt | txt | • | 11/14/05 02:07:39PM |
| Dc156.txt | txt | • | 11/15/05 09:03:47AM |
| Dc17.url | url | • | 11/29/05 09:17:15PM |
| Dc174.txt | txt | • | 11/14/05 02:07:37PM |
| Dc175.txt | txt | • | 11/14/05 02:07:35PM |
| Dc176.txt | txt | • | 11/14/05 02:07:41PM |
| Dc177.txt | txt | • | 11/14/05 02:07:36PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc178.txt | txt | • | 11/14/05 02:07:41PM |
| Dc179.txt | txt | • | 11/14/05 02:07:34PM |
| Dc18.xls | xls | • | 11/02/05 09:08:36PM |
| Dc180.txt | txt | • | 11/14/05 02:07:41PM |
| Dc182.txt | txt | • | 11/14/05 02:07:41PM |
| Dc183.txt | txt | • | 11/14/05 02:07:41PM |
| Dc184.txt | txt | • | 11/14/05 02:07:38PM |
| Dc185.txt | txt | • | 11/14/05 02:07:41PM |
| Dc186.txt | txt | • | 11/14/05 02:07:33PM |
| Dc187.txt | txt | • | 11/14/05 02:07:38PM |
| Dc196.txt | txt | • | 11/14/05 02:07:41PM |
| Dc197.txt | txt | • | 11/14/05 02:07:34PM |
| Dc198.txt | txt | • | 11/14/05 02:07:41PM |
| Dc199.txt | txt | • | 11/14/05 02:07:36PM |
| Dc20.xls | xls | • | 11/02/05 09:09:04PM |
| Dc200.txt | txt | • | 11/14/05 02:07:37PM |
| Dc201.txt | txt | • | 11/14/05 02:07:40PM |
| Dc202.txt | txt | • | 11/14/05 02:07:36PM |
| Dc203.txt | txt | • | 11/14/05 02:07:41PM |
| Dc204.txt | txt | • | 11/14/05 02:07:41PM |
| Dc205.txt | txt | • | 11/14/05 02:07:40PM |
| Dc206.txt | txt | • | 11/14/05 02:07:39PM |
| Dc207.txt | txt | • | 11/14/05 02:07:41PM |
| Dc208.txt | txt | • | 11/14/05 02:07:41PM |
| Dc209.txt | txt | • | 11/14/05 02:07:32PM |
| Dc21.xls | xls | • | 11/02/05 09:08:52PM |
| Dc210.txt | txt | • | 11/14/05 02:07:41PM |
| Dc211.txt | txt | • | 11/14/05 02:07:32PM |
| Dc212.txt | txt | • | 11/14/05 02:07:31PM |
| Dc213.txt | txt | • | 11/14/05 02:07:35PM |
| Dc215.txt | txt | • | 11/14/05 02:07:31PM |
| Dc216.txt | txt | • | 11/14/05 02:07:39PM |
| Dc217.txt | txt | • | 11/14/05 02:07:32PM |
| Dc218.txt | txt | • | 11/14/05 02:07:41PM |
| Dc220.txt | txt | • | 11/14/05 02:07:41PM |
| Dc221.txt | txt | • | 11/14/05 02:07:39PM |
| Dc222.txt | txt | • | 11/14/05 02:07:31PM |
| Dc223.txt | txt | • | 11/14/05 02:07:33PM |
| Dc224.txt | txt | • | 11/14/05 02:07:41PM |
| Dc225.txt | txt | • | 11/14/05 02:07:41PM |
| Dc226.txt | txt | • | 11/14/05 02:07:41PM |
| Dc227.txt | txt | • | 11/14/05 02:07:41PM |
| Dc228.txt | txt | • | 11/14/05 02:07:30PM |
| Dc229.txt | txt | • | 11/14/05 02:07:31PM |
| Dc23.xls | xls | • | 11/02/05 09:10:51PM |
| Dc230.txt | txt | • | 11/14/05 02:07:38PM |
| Dc231.txt | txt | • | 11/14/05 02:07:34PM |
| Dc232.txt | txt | • | 11/14/05 02:07:34PM |
| Dc234.txt | txt | • | 11/14/05 02:07:41PM |
| Dc235.txt | txt | • | 11/14/05 02:07:31PM |
| Dc236.txt | txt | • | 11/14/05 02:07:38PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc237.txt | txt | • | 11/29/05 07:33:33PM |
| Dc238.txt | txt | • | 11/14/05 02:07:37PM |
| Dc239.txt | txt | • | 11/14/05 02:07:39PM |
| Dc24.doc | doc | • | 11/02/05 09:10:59PM |
| Dc240.txt | txt | • | 11/14/05 02:07:41PM |
| Dc241.txt | txt | • | 11/14/05 02:07:32PM |
| Dc242.txt | txt | • | 11/14/05 02:07:41PM |
| Dc243.txt | txt | • | 11/14/05 02:07:41PM |
| Dc244.txt | txt | • | 11/14/05 02:07:38PM |
| Dc245.txt | txt | • | 11/14/05 02:07:32PM |
| Dc246.txt | txt | • | 11/14/05 02:07:32PM |
| Dc247.txt | txt | • | 11/14/05 02:07:40PM |
| Dc248.txt | txt | • | 11/14/05 02:07:40PM |
| Dc249.txt | txt | • | 11/14/05 02:07:41PM |
| Dc25.doc | doc | • | 11/02/05 09:12:12PM |
| Dc250.txt | txt | • | 11/14/05 02:07:41PM |
| Dc251.txt | txt | • | 11/14/05 02:07:35PM |
| Dc252.txt | txt | • | 11/14/05 02:07:32PM |
| Dc253.txt | txt | • | 11/14/05 02:07:36PM |
| Dc254.txt | txt | • | 11/14/05 02:07:38PM |
| Dc26.doc | doc | • | 11/02/05 09:12:24PM |
| Dc262.txt | txt | • | 11/14/05 02:07:37PM |
| Dc263.txt | txt | • | 11/14/05 02:07:41PM |
| Dc271.txt | txt | • | 11/14/05 02:07:40PM |
| Dc274.txt | txt | • | 11/14/05 02:07:41PM |
| Dc275.txt | txt | • | 11/14/05 02:07:32PM |
| Dc276.txt | txt | • | 11/14/05 02:07:41PM |
| Dc277.txt | txt | • | 11/14/05 02:07:38PM |
| Dc278.txt | txt | • | 11/14/05 02:07:37PM |
| Dc279.txt | txt | • | 11/14/05 02:07:41PM |
| Dc280.txt | txt | • | 11/14/05 02:07:34PM |
| Dc281.txt | txt | • | 11/14/05 02:07:41PM |
| Dc284.txt | txt | • | 11/14/05 02:07:34PM |
| Dc285.txt | txt | • | 11/14/05 02:07:35PM |
| Dc286.txt | txt | • | 11/14/05 02:07:41PM |
| Dc287.txt | txt | • | 11/14/05 02:07:41PM |
| Dc288.txt | txt | • | 11/14/05 02:07:36PM |
| Dc289.txt | txt | • | 11/14/05 02:07:41PM |
| Dc290.txt | txt | • | 11/14/05 02:07:34PM |
| Dc292.txt | txt | • | 11/14/05 02:07:37PM |
| Dc311.txt | txt | • | 11/14/05 02:07:36PM |
| Dc312.txt | txt | • | 11/14/05 02:07:41PM |
| Dc314.txt | txt | • | 11/14/05 02:07:41PM |
| Dc315.txt | txt | • | 11/14/05 02:07:36PM |
| Dc316.txt | txt | • | 11/14/05 02:07:41PM |
| Dc317.txt | txt | • | 11/14/05 02:07:32PM |
| Dc319.txt | txt | • | 11/14/05 02:07:32PM |
| Dc320.txt | txt | • | 11/14/05 02:07:40PM |
| Dc321.txt | txt | • | 11/14/05 02:07:32PM |
| Dc322.txt | txt | • | 11/14/05 02:07:37PM |
| Dc323.txt | txt | • | 11/14/05 02:07:33PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc324.txt | txt | • | 11/14/05 02:07:34PM |
| Dc325.txt | txt | • | 11/14/05 02:07:41PM |
| Dc326.txt | txt | • | 11/14/05 02:07:41PM |
| Dc327.txt | txt | • | 11/14/05 02:07:35PM |
| Dc328.txt | txt | • | 11/14/05 02:07:32PM |
| Dc329.txt | txt | • | 11/14/05 02:07:41PM |
| Dc33.xls | xls | • | 11/02/05 09:15:34PM |
| Dc330.txt | txt | • | 11/14/05 02:07:32PM |
| Dc331.txt | txt | • | 11/14/05 02:07:38PM |
| Dc332.txt | txt | • | 11/15/05 09:29:42PM |
| Dc333.txt | txt | • | 11/14/05 02:07:36PM |
| Dc334.txt | txt | • | 11/14/05 02:07:33PM |
| Dc335.txt | txt | • | 11/14/05 02:07:35PM |
| Dc336.txt | txt | • | 11/14/05 02:07:41PM |
| Dc337.txt | txt | • | 11/14/05 02:07:40PM |
| Dc339.txt | txt | • | 11/14/05 02:07:36PM |
| Dc34.xls | xls | • | 11/02/05 09:16:02PM |
| Dc341.txt | txt | • | 11/14/05 02:07:37PM |
| Dc344.txt | txt | • | 11/14/05 02:07:41PM |
| Dc345.txt | txt | • | 11/14/05 02:07:34PM |
| Dc346.txt | txt | • | 11/14/05 02:07:39PM |
| Dc347.txt | txt | • | 11/14/05 02:07:41PM |
| Dc348.txt | txt | • | 11/14/05 02:07:41PM |
| Dc349.txt | txt | • | 11/14/05 02:07:33PM |
| Dc35.doc | doc | • | 11/02/05 09:16:10PM |
| Dc350.txt | txt | • | 11/14/05 02:07:38PM |
| Dc351.txt | txt | • | 11/14/05 02:07:30PM |
| Dc352.txt | txt | • | 11/14/05 02:07:41PM |
| Dc353.txt | txt | • | 11/14/05 02:07:31PM |
| Dc354.txt | txt | • | 11/14/05 02:07:39PM |
| Dc355.txt | txt | • | 11/14/05 02:07:38PM |
| Dc356.txt | txt | • | 11/14/05 02:07:35PM |
| Dc357.txt | txt | • | 11/14/05 02:07:41PM |
| Dc359.txt | txt | • | 11/14/05 02:07:41PM |
| Dc36.xls | xls | • | 11/02/05 09:16:15PM |
| Dc360.txt | txt | • | 11/14/05 02:07:41PM |
| Dc361.txt | txt | • | 11/14/05 02:07:39PM |
| Dc362.txt | txt | • | 11/14/05 02:07:38PM |
| Dc363.txt | txt | • | 11/14/05 02:07:40PM |
| Dc364.txt | txt | • | 11/14/05 02:07:36PM |
| Dc365.txt | txt | • | 11/14/05 02:07:35PM |
| Dc366.txt | txt | • | 11/14/05 02:07:41PM |
| Dc367.txt | txt | • | 11/14/05 02:07:41PM |
| Dc368.txt | txt | • | 11/14/05 02:07:35PM |
| Dc369.txt | txt | • | 11/14/05 02:07:38PM |
| Dc37.doc | doc | • | 11/02/05 09:16:23PM |
| Dc370.txt | txt | • | 11/14/05 02:07:37PM |
| Dc371.txt | txt | • | 11/14/05 02:07:41PM |
| Dc372.txt | txt | • | 11/14/05 02:07:39PM |
| Dc374.txt | txt | • | 11/14/05 02:07:38PM |
| Dc375.txt | txt | • | 11/14/05 02:07:35PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc376.txt | txt | • | 11/14/05 02:07:39PM |
| Dc377.txt | txt | • | 11/14/05 02:07:38PM |
| Dc378.txt | txt | • | 11/14/05 02:07:41PM |
| Dc379.txt | txt | • | 11/14/05 02:07:41PM |
| Dc38.doc | doc | • | 11/02/05 09:16:41PM |
| Dc380.txt | txt | • | 11/14/05 02:07:33PM |
| Dc381.txt | txt | • | 11/14/05 02:07:41PM |
| Dc382.txt | txt | • | 11/14/05 02:07:41PM |
| Dc383.txt | txt | • | 11/14/05 02:07:39PM |
| Dc384.txt | txt | • | 11/14/05 02:07:34PM |
| Dc385.txt | txt | • | 11/14/05 02:07:41PM |
| Dc386.txt | txt | • | 11/14/05 02:07:41PM |
| Dc387.txt | txt | • | 11/14/05 02:07:40PM |
| Dc388.txt | txt | • | 11/14/05 02:07:36PM |
| Dc389.txt | txt | • | 11/14/05 02:07:41PM |
| Dc390.txt | txt | • | 11/14/05 02:07:38PM |
| Dc391.txt | txt | • | 11/14/05 02:07:35PM |
| Dc392.txt | txt | • | 11/14/05 02:07:41PM |
| Dc40.doc | doc | • | 11/02/05 09:16:52PM |
| Dc41.doc | doc | • | 11/02/05 09:16:58PM |
| Dc410.txt | txt | • | 11/14/05 02:07:40PM |
| Dc411.txt | txt | • | 11/14/05 02:07:37PM |
| Dc412.txt | txt | • | 11/14/05 02:07:41PM |
| Dc413.txt | txt | • | 11/14/05 02:07:34PM |
| Dc414.txt | txt | • | 11/14/05 02:07:34PM |
| Dc415.txt | txt | • | 11/14/05 02:07:41PM |
| Dc416.txt | txt | • | 11/14/05 02:07:36PM |
| Dc417.txt | txt | • | 11/14/05 02:07:36PM |
| Dc418.txt | txt | • | 11/14/05 02:07:34PM |
| Dc419.txt | txt | • | 11/14/05 02:07:34PM |
| Dc42.doc | doc | • | 11/02/05 09:17:29PM |
| Dc420.txt | txt | • | 11/14/05 02:07:34PM |
| Dc421.txt | txt | • | 11/14/05 02:07:34PM |
| Dc422.txt | txt | • | 11/14/05 02:07:34PM |
| Dc423.txt | txt | • | 11/14/05 02:07:34PM |
| Dc424.txt | txt | • | 11/14/05 02:07:34PM |
| Dc425.txt | txt | • | 11/14/05 02:07:34PM |
| Dc426.txt | txt | • | 11/14/05 02:07:34PM |
| Dc427.txt | txt | • | 11/14/05 02:07:38PM |
| Dc428.txt | txt | • | 11/14/05 02:07:38PM |
| Dc430.txt | txt | • | 11/14/05 02:07:35PM |
| Dc431.txt | txt | • | 11/14/05 02:07:40PM |
| Dc432.txt | txt | • | 11/14/05 02:07:38PM |
| Dc433.txt | txt | • | 11/14/05 02:07:39PM |
| Dc434.txt | txt | • | 11/14/05 02:07:34PM |
| Dc435.txt | txt | • | 11/14/05 02:07:35PM |
| Dc436.txt | txt | • | 11/14/05 02:07:41PM |
| Dc437.txt | txt | • | 11/14/05 02:07:34PM |
| Dc438.txt | txt | • | 11/14/05 02:07:41PM |
| Dc439.txt | txt | • | 11/14/05 02:07:41PM |
| Dc44.doc | doc | • | 11/02/05 09:17:29PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc440.txt | txt | • | 11/14/05 02:07:37PM |
| Dc441.txt | txt | • | 11/14/05 02:07:34PM |
| Dc442.txt | txt | • | 11/14/05 02:07:31PM |
| Dc443.txt | txt | • | 11/14/05 02:07:32PM |
| Dc444.txt | txt | • | 11/14/05 02:07:39PM |
| Dc445.txt | txt | • | 11/14/05 02:07:37PM |
| Dc446.txt | txt | • | 11/14/05 02:07:32PM |
| Dc447.txt | txt | • | 11/14/05 02:07:36PM |
| Dc448.txt | txt | • | 11/14/05 02:07:37PM |
| Dc449.txt | txt | • | 11/14/05 02:07:40PM |
| Dc451.txt | txt | • | 11/14/05 02:07:36PM |
| Dc453.txt | txt | • | 11/14/05 02:07:41PM |
| Dc454.txt | txt | • | 11/29/05 09:12:33PM |
| Dc455.txt | txt | • | 11/14/05 02:07:36PM |
| Dc456.txt | txt | • | 11/14/05 02:07:41PM |
| Dc457.txt | txt | • | 11/14/05 02:07:41PM |
| Dc458.txt | txt | • | 11/14/05 02:07:35PM |
| Dc459.txt | txt | • | 11/14/05 02:07:32PM |
| Dc460.txt | txt | • | 11/14/05 02:07:41PM |
| Dc461.txt | txt | • | 11/14/05 02:07:34PM |
| Dc462.txt | txt | • | 11/14/05 02:07:31PM |
| Dc463.txt | txt | • | 11/14/05 02:07:31PM |
| Dc464.txt | txt | • | 11/14/05 02:07:31PM |
| Dc465.txt | txt | • | 11/14/05 02:07:32PM |
| Dc466.txt | txt | • | 11/14/05 02:07:32PM |
| Dc467.txt | txt | • | 11/14/05 02:07:37PM |
| Dc468.txt | txt | • | 11/14/05 02:07:39PM |
| Dc469.txt | txt | • | 11/14/05 02:07:41PM |
| Dc47.doc | doc | • | 11/02/05 09:17:39PM |
| Dc470.txt | txt | • | 11/29/05 09:12:42PM |
| Dc471.txt | txt | • | 11/14/05 02:07:41PM |
| Dc48.doc | doc | • | 11/02/05 09:17:44PM |
| Dc49.doc | doc | • | 11/02/05 09:17:49PM |
| Dc50.doc | doc | • | 11/02/05 09:17:56PM |
| Dc504.txt | txt | • | 11/16/05 07:23:39PM |
| Dc505.txt | txt | • | 11/14/05 02:07:41PM |
| Dc507.txt | txt | • | 11/14/05 02:07:39PM |
| Dc508.txt | txt | • | 11/14/05 02:07:32PM |
| Dc51.doc | doc | • | 11/02/05 09:18:17PM |
| Dc512.txt | txt | • | 11/14/05 02:07:32PM |
| Dc513.txt | txt | • | 11/14/05 02:07:34PM |
| Dc514.txt | txt | • | 11/14/05 02:07:32PM |
| Dc515.txt | txt | • | 11/14/05 02:07:37PM |
| Dc516.txt | txt | • | 11/14/05 02:07:36PM |
| Dc520.txt | txt | • | 11/14/05 02:07:36PM |
| Dc522.txt | txt | • | 11/14/05 02:07:32PM |
| Dc523.txt | txt | • | 11/14/05 02:07:32PM |
| Dc524.txt | txt | • | 11/14/05 02:07:40PM |
| Dc526.txt | txt | • | 11/14/05 02:07:41PM |
| Dc527.txt | txt | • | 11/14/05 02:07:39PM |
| Dc528.txt | txt | • | 11/14/05 02:07:41PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc529.txt | txt | • | 11/14/05 02:07:40PM |
| Dc530.txt | txt | • | 11/14/05 02:07:33PM |
| Dc531.txt | txt | • | 11/14/05 02:07:39PM |
| Dc536.txt | txt | • | 11/14/05 02:07:41PM |
| Dc537.txt | txt | • | 11/14/05 02:07:36PM |
| Dc538.txt | txt | • | 11/14/05 02:07:35PM |
| Dc539.txt | txt | • | 11/14/05 02:07:32PM |
| Dc540.txt | txt | • | 11/14/05 02:07:33PM |
| Dc541.txt | txt | • | 11/14/05 02:07:31PM |
| Dc542.txt | txt | • | 11/14/05 02:07:38PM |
| Dc543.txt | txt | • | 11/14/05 02:07:39PM |
| Dc544.txt | txt | • | 11/14/05 02:07:41PM |
| Dc545.txt | txt | • | 11/14/05 02:07:38PM |
| Dc546.txt | txt | • | 11/14/05 02:07:36PM |
| Dc547.txt | txt | • | 11/14/05 02:07:31PM |
| Dc548.txt | txt | • | 11/14/05 02:07:41PM |
| Dc549.txt | txt | • | 11/14/05 02:07:41PM |
| Dc55.doc | doc | • | 11/02/05 09:18:38PM |
| Dc550.txt | txt | • | 11/14/05 02:07:37PM |
| Dc552.txt | txt | • | 11/14/05 02:07:33PM |
| Dc553.txt | txt | • | 11/14/05 02:07:34PM |
| Dc554.txt | txt | • | 11/27/05 02:28:07PM |
| Dc555.txt | txt | • | 11/14/05 02:07:36PM |
| Dc556.txt | txt | • | 11/14/05 02:07:33PM |
| Dc557.txt | txt | • | 11/14/05 02:07:33PM |
| Dc559.txt | txt | • | 11/15/05 09:02:58AM |
| Dc56.doc | doc | • | 11/02/05 09:18:44PM |
| Dc560.txt | txt | • | 11/14/05 02:07:32PM |
| Dc561.txt | txt | • | 11/14/05 02:07:32PM |
| Dc563.txt | txt | • | 11/14/05 02:07:34PM |
| Dc564.txt | txt | • | 11/14/05 02:07:41PM |
| Dc565.txt | txt | • | 11/16/05 07:25:25PM |
| Dc566.txt | txt | • | 11/14/05 02:07:40PM |
| Dc567.txt | txt | • | 11/14/05 02:07:34PM |
| Dc568.txt | txt | • | 11/14/05 02:07:41PM |
| Dc569.txt | txt | • | 11/14/05 02:07:35PM |
| Dc57.doc | doc | • | 11/02/05 09:18:48PM |
| Dc570.txt | txt | • | 11/14/05 02:07:39PM |
| Dc571.txt | txt | • | 11/14/05 02:07:32PM |
| Dc572.txt | txt | • | 11/14/05 02:07:37PM |
| Dc573.txt | txt | • | 11/14/05 02:07:41PM |
| Dc574.txt | txt | • | 11/14/05 02:07:33PM |
| Dc575.txt | txt | • | 11/14/05 02:07:41PM |
| Dc576.txt | txt | • | 11/14/05 02:07:40PM |
| Dc577.txt | txt | • | 11/14/05 02:07:41PM |
| Dc578.txt | txt | • | 11/14/05 02:07:39PM |
| Dc579.txt | txt | • | 11/14/05 02:07:38PM |
| Dc58.doc | doc | • | 11/02/05 09:18:59PM |
| Dc580.txt | txt | • | 11/14/05 02:07:32PM |
| Dc582.txt | txt | • | 11/14/05 02:07:38PM |
| Dc583.txt | txt | • | 11/14/05 02:07:41PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc584.txt | txt | • | 11/14/05 02:13:24PM |
| Dc585.txt | txt | • | 11/15/05 09:30:35PM |
| Dc586.txt | txt | • | 11/14/05 02:13:35PM |
| Dc587.txt | txt | • | 11/14/05 02:09:30PM |
| Dc588.txt | txt | • | 11/14/05 02:17:59PM |
| Dc589.txt | txt | • | 11/14/05 02:18:01PM |
| Dc59.doc | doc | • | 11/02/05 09:19:06PM |
| Dc590.txt | txt | • | 11/14/05 02:18:02PM |
| Dc591.txt | txt | • | 11/14/05 02:21:42PM |
| Dc593.txt | txt | • | 11/14/05 02:21:48PM |
| Dc594.txt | txt | • | 11/29/05 07:30:32PM |
| Dc605.txt | txt | • | 11/15/05 04:37:51PM |
| Dc606.txt | txt | • | 11/29/05 07:30:24PM |
| Dc607.txt | txt | • | 11/15/05 04:54:24PM |
| Dc608.txt | txt | • | 11/15/05 04:54:26PM |
| Dc609.txt | txt | • | 11/15/05 04:54:32PM |
| Dc61.doc | doc | • | 11/02/05 09:19:41PM |
| Dc611.txt | txt | • | 11/15/05 04:55:17PM |
| Dc612.txt | txt | • | 11/16/05 12:08:23PM |
| Dc613.txt | txt | • | 11/16/05 12:14:20PM |
| Dc614.txt | txt | • | 11/16/05 12:14:20PM |
| Dc615.txt | txt | • | 11/16/05 12:14:26PM |
| Dc616.txt | txt | • | 11/16/05 07:23:30PM |
| Dc617.txt | txt | • | 11/16/05 07:26:05PM |
| Dc618.txt | txt | • | 11/16/05 07:27:57PM |
| Dc620.txt | txt | • | 11/29/05 07:33:14PM |
| Dc622.txt | txt | • | 11/29/05 09:12:27PM |
| Dc623.txt | txt | • | 11/29/05 09:12:31PM |
| Dc624.txt | txt | • | 11/29/05 09:12:33PM |
| Dc625.txt | txt | • | 11/29/05 09:12:43PM |
| Dc626.txt | txt | • | 11/29/05 09:12:49PM |
| Dc627.txt | txt | • | 11/29/05 09:12:51PM |
| Dc628.txt | txt | • | 11/29/05 09:13:24PM |
| Dc629.txt | txt | • | 11/29/05 09:13:24PM |
| Dc63.xls | xls | • | 11/02/05 09:20:17PM |
| Dc630.txt | txt | • | 11/29/05 09:13:24PM |
| Dc631.txt | txt | • | 11/29/05 09:13:25PM |
| Dc632.doc | doc | • | 11/29/05 09:15:21PM |
| Dc633.xls | xls | • | 11/29/05 09:15:29PM |
| Dc634.ppt | ppt | • | 11/29/05 09:15:36PM |
| Dc66.doc | doc | • | 11/02/05 09:21:24PM |
| Dc67.doc | doc | • | 11/02/05 09:21:41PM |
| Dc68.doc | doc | • | 11/02/05 09:21:55PM |
| Dc69.xls | xls | • | 11/29/05 09:16:55PM |
| Dc72.xls | xls | • | 11/29/05 09:14:18PM |
| Dc73.doc | doc | • | 11/29/05 09:14:14PM |
| Dc74.doc | doc | • | 11/29/05 07:32:54PM |
| Dc75.doc | doc | • | 11/29/05 09:14:13PM |
| Dc76.doc | doc | • | 11/29/05 07:32:55PM |
| Dc77.doc | doc | • | 11/29/05 09:13:21PM |
| Dc78.xls | xls | • | 11/15/05 03:34:30PM |

| Name | File Ext | Is Deleted | Last Accessed |
|------|----------|------------|---------------|
| Dc79.xls | xls | • | 11/29/05 09:12:47PM |
| Dc82.xls | xls | • | 11/29/05 09:16:54PM |
| Dc83.xls | xls | • | 11/16/05 07:25:52PM |
| Dc84.doc | doc | • | 11/29/05 09:12:30PM |
| Dc85.doc | doc | • | 11/29/05 09:12:47PM |
| Dc86.doc | doc | • | 11/29/05 09:12:39PM |
| Dc92.xls | xls | • | 11/29/05 09:13:01PM |
| Dc93.doc | doc | • | 11/14/05 03:07:11PM |
| Dc95.doc | doc | • | 11/15/05 08:04:50AM |
| Dc96.doc | doc | • | 11/29/05 07:32:19PM |
| Dc97.lnk | lnk | • | 11/29/05 09:14:06PM |
| Dc98.xls | xls | • | 11/29/05 09:12:50PM |
| Dc99.txt | txt | • | 11/29/05 09:13:26PM |
| dealers.pod | pod | • | 11/14/05 03:22:09PM |
| Dear James.lnk | lnk | • | 11/29/05 07:32:44PM |
| Eddie.pod | pod | • | 11/14/05 03:22:09PM |
| eula.txt | txt | • | 11/14/05 03:22:09PM |
| favicon[3].ico | ico | • | 11/14/05 03:41:36PM |
| feed4.data | data | • | 11/29/05 09:58:04PM |
| fifth[1].html | html | • | 11/29/05 09:12:32PM |
| fonts.prf | prf | • | 11/14/05 03:22:09PM |
| gifygry.exe | exe | • | 11/29/05 07:33:27PM |
| google[1].htm | htm | • | 11/29/05 07:30:24PM |
| grb12.rtk | rtk | • | 11/29/05 09:58:04PM |
| Guest.log | log | • | 11/14/05 03:22:09PM |
| habits.prf | prf | • | 11/14/05 03:22:09PM |
| hof9.dat | dat | • | 11/14/05 03:22:09PM |
| Hoyle Casino 2004 | | • | 11/29/05 09:20:09PM |
| Hoyle Casino 2004.lnk | lnk | • | 11/29/05 09:18:53PM |
| Hoyle Casino 2004.pod | pod | • | 11/14/05 03:22:09PM |
| HOYLE CASINO.HLP | HLP | • | 11/14/05 03:22:09PM |
| Hoyle Web Site.URL | URL | • | 11/29/05 09:20:46PM |
| HoyleCasino2004.exe | exe | • | 11/29/05 09:18:52PM |
| HVF1.pod | pod | • | 11/14/05 03:22:09PM |
| HVF2.pod | pod | • | 11/14/05 03:22:09PM |
| HVF3.pod | pod | • | 11/14/05 03:22:09PM |
| HVF4.pod | pod | • | 11/14/05 03:22:10PM |
| HVF5.pod | pod | • | 11/14/05 03:22:10PM |
| HVM1.pod | pod | • | 11/14/05 03:22:10PM |
| HVM2.pod | pod | • | 11/14/05 03:22:10PM |
| HVM3.pod | pod | • | 11/14/05 03:22:10PM |
| HVM4.pod | pod | • | 11/14/05 03:22:10PM |
| HVM5.pod | pod | • | 11/14/05 03:22:10PM |
| I2_LDVP.TMP | TMP | • | 11/29/05 10:17:10PM |
| I2_LDVP.TMP | TMP | • | 12/06/05 12:23:41PM |
| INDEX.MAP | MAP | • | 12/06/05 12:23:45PM |
| INDEX.MAP | MAP | • | 11/21/05 09:52:51AM |
| Jessica.pod | pod | • | 11/14/05 03:22:10PM |
| Joe.pod | pod | • | 11/14/05 03:22:10PM |
| Kelly.pod | pod | • | 11/14/05 03:22:10PM |
| l8n-en.prf | prf | • | 11/14/05 03:22:10PM |

| Name | File Ext | Is Deleted | Last Accessed |
|---|---|:---:|---|
| mail[1] | | • | 11/29/05 07:30:33PM |
| mail[1] | | • | 11/29/05 07:30:46PM |
| mail[2] | | • | 11/29/05 07:30:33PM |
| Marcus.pod | pod | • | 11/14/05 03:22:10PM |
| Michele.pod | pod | • | 11/14/05 03:22:10PM |
| Mss32.dll | dll | • | 11/14/05 03:22:11PM |
| mssmp3.asi | asi | • | 11/14/05 03:22:11PM |
| Nigel.pod | pod | • | 11/14/05 03:22:11PM |
| OBJECTS.MAP | MAP | • | 12/06/05 12:23:45PM |
| OBJECTS.MAP | MAP | • | 11/21/05 09:52:51AM |
| Play Hoyle Games Online.URL | URL | • | 11/29/05 09:20:46PM |
| qsdec | | • | 11/20/05 10:58:20AM |
| rd_p[2].htm | htm | • | 11/16/05 07:26:28PM |
| readme.txt | txt | • | 11/14/05 03:22:11PM |
| RealPlayer10-5GOLD_bb.exe | exe | • | 11/29/05 09:19:55PM |
| RealRhapsody Get Free Music.url | url | • | 11/29/05 09:18:41PM |
| redist | | • | 11/29/05 09:20:04PM |
| regclean_oo2.exe | exe | • | 11/29/05 09:18:45PM |
| Register Online.url | url | • | 11/29/05 09:20:46PM |
| Registry Cleaner.lnk | lnk | • | 11/29/05 09:18:34PM |
| ROLL_FORWARD | | • | 12/06/05 12:23:46PM |
| Sierra Web Site.URL | URL | • | 11/29/05 09:20:46PM |
| sierra.inf | inf | • | 11/14/05 03:22:11PM |
| Streams | | • | 11/29/05 09:20:05PM |
| Tommy.pod | pod | • | 11/14/05 03:22:17PM |
| user0.bak | bak | • | 11/14/05 03:22:17PM |
| user0.log | log | • | 11/14/05 03:22:17PM |
| user0.pok | pok | • | 11/14/05 03:22:17PM |
| version.txt | txt | • | 11/14/05 03:22:17PM |
| yahoo[3] | | • | 11/16/05 07:23:29PM |
| Yvonne.pod | pod | • | 11/14/05 03:22:18PM |

| File Created | Last Written | Logical Size |
|---|---|---|
| 11/27/05 02:26:06PM | 11/27/05 02:26:06PM | 162 |
| 11/27/05 02:26:06PM | 11/27/05 02:26:06PM | 512 |
| 11/27/05 02:25:50PM | 11/27/05 02:25:50PM | 512 |
| 11/27/05 02:25:50PM | 11/29/05 09:18:17PM | 3,584 |
| 08/09/01 05:04:48PM | 08/09/01 05:04:48PM | 3,444,780 |
| 07/02/02 01:53:14PM | 07/02/02 01:53:14PM | 163,792 |
| 04/16/03 04:54:16PM | 04/16/03 04:54:16PM | 8,048,222 |
| 09/17/99 01:05:56PM | 09/17/99 01:05:56PM | 5,296,464 |
| 07/02/02 01:52:14PM | 07/02/02 01:52:14PM | 7,762,220 |
| 07/02/02 02:01:10PM | 07/02/02 02:01:10PM | 8,045,208 |
| 07/02/02 02:01:02PM | 07/02/02 02:01:02PM | 5,492,058 |
| 07/02/02 01:52:46PM | 07/02/02 01:52:46PM | 600,444 |
| 07/02/02 01:59:46PM | 07/02/02 01:59:46PM | 705,762 |
| 07/02/02 01:59:06PM | 07/02/02 01:59:06PM | 1,294,124 |
| 08/01/02 05:15:42PM | 08/01/02 05:15:42PM | 1,266,989 |
| 07/02/02 01:54:36PM | 07/02/02 01:54:36PM | 1,710,566 |
| 08/01/02 05:15:46PM | 08/01/02 05:15:46PM | 6,514,869 |
| 07/02/02 01:53:50PM | 07/02/02 01:53:50PM | 3,984,372 |
| 08/06/01 02:57:28PM | 08/06/01 02:57:28PM | 4,641,116 |
| 08/06/01 02:58:36PM | 08/06/01 02:58:36PM | 5,820,522 |
| 04/16/03 02:43:12PM | 04/16/03 02:43:12PM | 19,641,155 |
| 04/16/03 05:07:08PM | 04/16/03 05:07:08PM | 8,436,088 |
| 04/21/03 12:02:08PM | 04/21/03 12:02:08PM | 3,549,309 |
| 04/21/03 12:00:54PM | 04/21/03 12:00:54PM | 4,998,374 |
| 04/21/03 06:59:34PM | 04/21/03 06:59:34PM | 3,946,789 |
| 08/16/02 12:16:32PM | 08/16/02 12:16:32PM | 4,846,655 |
| 08/16/02 12:20:50PM | 08/16/02 12:20:50PM | 5,277,571 |
| 08/16/02 12:19:50PM | 08/16/02 12:19:50PM | 5,395,853 |
| 08/16/02 12:18:50PM | 08/16/02 12:18:50PM | 3,059,461 |
| 08/16/02 12:18:20PM | 08/16/02 12:18:20PM | 4,818,233 |
| 08/16/02 12:17:28PM | 08/16/02 12:17:28PM | 4,041,247 |
| 08/16/02 12:22:04PM | 08/16/02 12:22:04PM | 3,366,661 |
| 04/28/03 06:44:36PM | 04/28/03 06:44:36PM | 2,785,489 |
| 04/28/03 06:44:10PM | 04/28/03 06:44:10PM | 2,396,160 |
| 04/16/03 03:04:44PM | 04/16/03 03:04:44PM | 3,619,944 |
| 04/21/03 02:05:56PM | 04/21/03 02:05:56PM | 2,421,655 |
| 04/21/03 02:10:10PM | 04/21/03 02:10:10PM | 2,003,696 |
| 04/21/03 02:15:20PM | 04/21/03 02:15:20PM | 2,234,827 |
| 04/17/03 12:28:08PM | 04/17/03 12:28:08PM | 2,483,641 |
| 04/17/03 12:27:40PM | 04/17/03 12:27:40PM | 2,521,675 |
| 04/17/03 12:28:58PM | 04/17/03 12:28:58PM | 2,784,154 |
| 04/17/03 12:23:24PM | 04/17/03 12:23:24PM | 1,830,371 |
| 04/17/03 12:24:22PM | 04/17/03 12:24:22PM | 2,935,455 |
| 04/04/03 12:04:20PM | 04/04/03 12:04:20PM | 1,881,944 |
| 04/18/03 02:15:20PM | 04/18/03 02:15:20PM | 2,866,543 |
| 08/16/01 12:18:04PM | 08/16/01 12:18:04PM | 1,572,906 |
| 08/16/01 12:18:12PM | 08/16/01 12:18:12PM | 2,265,090 |
| 08/16/01 12:19:00PM | 08/16/01 12:19:00PM | 1,531,900 |
| 08/23/04 12:28:02PM | 08/23/04 12:28:02PM | 1,982 |
| 05/16/03 03:24:36PM | 05/16/03 03:24:36PM | 21,659,447 |
| 11/29/05 09:12:28PM | 11/29/05 09:12:28PM | 16,781 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 11/20/05 11:04:21AM | 11/20/05 11:24:47AM | 21,504 |
| 06/12/03 06:18:58AM | 06/12/03 06:18:58AM | 847,443 |
| 11/15/05 04:55:14PM | 11/15/05 04:55:14PM | 2,159 |
| 10/24/04 09:51:04AM | 01/23/05 04:54:15PM | 20,024 |
| 12/13/02 10:33:50AM | 01/23/05 04:51:12PM | 60 |
| 05/22/02 01:16:46PM | 05/22/02 01:16:46PM | 8,234 |
| 11/29/05 07:30:37PM | 11/29/05 07:30:37PM | 5,479 |
| 08/20/04 03:31:28PM | 08/20/04 03:31:28PM | 114 |
| 08/20/04 03:31:33PM | 08/20/04 03:31:33PM | 138 |
| 08/20/04 03:31:55PM | 08/20/04 03:31:55PM | 155 |
| 08/20/04 03:32:53PM | 08/20/04 03:32:53PM | 156 |
| 08/20/04 03:33:28PM | 08/20/04 03:33:28PM | 155 |
| 08/20/04 03:33:35PM | 08/20/04 03:33:35PM | 120 |
| 08/20/04 03:32:31PM | 08/20/04 03:33:38PM | 103 |
| 08/23/04 09:49:36AM | 08/23/04 09:49:36AM | 138 |
| 08/23/04 10:12:45AM | 08/23/04 10:12:45AM | 78 |
| 08/23/04 10:13:44AM | 08/23/04 10:13:44AM | 108 |
| 08/23/04 10:51:42AM | 08/23/04 10:51:42AM | 122 |
| 08/23/04 12:23:45PM | 08/23/04 12:23:45PM | 100 |
| 08/23/04 12:25:28PM | 08/23/04 12:25:28PM | 105 |
| 08/25/04 11:16:34AM | 08/25/04 12:47:11PM | 374 |
| 08/31/04 11:03:55AM | 08/31/04 11:03:55AM | 84 |
| 09/02/04 03:05:57PM | 09/02/04 03:05:57PM | 202 |
| 09/02/04 03:06:37PM | 09/02/04 03:06:37PM | 69 |
| 09/03/04 01:13:01PM | 09/03/04 01:13:01PM | 110 |
| 09/08/04 11:52:12AM | 09/08/04 11:52:12AM | 75 |
| 09/08/04 12:30:42PM | 09/08/04 12:30:42PM | 99 |
| 09/08/04 12:31:36PM | 09/08/04 12:31:36PM | 164 |
| 09/08/04 12:41:45PM | 09/08/04 12:41:45PM | 80 |
| 09/09/04 12:31:20PM | 09/09/04 12:31:33PM | 108 |
| 09/10/04 10:39:17AM | 09/10/04 10:39:17AM | 539 |
| 09/10/04 11:35:46AM | 09/10/04 11:35:49AM | 922 |
| 09/02/04 03:54:08PM | 09/10/04 11:35:50AM | 92 |
| 09/10/04 02:33:09PM | 09/10/04 02:33:32PM | 118 |
| 09/10/04 02:35:37PM | 09/10/04 02:35:37PM | 102 |
| 09/10/04 02:35:40PM | 09/10/04 02:36:28PM | 79 |
| 09/10/04 02:43:31PM | 09/10/04 02:43:31PM | 100 |
| 09/10/04 02:38:42PM | 09/10/04 02:43:34PM | 95 |
| 09/10/04 02:43:39PM | 09/10/04 02:43:39PM | 335 |
| 09/10/04 02:43:39PM | 09/10/04 02:43:39PM | 276 |
| 09/10/04 02:43:39PM | 09/10/04 02:43:39PM | 98 |
| 09/10/04 02:43:39PM | 09/10/04 02:43:39PM | 93 |
| 09/13/04 12:50:20PM | 09/13/04 12:50:20PM | 76 |
| 09/13/04 12:58:17PM | 09/13/04 12:58:17PM | 382 |
| 09/13/04 02:42:13PM | 09/13/04 02:42:13PM | 92 |
| 09/14/04 10:48:34AM | 09/14/04 10:48:34AM | 89 |
| 08/31/04 11:05:42AM | 08/31/04 11:05:42AM | 152 |
| 09/27/04 03:50:27PM | 09/27/04 03:50:27PM | 142 |
| 09/27/04 03:36:07PM | 09/29/04 11:06:29AM | 707 |
| 09/29/04 11:16:18AM | 09/29/04 11:16:18AM | 88 |
| 09/29/04 11:17:33AM | 09/29/04 11:17:33AM | 240 |

13

| File Created | Last Written | Logical Size |
|---|---|---|
| 09/29/04 11:17:33AM | 09/29/04 11:17:33AM | 75 |
| 09/29/04 11:17:56AM | 09/29/04 11:17:56AM | 101 |
| 05/05/05 10:13:23AM | 05/05/05 10:13:24AM | 15,360 |
| 09/29/04 11:18:07AM | 09/29/04 11:18:07AM | 453 |
| 10/18/04 11:57:09AM | 10/18/04 12:04:00PM | 1,089 |
| 10/18/04 12:04:00PM | 10/18/04 12:04:04PM | 950 |
| 10/18/04 12:04:00PM | 10/18/04 12:04:15PM | 121 |
| 10/18/04 11:57:09AM | 10/18/04 12:04:16PM | 934 |
| 10/18/04 12:12:09PM | 10/18/04 12:12:09PM | 494 |
| 11/08/04 11:30:20AM | 11/08/04 11:30:20AM | 107 |
| 01/03/05 02:18:51PM | 01/03/05 02:18:51PM | 146 |
| 01/03/05 02:19:00PM | 01/03/05 02:19:00PM | 141 |
| 01/03/05 02:19:00PM | 01/03/05 02:19:00PM | 146 |
| 01/03/05 02:35:37PM | 01/03/05 02:35:37PM | 285 |
| 05/05/05 10:58:24AM | 05/05/05 10:58:24AM | 16,384 |
| 01/03/05 02:35:36PM | 01/03/05 02:35:36PM | 76 |
| 01/03/05 02:35:34PM | 01/03/05 02:35:38PM | 432 |
| 01/03/05 02:36:53PM | 01/03/05 02:36:53PM | 121 |
| 01/03/05 02:36:52PM | 01/03/05 02:36:52PM | 118 |
| 01/03/05 02:36:54PM | 01/03/05 02:36:54PM | 124 |
| 01/03/05 02:36:53PM | 01/03/05 02:41:14PM | 206 |
| 01/03/05 02:54:55PM | 01/03/05 02:54:55PM | 82 |
| 01/03/05 02:54:54PM | 01/03/05 02:54:55PM | 269 |
| 01/03/05 03:08:37PM | 01/03/05 03:12:52PM | 194 |
| 01/06/05 04:44:02PM | 01/06/05 04:44:02PM | 101 |
| 05/05/05 03:54:09PM | 05/19/05 12:25:23PM | 81,920 |
| 10/04/04 03:30:44PM | 01/06/05 04:44:02PM | 350 |
| 01/06/05 05:01:34PM | 01/06/05 05:01:34PM | 102 |
| 01/06/05 05:04:45PM | 01/06/05 05:04:45PM | 191 |
| 01/06/05 05:04:45PM | 01/06/05 05:04:45PM | 860 |
| 01/07/05 06:13:56PM | 01/07/05 06:13:56PM | 88 |
| 01/12/05 10:34:51AM | 01/12/05 10:34:51AM | 109 |
| 01/12/05 10:34:59AM | 01/12/05 10:34:59AM | 68 |
| 01/12/05 10:35:18AM | 01/12/05 10:35:18AM | 76 |
| 01/25/05 02:14:12PM | 01/25/05 02:14:12PM | 160 |
| 01/25/05 02:14:32PM | 01/25/05 02:14:32PM | 105 |
| 01/25/05 04:00:08PM | 01/25/05 04:00:09PM | 97 |
| 01/25/05 04:00:09PM | 01/25/05 04:00:09PM | 93 |
| 01/25/05 05:10:54PM | 01/25/05 05:10:54PM | 152 |
| 01/25/05 05:30:33PM | 01/25/05 05:34:11PM | 319 |
| 01/25/05 05:43:33PM | 01/25/05 05:43:33PM | 103 |
| 01/25/05 05:45:32PM | 01/25/05 05:45:32PM | 159 |
| 01/26/05 11:04:48AM | 01/26/05 11:04:48AM | 99 |
| 01/26/05 11:04:48AM | 01/26/05 11:04:48AM | 91 |
| 03/01/05 02:01:48PM | 03/01/05 02:01:49PM | 13,824 |
| 02/15/05 03:54:01PM | 02/15/05 03:54:01PM | 108 |
| 08/25/04 11:04:32AM | 02/28/05 05:02:55PM | 239 |
| 03/20/05 06:11:34PM | 03/20/05 06:11:34PM | 149 |
| 03/22/05 03:08:37PM | 03/22/05 03:08:37PM | 147 |
| 03/22/05 03:12:07PM | 03/22/05 03:12:07PM | 413 |
| 03/24/05 09:15:54AM | 03/24/05 09:15:54AM | 116 |

14

| File Created | Last Written | Logical Size |
|---|---|---|
| 03/24/05 09:21:22AM | 03/24/05 09:21:22AM | 142 |
| 03/24/05 09:23:10AM | 03/24/05 09:23:10AM | 80 |
| 05/03/05 09:57:36AM | 05/03/05 09:57:36AM | 107 |
| 02/23/05 06:35:55PM | 02/23/05 06:35:56PM | 19,968 |
| 05/03/05 09:57:39AM | 05/03/05 09:57:39AM | 75 |
| 05/03/05 10:22:24AM | 05/03/05 10:22:24AM | 249 |
| 05/03/05 10:25:12AM | 05/03/05 10:25:12AM | 172 |
| 05/03/05 10:31:36AM | 05/03/05 10:31:36AM | 109 |
| 05/03/05 04:07:41PM | 05/03/05 04:07:41PM | 2,414 |
| 05/04/05 10:02:10AM | 05/04/05 10:02:10AM | 78 |
| 05/04/05 10:02:45AM | 05/04/05 10:08:09AM | 751 |
| 05/04/05 10:35:38AM | 05/04/05 10:35:38AM | 200 |
| 05/04/05 10:04:33AM | 05/04/05 10:36:13AM | 767 |
| 05/04/05 11:41:36AM | 05/04/05 11:41:36AM | 804 |
| 03/17/05 06:37:06PM | 03/17/05 06:37:07PM | 20,992 |
| 05/04/05 11:41:36AM | 05/04/05 11:41:36AM | 652 |
| 05/04/05 02:47:01PM | 05/04/05 02:47:01PM | 79 |
| 05/05/05 12:54:43PM | 05/05/05 12:54:43PM | 177 |
| 05/05/05 12:54:45PM | 05/05/05 12:54:45PM | 91 |
| 05/05/05 12:54:44PM | 05/05/05 12:54:44PM | 175 |
| 03/19/05 09:21:15AM | 03/19/05 10:05:14AM | 29,696 |
| 05/10/05 02:08:06PM | 05/10/05 02:08:06PM | 152 |
| 05/10/05 09:28:03PM | 05/10/05 09:28:03PM | 77 |
| 05/10/05 10:04:11PM | 05/10/05 10:04:11PM | 375 |
| 05/19/05 03:35:10PM | 05/19/05 03:35:10PM | 86 |
| 05/23/05 08:30:22AM | 05/23/05 08:30:22AM | 276 |
| 05/23/05 08:30:24AM | 05/23/05 08:30:24AM | 244 |
| 05/23/05 08:30:38AM | 05/23/05 08:30:38AM | 276 |
| 05/23/05 08:30:49AM | 05/23/05 08:30:49AM | 137 |
| 05/23/05 08:41:02AM | 05/23/05 08:41:02AM | 145 |
| 05/23/05 08:41:05AM | 05/23/05 08:41:05AM | 901 |
| 05/23/05 09:46:26AM | 05/23/05 09:46:26AM | 506 |
| 05/24/05 08:52:49AM | 05/24/05 08:52:49AM | 113 |
| 05/24/05 08:52:48AM | 05/24/05 08:52:48AM | 110 |
| 05/24/05 08:52:49AM | 05/24/05 08:52:49AM | 108 |
| 05/24/05 08:52:48AM | 05/24/05 08:52:48AM | 105 |
| 05/24/05 08:59:53AM | 05/24/05 08:59:53AM | 385 |
| 05/24/05 08:59:56AM | 05/24/05 08:59:56AM | 539 |
| 05/24/05 09:27:40AM | 05/24/05 09:27:40AM | 67 |
| 05/24/05 11:03:19AM | 05/24/05 11:03:19AM | 96 |
| 06/07/05 09:12:56AM | 06/07/05 09:12:56AM | 530 |
| 06/07/05 09:12:57AM | 06/07/05 09:12:57AM | 175 |
| 06/07/05 09:14:16AM | 06/07/05 09:14:16AM | 68 |
| 06/07/05 09:19:51AM | 06/07/05 09:19:51AM | 82 |
| 06/07/05 09:34:23AM | 06/07/05 09:34:23AM | 72 |
| 06/07/05 09:34:25AM | 06/07/05 09:34:25AM | 84 |
| 06/07/05 09:36:21AM | 06/07/05 09:37:06AM | 824 |
| 06/07/05 09:37:23AM | 06/07/05 09:37:23AM | 102 |
| 06/07/05 09:37:33AM | 06/07/05 09:37:33AM | 96 |
| 06/07/05 09:37:21AM | 06/07/05 09:37:33AM | 233 |
| 06/07/05 11:26:29AM | 06/07/05 11:26:29AM | 84 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 06/07/05 11:26:15AM | 06/07/05 11:26:55AM | 75 |
| 06/07/05 11:26:45AM | 06/07/05 11:26:55AM | 175 |
| 06/08/05 07:12:27AM | 06/08/05 07:12:27AM | 103 |
| 06/08/05 07:12:28AM | 06/08/05 07:12:28AM | 166 |
| 06/08/05 09:44:38AM | 06/08/05 09:44:38AM | 173 |
| 06/08/05 09:44:38AM | 06/08/05 09:44:38AM | 96 |
| 03/19/05 09:05:26AM | 03/19/05 10:07:11AM | 13,824 |
| 06/10/05 12:14:17PM | 06/10/05 12:14:17PM | 373 |
| 06/10/05 06:55:55PM | 06/10/05 06:55:55PM | 231 |
| 06/10/05 07:04:35PM | 06/10/05 07:04:35PM | 157 |
| 06/10/05 07:08:42PM | 06/10/05 07:08:42PM | 140 |
| 06/10/05 07:21:01PM | 06/10/05 07:21:01PM | 109 |
| 05/03/05 09:57:39AM | 06/10/05 07:21:03PM | 1,652 |
| 06/10/05 07:21:02PM | 06/10/05 07:21:02PM | 77 |
| 06/10/05 07:28:17PM | 06/10/05 07:28:17PM | 100 |
| 06/13/05 09:14:41AM | 06/13/05 09:14:41AM | 352 |
| 09/14/04 04:30:39PM | 09/24/04 03:49:27PM | 34,304 |
| 06/13/05 09:57:50AM | 06/13/05 09:57:50AM | 85 |
| 06/13/05 10:10:09AM | 06/13/05 10:10:09AM | 242 |
| 06/13/05 10:34:11AM | 06/13/05 10:34:11AM | 100 |
| 06/13/05 10:34:13AM | 06/13/05 10:34:13AM | 808 |
| 06/13/05 10:55:23AM | 06/13/05 10:55:23AM | 92 |
| 06/13/05 10:57:20AM | 06/13/05 10:57:20AM | 163 |
| 06/13/05 11:15:07AM | 06/13/05 11:15:07AM | 77 |
| 08/19/05 11:18:33AM | 08/19/05 11:18:33AM | 24,576 |
| 06/13/05 11:15:07AM | 06/13/05 11:15:07AM | 81 |
| 06/13/05 11:16:35AM | 06/13/05 11:16:35AM | 389 |
| 06/14/05 08:25:29AM | 06/14/05 08:25:29AM | 174 |
| 06/14/05 08:30:21AM | 06/14/05 08:30:21AM | 79 |
| 06/14/05 08:31:22AM | 06/14/05 08:31:26AM | 432 |
| 06/14/05 09:09:25AM | 06/14/05 09:09:25AM | 153 |
| 06/14/05 09:11:16AM | 06/14/05 09:11:16AM | 86 |
| 06/14/05 09:15:32AM | 06/14/05 09:15:32AM | 146 |
| 06/14/05 09:23:55AM | 06/14/05 09:23:55AM | 96 |
| 03/25/05 01:15:54PM | 03/28/05 05:01:44PM | 4,610,048 |
| 06/14/05 09:23:55AM | 06/14/05 09:23:55AM | 214 |
| 06/14/05 09:23:56AM | 06/14/05 09:23:56AM | 109 |
| 06/14/05 09:24:03AM | 06/14/05 09:24:03AM | 92 |
| 06/14/05 09:24:03AM | 06/14/05 09:24:03AM | 83 |
| 06/14/05 09:36:05AM | 06/14/05 09:36:05AM | 107 |
| 06/14/05 09:37:35AM | 06/14/05 09:37:35AM | 191 |
| 06/14/05 09:37:42AM | 06/14/05 09:37:42AM | 155 |
| 06/14/05 09:39:08AM | 06/14/05 09:39:08AM | 94 |
| 06/14/05 09:47:32AM | 06/14/05 09:47:32AM | 889 |
| 06/14/05 09:47:32AM | 06/14/05 09:47:32AM | 527 |
| 08/19/05 11:54:22AM | 08/19/05 11:54:23AM | 25,600 |
| 06/14/05 10:32:35AM | 06/14/05 10:41:57AM | 785 |
| 06/14/05 10:45:56AM | 06/14/05 10:45:56AM | 225 |
| 06/14/05 11:20:43AM | 06/14/05 11:20:43AM | 126 |
| 06/14/05 11:31:41AM | 06/14/05 11:31:41AM | 94 |
| 06/14/05 11:31:39AM | 06/14/05 11:31:42AM | 451 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 06/14/05 11:36:21AM | 06/14/05 11:36:21AM | 75 |
| 06/08/05 05:49:01PM | 06/15/05 08:22:26AM | 329 |
| 06/15/05 08:42:09AM | 06/15/05 08:42:09AM | 107 |
| 06/15/05 08:48:59AM | 06/15/05 08:48:59AM | 103 |
| 08/19/05 12:17:10PM | 08/19/05 12:17:10PM | 20,480 |
| 06/15/05 08:49:01AM | 06/15/05 08:49:01AM | 78 |
| 06/15/05 08:49:01AM | 06/15/05 08:49:01AM | 147 |
| 06/15/05 08:50:32AM | 06/15/05 08:50:32AM | 158 |
| 06/15/05 08:57:27AM | 06/15/05 08:57:29AM | 893 |
| 06/15/05 09:37:13AM | 06/15/05 09:37:13AM | 449 |
| 06/15/05 09:37:13AM | 06/15/05 09:37:13AM | 669 |
| 06/15/05 10:30:51AM | 06/15/05 10:32:20AM | 102 |
| 06/15/05 11:32:15AM | 06/15/05 11:32:15AM | 96 |
| 06/15/05 11:44:12AM | 06/15/05 11:44:42AM | 406 |
| 06/15/05 11:44:42AM | 06/15/05 11:44:42AM | 236 |
| 06/16/05 09:52:24AM | 06/16/05 09:52:24AM | 174 |
| 06/16/05 10:41:13AM | 06/16/05 10:41:13AM | 212 |
| 06/16/05 10:50:52AM | 06/16/05 10:50:52AM | 93 |
| 08/19/05 10:35:19AM | 08/19/05 10:35:19AM | 20,480 |
| 08/19/05 11:35:58AM | 08/19/05 11:35:58AM | 20,480 |
| 06/29/05 09:47:17AM | 06/29/05 09:47:17AM | 81 |
| 06/29/05 10:31:03AM | 06/29/05 10:31:08AM | 189 |
| 06/29/05 10:31:10AM | 06/29/05 10:31:10AM | 651 |
| 06/29/05 10:35:36AM | 06/29/05 10:35:36AM | 331 |
| 06/29/05 10:36:36AM | 06/29/05 10:36:36AM | 334 |
| 06/29/05 10:38:41AM | 06/29/05 10:38:41AM | 82 |
| 06/29/05 11:21:52AM | 06/29/05 11:21:52AM | 173 |
| 06/28/05 11:08:46AM | 06/30/05 11:08:51AM | 193 |
| 06/30/05 11:13:34AM | 06/30/05 11:13:34AM | 346 |
| 06/30/05 11:14:10AM | 06/30/05 11:14:10AM | 347 |
| 08/19/05 11:13:14AM | 08/19/05 11:13:15AM | 20,480 |
| 06/30/05 11:14:22AM | 06/30/05 11:14:22AM | 335 |
| 06/30/05 11:14:30AM | 06/30/05 11:14:30AM | 339 |
| 06/30/05 11:14:37AM | 06/30/05 11:14:37AM | 338 |
| 06/30/05 11:14:48AM | 06/30/05 11:14:48AM | 328 |
| 06/30/05 11:14:55AM | 06/30/05 11:14:55AM | 334 |
| 06/30/05 11:15:22AM | 06/30/05 11:15:22AM | 339 |
| 06/30/05 11:12:44AM | 06/30/05 11:15:25AM | 746 |
| 06/29/05 10:35:02AM | 06/30/05 11:15:25AM | 239 |
| 06/30/05 11:41:12AM | 06/30/05 11:41:12AM | 83 |
| 06/30/05 11:48:40AM | 06/30/05 11:48:41AM | 459 |
| 06/13/05 09:14:24AM | 07/01/05 08:04:23AM | 192 |
| 07/01/05 08:18:24AM | 07/01/05 08:18:24AM | 1,228 |
| 06/30/05 11:51:02AM | 07/01/05 10:42:38AM | 216 |
| 07/06/05 08:34:57AM | 07/06/05 08:34:59AM | 392 |
| 07/06/05 08:34:58AM | 07/06/05 08:34:58AM | 116 |
| 07/06/05 08:34:59AM | 07/06/05 08:34:59AM | 192 |
| 07/06/05 08:40:01AM | 07/06/05 08:40:01AM | 98 |
| 07/06/05 08:39:59AM | 07/06/05 08:40:00AM | 180 |
| 07/06/05 10:05:52AM | 07/06/05 10:05:52AM | 84 |
| 08/19/05 10:40:37AM | 08/19/05 10:40:38AM | 20,480 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 01/06/05 05:01:41PM | 07/06/05 10:12:46AM | 265 |
| 07/06/05 11:10:24AM | 07/06/05 11:10:24AM | 145 |
| 06/13/05 10:10:08AM | 07/07/05 09:00:11AM | 208 |
| 07/07/05 10:50:38AM | 07/07/05 10:50:38AM | 96 |
| 07/08/05 08:10:42AM | 07/08/05 08:10:42AM | 94 |
| 07/08/05 08:14:54AM | 07/08/05 08:14:54AM | 101 |
| 07/08/05 08:17:07AM | 07/08/05 08:17:07AM | 226 |
| 07/08/05 08:35:22AM | 07/08/05 08:35:22AM | 93 |
| 07/08/05 08:35:23AM | 07/08/05 08:35:23AM | 171 |
| 07/01/05 08:04:02AM | 07/08/05 08:35:23AM | 464 |
| 07/08/05 10:49:48AM | 07/08/05 10:49:48AM | 303 |
| 07/08/05 10:50:31AM | 07/08/05 10:50:31AM | 373 |
| 07/08/05 10:50:43AM | 07/08/05 10:50:43AM | 109 |
| 07/08/05 10:50:30AM | 07/08/05 10:51:48AM | 1,284 |
| 07/08/05 10:53:42AM | 07/08/05 10:53:42AM | 768 |
| 07/08/05 10:58:08AM | 07/08/05 10:58:08AM | 75 |
| 07/08/05 11:00:58AM | 07/08/05 11:00:58AM | 364 |
| 07/08/05 11:01:53AM | 07/08/05 11:01:53AM | 105 |
| 07/08/05 11:02:42AM | 07/08/05 11:02:42AM | 370 |
| 07/08/05 11:09:57AM | 07/08/05 11:10:21AM | 1,116 |
| 07/08/05 11:19:20AM | 07/08/05 11:19:20AM | 107 |
| 07/08/05 11:23:16AM | 07/08/05 11:23:16AM | 266 |
| 07/08/05 11:24:37AM | 07/08/05 11:24:37AM | 183 |
| 07/08/05 11:24:49AM | 07/08/05 11:24:49AM | 587 |
| 07/08/05 11:24:49AM | 07/08/05 11:24:59AM | 233 |
| 06/17/05 11:33:29AM | 07/08/05 11:26:21AM | 1,381 |
| 07/08/05 11:23:42AM | 07/08/05 11:26:20AM | 381 |
| 07/08/05 11:25:13AM | 07/08/05 11:26:39AM | 722 |
| 08/19/05 10:27:16AM | 08/19/05 10:27:16AM | 19,968 |
| 07/08/05 11:24:32AM | 07/08/05 11:27:16AM | 266 |
| 07/08/05 11:55:17AM | 07/08/05 11:55:17AM | 97 |
| 08/19/05 11:04:08AM | 08/19/05 11:04:08AM | 20,480 |
| 08/19/05 11:27:55AM | 08/19/05 11:27:55AM | 20,480 |
| 08/18/05 10:50:21AM | 08/18/05 10:50:22AM | 510,464 |
| 08/09/05 06:44:55PM | 08/09/05 06:44:55PM | 174 |
| 08/09/05 09:33:21PM | 08/09/05 09:33:21PM | 72 |
| 08/09/05 09:36:02PM | 08/09/05 09:36:42PM | 388 |
| 08/09/05 09:37:20PM | 08/09/05 09:37:20PM | 147 |
| 08/19/05 12:10:14PM | 08/19/05 12:10:14PM | 20,480 |
| 08/25/05 07:33:08AM | 08/25/05 07:33:08AM | 81 |
| 09/14/05 03:41:25PM | 09/14/05 03:41:25PM | 174 |
| 09/15/05 05:16:04AM | 09/15/05 05:16:04AM | 73 |
| 09/15/05 05:16:04AM | 09/15/05 05:16:04AM | 254 |
| 09/15/05 05:48:04AM | 09/15/05 05:48:05AM | 1,050 |
| 09/20/05 07:02:12AM | 09/20/05 07:02:12AM | 371 |
| 06/15/05 08:50:34AM | 09/20/05 10:57:41AM | 117 |
| 09/20/05 10:57:41AM | 09/20/05 10:57:41AM | 619 |
| 09/20/05 10:58:57AM | 09/20/05 10:59:01AM | 326 |
| 09/21/05 01:58:15PM | 09/21/05 02:05:58PM | 147 |
| 09/21/05 02:06:05PM | 09/21/05 02:06:05PM | 527 |
| 09/21/05 02:07:04PM | 09/21/05 02:07:04PM | 101 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 09/21/05 02:07:04PM | 09/21/05 02:07:38PM | 241 |
| 09/21/05 02:10:21PM | 09/21/05 02:10:21PM | 1,192 |
| 09/21/05 02:19:15PM | 09/21/05 02:19:15PM | 298 |
| 06/14/05 08:30:50AM | 09/21/05 06:32:34PM | 182 |
| 09/21/05 06:32:36PM | 09/21/05 06:32:36PM | 255 |
| 09/21/05 06:32:35PM | 09/21/05 06:32:41PM | 604 |
| 07/08/05 10:50:28AM | 09/21/05 06:34:09PM | 265 |
| 09/21/05 06:38:00PM | 09/21/05 06:38:00PM | 87 |
| 09/21/05 06:39:52PM | 09/21/05 06:39:55PM | 1,033 |
| 09/21/05 06:39:55PM | 09/21/05 06:39:55PM | 104 |
| 09/22/05 05:51:39AM | 09/22/05 05:51:39AM | 88 |
| 09/22/05 05:51:41AM | 09/22/05 05:51:41AM | 98 |
| 09/22/05 05:51:41AM | 09/22/05 05:51:42AM | 206 |
| 09/22/05 05:51:41AM | 09/22/05 05:51:46AM | 264 |
| 09/20/05 09:14:31AM | 09/22/05 06:46:00AM | 697 |
| 09/14/05 03:39:57PM | 09/22/05 07:04:49AM | 1,109 |
| 09/22/05 07:04:51AM | 09/22/05 07:04:51AM | 154 |
| 08/19/05 10:24:39AM | 08/19/05 10:28:24AM | 20,480 |
| 09/22/05 07:04:59AM | 09/22/05 07:04:59AM | 526 |
| 09/22/05 07:04:53AM | 09/22/05 07:05:23AM | 208 |
| 09/22/05 07:05:21AM | 09/22/05 07:05:23AM | 99 |
| 09/23/05 08:53:10AM | 09/23/05 07:37:46PM | 2,782 |
| 05/10/05 09:26:04PM | 10/25/05 08:04:31PM | 77 |
| 10/25/05 08:04:33PM | 10/25/05 08:04:33PM | 101 |
| 10/26/05 05:40:39AM | 10/26/05 05:40:40AM | 525 |
| 10/26/05 05:40:49AM | 10/26/05 05:40:49AM | 84 |
| 08/19/05 11:22:18AM | 08/19/05 11:22:18AM | 19,968 |
| 10/26/05 05:40:50AM | 10/26/05 05:40:50AM | 394 |
| 10/26/05 05:40:50AM | 10/26/05 05:40:50AM | 204 |
| 10/26/05 05:42:58AM | 10/26/05 05:42:58AM | 276 |
| 10/26/05 05:43:24AM | 10/26/05 05:43:42AM | 101 |
| 10/26/05 05:43:48AM | 10/26/05 05:43:48AM | 734 |
| 10/26/05 05:45:15AM | 10/26/05 05:45:15AM | 83 |
| 10/26/05 05:45:19AM | 10/26/05 05:45:19AM | 103 |
| 10/26/05 05:45:19AM | 10/26/05 05:45:19AM | 222 |
| 10/26/05 05:46:31AM | 10/26/05 05:46:31AM | 89 |
| 08/19/05 11:45:18AM | 08/19/05 11:45:18AM | 24,576 |
| 05/10/05 07:36:26PM | 10/26/05 07:07:25AM | 188 |
| 10/26/05 08:07:32AM | 10/26/05 08:07:32AM | 97 |
| 09/22/05 07:01:49AM | 10/26/05 08:08:57AM | 1,221 |
| 10/26/05 06:23:55PM | 10/26/05 06:23:55PM | 120 |
| 10/26/05 06:30:14PM | 10/26/05 06:30:14PM | 110 |
| 10/26/05 06:30:14PM | 10/26/05 06:30:14PM | 166 |
| 10/26/05 06:30:50PM | 10/26/05 06:30:50PM | 371 |
| 10/26/05 07:07:00AM | 10/27/05 02:57:11PM | 330 |
| 11/02/05 09:56:58PM | 11/02/05 09:56:58PM | 155 |
| 11/02/05 10:08:10PM | 11/02/05 10:08:10PM | 74 |
| 08/19/05 10:31:22AM | 08/19/05 10:31:22AM | 20,480 |
| 11/02/05 10:08:13PM | 11/02/05 10:08:13PM | 363 |
| 11/02/05 10:10:20PM | 11/02/05 10:10:20PM | 283 |
| 11/02/05 10:10:17PM | 11/02/05 10:10:25PM | 185 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 11/14/05 12:48:09PM | 11/14/05 12:48:09PM | 153 |
| 11/14/05 12:50:08PM | 11/14/05 12:50:08PM | 173 |
| 11/14/05 12:50:12PM | 11/14/05 12:50:13PM | 506 |
| 10/25/05 08:05:21PM | 11/14/05 02:09:30PM | 322 |
| 11/14/05 02:17:59PM | 11/14/05 02:17:59PM | 264 |
| 11/14/05 02:18:01PM | 11/14/05 02:18:01PM | 241 |
| 04/20/05 11:00:23PM | 04/20/05 11:00:24PM | 19,968 |
| 11/14/05 02:18:02PM | 11/14/05 02:18:02PM | 89 |
| 11/14/05 02:21:42PM | 11/14/05 02:21:42PM | 95 |
| 11/14/05 02:21:47PM | 11/14/05 02:21:47PM | 535 |
| 11/14/05 02:30:51PM | 11/14/05 02:30:51PM | 288 |
| 11/15/05 04:37:51PM | 11/15/05 04:37:51PM | 146 |
| 11/15/05 04:54:16PM | 11/15/05 04:54:16PM | 135 |
| 11/15/05 04:54:24PM | 11/15/05 04:54:24PM | 95 |
| 11/15/05 04:54:26PM | 11/15/05 04:54:26PM | 94 |
| 11/15/05 04:54:32PM | 11/15/05 04:54:32PM | 343 |
| 08/19/05 12:05:38PM | 08/19/05 12:05:38PM | 20,480 |
| 11/02/05 10:09:21PM | 11/15/05 04:55:17PM | 629 |
| 11/16/05 12:08:23PM | 11/16/05 12:08:23PM | 102 |
| 11/03/05 09:07:49AM | 11/16/05 12:14:20PM | 581 |
| 11/16/05 12:14:20PM | 11/16/05 12:14:20PM | 87 |
| 11/16/05 12:14:26PM | 11/16/05 12:14:26PM | 238 |
| 11/16/05 07:23:30PM | 11/16/05 07:23:30PM | 225 |
| 10/24/05 11:53:24AM | 11/16/05 07:26:05PM | 405 |
| 11/16/05 07:27:57PM | 11/16/05 07:27:57PM | 135 |
| 11/29/05 07:33:12PM | 11/29/05 07:33:12PM | 1,066 |
| 10/27/05 02:57:06PM | 11/29/05 09:12:27PM | 233 |
| 11/29/05 09:12:31PM | 11/29/05 09:12:31PM | 2,606 |
| 11/16/05 07:28:12PM | 11/29/05 09:12:33PM | 2,302 |
| 11/29/05 09:12:41PM | 11/29/05 09:12:43PM | 174 |
| 11/29/05 09:12:49PM | 11/29/05 09:12:49PM | 113 |
| 11/29/05 09:12:51PM | 11/29/05 09:12:51PM | 863 |
| 11/29/05 09:13:24PM | 11/29/05 09:13:24PM | 3,247 |
| 11/29/05 09:13:24PM | 11/29/05 09:13:24PM | 3,111 |
| 08/19/05 10:47:35AM | 08/19/05 12:17:49PM | 15,872 |
| 11/29/05 09:13:24PM | 11/29/05 09:13:24PM | 3,026 |
| 11/29/05 09:12:16PM | 11/29/05 09:13:25PM | 3,197 |
| 11/14/05 05:39:45PM | 11/14/05 05:39:46PM | 47,616 |
| 11/14/05 03:51:42PM | 11/14/05 05:51:49PM | 19,456 |
| 06/09/05 07:06:29AM | 06/09/05 07:07:56AM | 254,464 |
| 09/29/04 09:17:45PM | 09/29/04 09:17:45PM | 33,792 |
| 08/19/05 11:56:08AM | 08/19/05 11:56:08AM | 19,968 |
| 08/19/05 10:58:24AM | 08/19/05 10:58:53AM | 20,480 |
| 10/22/05 01:20:39PM | 10/23/05 11:19:05PM | 57,344 |
| 08/23/04 01:30:36PM | 08/23/04 03:04:10PM | 16,896 |
| 11/18/05 04:31:23PM | 11/18/05 05:35:34PM | 20,480 |
| 11/15/05 02:15:24PM | 11/15/05 09:29:04PM | 25,088 |
| 11/15/05 03:47:41PM | 11/15/05 03:47:41PM | 20,992 |
| 11/15/05 02:00:25PM | 11/15/05 03:33:25PM | 25,088 |
| 11/15/05 12:32:54PM | 11/15/05 12:32:55PM | 20,992 |
| 10/25/05 09:23:14AM | 11/15/05 12:27:11PM | 30,720 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 11/15/05 08:31:00AM | 11/15/05 12:15:55PM | 22,528 |
| 09/13/05 07:03:54PM | 11/02/05 10:18:02PM | 22,528 |
| 10/26/05 07:22:28PM | 11/02/05 10:17:53PM | 24,064 |
| 10/26/05 05:41:52PM | 10/26/05 05:43:07PM | 32,256 |
| 10/25/05 08:03:48AM | 10/25/05 08:07:01PM | 37,888 |
| 09/15/05 06:42:59PM | 09/22/05 02:23:40PM | 28,160 |
| 06/09/05 05:31:47PM | 06/10/05 12:35:34PM | 16,384 |
| 06/09/05 01:55:00PM | 06/09/05 04:02:03PM | 24,576 |
| 04/09/05 08:54:08AM | 04/09/05 10:04:24AM | 27,648 |
| 03/24/05 02:14:32PM | 03/24/05 03:09:21PM | 29,184 |
| 10/15/04 04:50:01PM | 10/15/04 04:50:01PM | 315 |
| 08/23/04 02:24:07PM | 09/18/04 09:10:14AM | 21,504 |
| 11/29/05 09:13:26PM | 11/29/05 09:13:26PM | 99 |
| 12/06/02 02:10:32PM | 12/06/02 02:10:32PM | 14,546,280 |
| 11/15/05 02:15:28PM | 11/29/05 07:32:44PM | 566 |
| 05/16/03 03:27:20PM | 05/16/03 03:27:20PM | 17,225,323 |
| 10/24/04 09:48:21AM | 05/06/03 12:05:26PM | 11,828 |
| 11/14/05 03:41:36PM | 11/14/05 03:41:36PM | 318 |
| 07/25/05 06:09:35PM | 11/29/05 07:30:26PM | 6,658 |
| 11/29/05 09:12:32PM | 11/29/05 09:12:32PM | 731 |
| 07/06/00 09:17:04AM | 07/06/00 09:17:04AM | 91,279 |
| 08/25/04 10:39:53AM | 08/25/04 10:39:53AM | 75,264 |
| 11/29/05 07:30:24PM | 11/29/05 07:30:24PM | 3,609 |
| 11/07/05 02:32:00PM | 11/10/05 02:07:12PM | 239,539 |
| 03/25/02 05:01:08PM | 03/25/02 05:01:08PM | 17,964 |
| 07/09/02 09:52:36AM | 07/09/02 09:52:36AM | 12,557 |
| 06/17/03 11:02:58AM | 01/23/05 04:55:52PM | 1,852 |
| 10/24/04 09:45:05AM | 10/24/04 10:13:14AM | 8,192 |
| 10/24/04 09:48:27AM | 10/24/04 09:48:27AM | 1,599 |
| 06/12/03 06:18:46AM | 06/12/03 06:18:46AM | |
| 06/04/03 04:37:46PM | 06/04/03 04:37:46PM | 3,318,969 |
| 04/21/03 10:51:04AM | 04/21/03 10:51:04AM | 79 |
| 06/17/03 09:17:14AM | 06/17/03 09:17:14AM | 4,349,395 |
| 06/12/03 06:35:52PM | 06/12/03 06:35:52PM | 2,902,059 |
| 06/12/03 06:36:12PM | 06/12/03 06:36:12PM | 2,802,070 |
| 06/12/03 06:36:36PM | 06/12/03 06:36:36PM | 3,309,819 |
| 06/12/03 06:37:00PM | 06/12/03 06:37:00PM | 2,954,396 |
| 06/12/03 06:37:26PM | 06/12/03 06:37:26PM | 4,248,449 |
| 06/12/03 06:37:54PM | 06/12/03 06:37:54PM | 2,516,135 |
| 06/12/03 06:38:54PM | 06/12/03 06:38:54PM | 2,692,588 |
| 06/12/03 06:39:26PM | 06/12/03 06:39:26PM | 2,896,755 |
| 06/12/03 06:39:54PM | 06/12/03 06:39:54PM | 3,863,078 |
| 06/12/03 06:40:36PM | 06/12/03 06:40:36PM | 3,783,478 |
| 11/20/05 10:58:18AM | 11/20/05 10:58:18AM | 48 |
| 12/06/05 12:23:41PM | 12/06/05 12:23:41PM | 48 |
| 01/01/80 07:00:00AM | 12/06/05 12:23:45PM | 816 |
| 01/01/80 07:00:00AM | 11/21/05 09:52:51AM | 816 |
| 05/16/03 03:29:32PM | 05/16/03 03:29:32PM | 17,802,719 |
| 05/16/03 03:33:34PM | 05/16/03 03:33:34PM | 16,744,717 |
| 05/16/03 03:35:22PM | 05/16/03 03:35:22PM | 20,260,530 |
| 06/12/03 06:18:58AM | 06/12/03 06:18:58AM | 248,616 |

| File Created | Last Written | Logical Size |
|---|---|---|
| 11/29/05 07:30:33PM | 11/29/05 07:30:33PM | 619 |
| 11/29/05 07:30:43PM | 11/29/05 07:30:46PM | 97,202 |
| 11/29/05 07:30:33PM | 11/29/05 07:30:33PM | 1,548 |
| 05/16/03 03:37:16PM | 05/16/03 03:37:16PM | 18,061,976 |
| 05/20/03 03:05:04PM | 05/20/03 03:05:04PM | 19,493,283 |
| 11/22/02 01:08:16PM | 11/22/02 01:08:16PM | 349,696 |
| 07/21/02 07:17:44PM | 07/21/02 07:17:44PM | 125,952 |
| 05/16/03 03:42:04PM | 05/16/03 03:42:04PM | 19,647,282 |
| 01/01/80 07:00:00AM | 12/06/05 12:23:45PM | 5,108 |
| 01/01/80 07:00:00AM | 11/21/05 09:52:51AM | 5,108 |
| 05/16/01 03:51:14PM | 05/16/01 03:51:14PM | 82 |
| 11/20/05 10:58:20AM | 11/20/05 10:58:20AM | 48 |
| 11/16/05 07:26:28PM | 11/16/05 07:26:28PM | 7,513 |
| 10/24/04 09:48:21AM | 08/06/03 11:59:06AM | 16,512 |
| 08/31/04 11:04:05AM | 08/31/04 11:04:50AM | 10,466,672 |
| 08/31/04 11:05:42AM | 08/31/04 11:05:42AM | 190 |
| 10/24/04 09:45:48AM | 10/24/04 09:45:48AM | 48 |
| 01/03/05 01:31:53PM | 01/03/05 01:31:59PM | 1,557,757 |
| 10/24/04 09:48:21AM | 04/21/04 04:41:54PM | 99 |
| 01/03/05 01:32:16PM | 01/03/05 01:32:16PM | 670 |
| 12/06/05 12:23:45PM | 12/06/05 12:23:46PM | |
| 08/19/99 01:31:04PM | 08/19/99 01:31:04PM | 48 |
| 10/24/04 09:48:21AM | 05/15/03 10:36:08AM | 472 |
| 10/24/04 09:47:04AM | 10/24/04 09:48:18AM | 8,192 |
| 05/16/03 03:44:32PM | 05/16/03 03:44:32PM | 19,193,036 |
| 10/24/04 10:13:14AM | 10/24/04 10:25:24AM | 13,380 |
| 10/24/04 09:49:43AM | 01/23/05 04:55:50PM | 18,368 |
| 10/24/04 10:13:14AM | 10/24/04 10:25:24AM | 13,380 |
| 10/24/04 09:48:21AM | 03/07/03 01:03:08PM | 80 |
| 11/16/05 07:23:29PM | 11/16/05 07:23:29PM | 54,341 |
| 05/16/03 03:46:54PM | 05/16/03 03:46:54PM | 19,713,856 |

Full Path

Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\My Documents\~$ar Jame

Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temp\~DF

Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temp\~DF

Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temp\~WR

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path

Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Recent\Dear James.lnk
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\Program Files\Yahoo!\Companion\Data\feed4.data
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\gifygry.exe
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\Program Files\TBONAS\grb12.rtk
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\All Users\Application Data\Symantec\Sy
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\All Users\Application Data\Symantec\Sy
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\WBEM\Repository\FS\INDEX.MAP
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\WBEM\Repository\FS\INDEX.MAP
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

Full Path
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\WBEM\Repository\FS\OBJECTS.MAP
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\WBEM\Repository\FS\OBJECTS.MAP
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Program Files\Symantec AntiVirus\qsdec
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\WINDOWS\SYSTEM32\WBEM\Repository\FS\ROLL_FORWAR
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129
Winning Connections Former\IT1-Chism, Brad\D\Documents and Settings\bc.WINCON\Local Settings\Temporary
Winning Connections Former\IT1-Chism, Brad\D\RECYCLER\S-1-5-21-776561741-1801674531-839522115-1129

es.doc
1134.tmp
EC2A.tmp
RF0002.tmp
\Hoyle Casino 2004\Streams\101001.wav
\Hoyle Casino 2004\Streams\2405000.wav
\Hoyle Casino 2004\Streams\2405001.mp3
\Hoyle Casino 2004\Streams\2405001.wav
\Hoyle Casino 2004\Streams\2405002.wav
\Hoyle Casino 2004\Streams\2405003.wav
\Hoyle Casino 2004\Streams\2405004.wav
\Hoyle Casino 2004\Streams\2405005.wav
\Hoyle Casino 2004\Streams\2405006.wav
\Hoyle Casino 2004\Streams\2405007.wav
\Hoyle Casino 2004\Streams\2405008.WAV
\Hoyle Casino 2004\Streams\2405009.wav
\Hoyle Casino 2004\Streams\2405010.WAV
\Hoyle Casino 2004\Streams\2405015.wav
\Hoyle Casino 2004\Streams\2405016.wav
\Hoyle Casino 2004\Streams\2405017.wav
\Hoyle Casino 2004\Streams\2405018.mp3
\Hoyle Casino 2004\Streams\2405019.mp3
\Hoyle Casino 2004\Streams\2405501.mp3
\Hoyle Casino 2004\Streams\2405502.mp3
\Hoyle Casino 2004\Streams\2405503.mp3
\Hoyle Casino 2004\Streams\2405531.mp3
\Hoyle Casino 2004\Streams\2405532.mp3
\Hoyle Casino 2004\Streams\2405533.mp3
\Hoyle Casino 2004\Streams\2405534.mp3
\Hoyle Casino 2004\Streams\2405535.mp3
\Hoyle Casino 2004\Streams\2405536.mp3
\Hoyle Casino 2004\Streams\2405537.mp3
\Hoyle Casino 2004\Streams\2405541.mp3
\Hoyle Casino 2004\Streams\2405542.mp3
\Hoyle Casino 2004\Streams\2405543.mp3
\Hoyle Casino 2004\Streams\2405551.mp3
\Hoyle Casino 2004\Streams\2405552.mp3
\Hoyle Casino 2004\Streams\2405553.mp3
\Hoyle Casino 2004\Streams\2405561.mp3
\Hoyle Casino 2004\Streams\2405562.mp3
\Hoyle Casino 2004\Streams\2405563.mp3
\Hoyle Casino 2004\Streams\2405564.mp3
\Hoyle Casino 2004\Streams\2405565.mp3
\Hoyle Casino 2004\Streams\3200000.wav
\Hoyle Casino 2004\Streams\3200001.WAV
\Hoyle Casino 2004\Streams\3200002.wav
\Hoyle Casino 2004\Streams\3200003.wav
\Hoyle Casino 2004\Streams\3207000.wav
\Adobe Photoshop Album 2.0 Starter Edition.lnk
\Hoyle Casino 2004\Anne.pod
Internet Files\Content.IE5\WD6ZCTUN\ap2351823[1].html

i\AutoRecovery save of Document2.asd
i\Hoyle Casino 2004\Bonus.prf
 Internet Files\Content.IE5\CVIJ6PYL\btn1_o[1].gif
i\Hoyle Casino 2004\c99kn.hst
i\Hoyle Casino 2004\Casino.ini
i\Hoyle Casino 2004\casinohabits.prf
 Internet Files\Content.IE5\CVIJ6PYL\conversion[3].js
i\Dc116.txt
i\Dc117.txt
i\Dc118.txt
i\Dc119.txt
i\Dc120.txt
i\Dc121.txt
i\Dc122.txt
i\Dc123.txt
i\Dc124.txt
i\Dc125.txt
i\Dc126.txt
i\Dc127.txt
i\Dc128.txt
i\Dc129.txt
i\Dc130.txt
i\Dc132.txt
i\Dc133.txt
i\Dc134.txt
i\Dc135.txt
i\Dc136.txt
i\Dc137.txt
i\Dc138.txt
i\Dc139.txt
i\Dc140.txt
i\Dc142.txt
i\Dc143.txt
i\Dc144.txt
i\Dc145.txt
i\Dc146.txt
i\Dc147.txt
i\Dc148.txt
i\Dc149.txt
i\Dc150.txt
i\Dc151.txt
i\Dc152.txt
i\Dc153.txt
i\Dc154.txt
i\Dc155.txt
i\Dc156.txt
i\Dc17.url
i\Dc174.txt
i\Dc175.txt
i\Dc176.txt
i\Dc177.txt

```
I\Dc178.txt
I\Dc179.txt
I\Dc18.xls
I\Dc180.txt
I\Dc182.txt
I\Dc183.txt
I\Dc184.txt
I\Dc185.txt
I\Dc186.txt
I\Dc187.txt
I\Dc196.txt
I\Dc197.txt
I\Dc198.txt
I\Dc199.txt
I\Dc20.xls
I\Dc200.txt
I\Dc201.txt
I\Dc202.txt
I\Dc203.txt
I\Dc204.txt
I\Dc205.txt
I\Dc206.txt
I\Dc207.txt
I\Dc208.txt
I\Dc209.txt
I\Dc21.xls
I\Dc210.txt
I\Dc211.txt
I\Dc212.txt
I\Dc213.txt
I\Dc215.txt
I\Dc216.txt
I\Dc217.txt
I\Dc218.txt
I\Dc220.txt
I\Dc221.txt
I\Dc222.txt
I\Dc223.txt
I\Dc224.txt
I\Dc225.txt
I\Dc226.txt
I\Dc227.txt
I\Dc228.txt
I\Dc229.txt
I\Dc23.xls
I\Dc230.txt
I\Dc231.txt
I\Dc232.txt
I\Dc234.txt
I\Dc235.txt
I\Dc236.txt
```

/\Dc237.txt
/\Dc238.txt
/\Dc239.txt
/\Dc24.doc
/\Dc240.txt
/\Dc241.txt
/\Dc242.txt
/\Dc243.txt
/\Dc244.txt
/\Dc245.txt
/\Dc246.txt
/\Dc247.txt
/\Dc248.txt
/\Dc249.txt
/\Dc25.doc
/\Dc250.txt
/\Dc251.txt
/\Dc252.txt
/\Dc253.txt
/\Dc254.txt
/\Dc26.doc
/\Dc262.txt
/\Dc263.txt
/\Dc271.txt
/\Dc274.txt
/\Dc275.txt
/\Dc276.txt
/\Dc277.txt
/\Dc278.txt
/\Dc279.txt
/\Dc280.txt
/\Dc281.txt
/\Dc284.txt
/\Dc285.txt
/\Dc286.txt
/\Dc287.txt
/\Dc288.txt
/\Dc289.txt
/\Dc290.txt
/\Dc292.txt
/\Dc311.txt
/\Dc312.txt
/\Dc314.txt
/\Dc315.txt
/\Dc316.txt
/\Dc317.txt
/\Dc319.txt
/\Dc320.txt
/\Dc321.txt
/\Dc322.txt
/\Dc323.txt

I\Dc324.txt
I\Dc325.txt
I\Dc326.txt
I\Dc327.txt
I\Dc328.txt
I\Dc329.txt
I\Dc33.xls
I\Dc330.txt
I\Dc331.txt
I\Dc332.txt
I\Dc333.txt
I\Dc334.txt
I\Dc335.txt
I\Dc336.txt
I\Dc337.txt
I\Dc339.txt
I\Dc34.xls
I\Dc341.txt
I\Dc344.txt
I\Dc345.txt
I\Dc346.txt
I\Dc347.txt
I\Dc348.txt
I\Dc349.txt
I\Dc35.doc
I\Dc350.txt
I\Dc351.txt
I\Dc352.txt
I\Dc353.txt
I\Dc354.txt
I\Dc355.txt
I\Dc356.txt
I\Dc357.txt
I\Dc359.txt
I\Dc36.xls
I\Dc360.txt
I\Dc361.txt
I\Dc362.txt
I\Dc363.txt
I\Dc364.txt
I\Dc365.txt
I\Dc366.txt
I\Dc367.txt
I\Dc368.txt
I\Dc369.txt
I\Dc37.doc
I\Dc370.txt
I\Dc371.txt
I\Dc372.txt
I\Dc374.txt
I\Dc375.txt

```
I\Dc376.txt
I\Dc377.txt
I\Dc378.txt
I\Dc379.txt
I\Dc38.doc
I\Dc380.txt
I\Dc381.txt
I\Dc382.txt
I\Dc383.txt
I\Dc384.txt
I\Dc385.txt
I\Dc386.txt
I\Dc387.txt
I\Dc388.txt
I\Dc389.txt
I\Dc390.txt
I\Dc391.txt
I\Dc392.txt
I\Dc40.doc
I\Dc41.doc
I\Dc410.txt
I\Dc411.txt
I\Dc412.txt
I\Dc413.txt
I\Dc414.txt
I\Dc415.txt
I\Dc416.txt
I\Dc417.txt
I\Dc418.txt
I\Dc419.txt
I\Dc42.doc
I\Dc420.txt
I\Dc421.txt
I\Dc422.txt
I\Dc423.txt
I\Dc424.txt
I\Dc425.txt
I\Dc426.txt
I\Dc427.txt
I\Dc428.txt
I\Dc430.txt
I\Dc431.txt
I\Dc432.txt
I\Dc433.txt
I\Dc434.txt
I\Dc435.txt
I\Dc436.txt
I\Dc437.txt
I\Dc438.txt
I\Dc439.txt
I\Dc44.doc
```

I\Dc440.txt
I\Dc441.txt
I\Dc442.txt
I\Dc443.txt
I\Dc444.txt
I\Dc445.txt
I\Dc446.txt
I\Dc447.txt
I\Dc448.txt
I\Dc449.txt
I\Dc451.txt
I\Dc453.txt
I\Dc454.txt
I\Dc455.txt
I\Dc456.txt
I\Dc457.txt
I\Dc458.txt
I\Dc459.txt
I\Dc460.txt
I\Dc461.txt
I\Dc462.txt
I\Dc463.txt
I\Dc464.txt
I\Dc465.txt
I\Dc466.txt
I\Dc467.txt
I\Dc468.txt
I\Dc469.txt
I\Dc47.doc
I\Dc470.txt
I\Dc471.txt
I\Dc48.doc
I\Dc49.doc
I\Dc50.doc
I\Dc504.txt
I\Dc505.txt
I\Dc507.txt
I\Dc508.txt
I\Dc51.doc
I\Dc512.txt
I\Dc513.txt
I\Dc514.txt
I\Dc515.txt
I\Dc516.txt
I\Dc520.txt
I\Dc522.txt
I\Dc523.txt
I\Dc524.txt
I\Dc526.txt
I\Dc527.txt
I\Dc528.txt

/\Dc529.txt
/\Dc530.txt
/\Dc531.txt
/\Dc536.txt
/\Dc537.txt
/\Dc538.txt
/\Dc539.txt
/\Dc540.txt
/\Dc541.txt
/\Dc542.txt
/\Dc543.txt
/\Dc544.txt
/\Dc545.txt
/\Dc546.txt
/\Dc547.txt
/\Dc548.txt
/\Dc549.txt
/\Dc55.doc
/\Dc550.txt
/\Dc552.txt
/\Dc553.txt
/\Dc554.txt
/\Dc555.txt
/\Dc556.txt
/\Dc557.txt
/\Dc559.txt
/\Dc56.doc
/\Dc560.txt
/\Dc561.txt
/\Dc563.txt
/\Dc564.txt
/\Dc565.txt
/\Dc566.txt
/\Dc567.txt
/\Dc568.txt
/\Dc569.txt
/\Dc57.doc
/\Dc570.txt
/\Dc571.txt
/\Dc572.txt
/\Dc573.txt
/\Dc574.txt
/\Dc575.txt
/\Dc576.txt
/\Dc577.txt
/\Dc578.txt
/\Dc579.txt
/\Dc58.doc
/\Dc580.txt
/\Dc582.txt
/\Dc583.txt

ı\Dc584.txt
ı\Dc585.txt
ı\Dc586.txt
ı\Dc587.txt
ı\Dc588.txt
ı\Dc589.txt
ı\Dc59.doc
ı\Dc590.txt
ı\Dc591.txt
ı\Dc593.txt
ı\Dc594.txt
ı\Dc605.txt
ı\Dc606.txt
ı\Dc607.txt
ı\Dc608.txt
ı\Dc609.txt
ı\Dc61.doc
ı\Dc611.txt
ı\Dc612.txt
ı\Dc613.txt
ı\Dc614.txt
ı\Dc615.txt
ı\Dc616.txt
ı\Dc617.txt
ı\Dc618.txt
ı\Dc620.txt
ı\Dc622.txt
ı\Dc623.txt
ı\Dc624.txt
ı\Dc625.txt
ı\Dc626.txt
ı\Dc627.txt
ı\Dc628.txt
ı\Dc629.txt
ı\Dc63.xls
ı\Dc630.txt
ı\Dc631.txt
ı\Dc632.doc
ı\Dc633.xls
ı\Dc634.ppt
ı\Dc66.doc
ı\Dc67.doc
ı\Dc68.doc
ı\Dc69.xls
ı\Dc72.xls
ı\Dc73.doc
ı\Dc74.doc
ı\Dc75.doc
ı\Dc76.doc
ı\Dc77.doc
ı\Dc78.xls

i\Dc79.xls
i\Dc82.xls
i\Dc83.xls
i\Dc84.doc
i\Dc85.doc
i\Dc86.doc
i\Dc92.xls
i\Dc93.doc
i\Dc95.doc
i\Dc96.doc
i\Dc97.lnk
i\Dc98.xls
i\Dc99.txt
i\Hoyle Casino 2004\dealers.pod

i\Hoyle Casino 2004\Eddie.pod
i\Hoyle Casino 2004\eula.txt
 Internet Files\Content.IE5\WD6ZCTUN\favicon[3].ico

 Internet Files\Content.IE5\W9MR2F4X\fifth[1].html
i\Hoyle Casino 2004\fonts.prf

 Internet Files\Content.IE5\CVIJ6PYL\google[1].htm

i\Hoyle Casino 2004\Guest.log
i\Hoyle Casino 2004\habits.prf
i\Hoyle Casino 2004\hof9.dat
i\Hoyle Casino 2004
i\Hoyle Casino 2004.lnk
i\Hoyle Casino 2004\Hoyle Casino 2004.pod
i\Hoyle Casino 2004\HOYLE CASINO.HLP
i\Hoyle Casino 2004\Hoyle Web Site.URL
i\Hoyle Casino 2004\HoyleCasino2004.exe
i\Hoyle Casino 2004\HVF1.pod
i\Hoyle Casino 2004\HVF2.pod
i\Hoyle Casino 2004\HVF3.pod
i\Hoyle Casino 2004\HVF4.pod
i\Hoyle Casino 2004\HVF5.pod
i\Hoyle Casino 2004\HVM1.pod
i\Hoyle Casino 2004\HVM2.pod
i\Hoyle Casino 2004\HVM3.pod
i\Hoyle Casino 2004\HVM4.pod
i\Hoyle Casino 2004\HVM5.pod
ymantec AntiVirus Corporate Edition\7.5\I2_LDVP.TMP
ymantec AntiVirus Corporate Edition\7.5\I2_LDVP.TMP

i\Hoyle Casino 2004\Jessica.pod
i\Hoyle Casino 2004\Joe.pod
i\Hoyle Casino 2004\Kelly.pod
i\Hoyle Casino 2004\l8n-en.prf

Internet Files\Content.IE5\0HM7SDIR\mail[1]
Internet Files\Content.IE5\CVIJ6PYL\mail[1]
Internet Files\Content.IE5\0HM7SDIR\mail[2]
)\Hoyle Casino 2004\Marcus.pod
)\Hoyle Casino 2004\Michele.pod
)\Hoyle Casino 2004\Mss32.dll
)\Hoyle Casino 2004\redist\mssmp3.asi
)\Hoyle Casino 2004\Nigel.pod


)\Hoyle Casino 2004\Play Hoyle Games Online.URL

 Internet Files\Content.IE5\0HM7SDIR\rd_p[2].htm
)\Hoyle Casino 2004\readme.txt
)\RealPlayer10-5GOLD_bb.exe
)\RealRhapsody Get Free Music.url
)\Hoyle Casino 2004\redist
)\regclean_oo2.exe
)\Hoyle Casino 2004\Register Online.url
)\Registry Cleaner.lnk
:D
)\Hoyle Casino 2004\Sierra Web Site.URL
)\Hoyle Casino 2004\sierra.inf
)\Hoyle Casino 2004\Streams
)\Hoyle Casino 2004\Tommy.pod
)\Hoyle Casino 2004\user0.bak
)\Hoyle Casino 2004\user0.log
)\Hoyle Casino 2004\user0.pok
)\Hoyle Casino 2004\version.txt
 Internet Files\Content.IE5\WD6ZCTUN\yahoo[3]
)\Hoyle Casino 2004\Yvonne.pod

# EXHIBIT B

06 Targets.xls.txt

This is one version of C:\Documents and Settings\bc.WINCON\My Documents\06
targets.xls from your personal cache.
The file may have changed since that time. Click here for the current file.
Since this file is stored on your computer, publicly linking to it will not work.

Google may not be affiliated with the authors of this page nor responsible for its
content. This page may be protected by copyright.

--------------------------------------------------------------------------------
Sheet3
Sheet2
Consultant-Party Leader
State
AL
Anzalone
Dickerson
Matrix
Birmingham consultant
Heartsill/Raby
Red to Blue (McClarty protoges)
AR
Cranford Johnson
McClarty Neaville
Harpole Phillips
Paschall
TN
Dave Upton
Tommy Thompson
AR Dem Party
Consultant/Contact
AL Dem Party -- Spearman
LA
Ourso Beychok
Ray Teddlie
Previous Biz
Y
N
Jim Hester/Ford
Marcantel
MO
Corey Dillon's friends
Brad Ketcher
Eric Greathouse
John Hancock
CO
Kenney
Kolomitz
Maysmith
TX
Aldrete
Slay Phillips
Fox, Gretchen
GA
Billy Linville
Jon Anderson
Aaron Tapeau
FL
Trust for Public Land
D Sumner
Vancore
Ron Sachs
Herrle

Page 1

06 Targets.xls.txt

NY
Josh Whitman
WA
Ted Strickland
NW Passage
Moxey Media
OR
Kristi England
Kelly Evans
Blair Butterworth
CA
Public Affairs Associates
Tony Fazio
Linda Rife
Carter Headrick
OK
Jeremy Hendricks
Michael Carrier
Pat Hall
Randy Dukes
Jason Standford
DC
Sejal Joshi
Sue Polis
Amy Young
Merv Wampold
Jim Duffy
KY
Don Emmons
Vince Gabbert
Cornerstone Consulting
2006 Races: Targets
AL Gov
Lucy Baxley
AL AG
Tyson
Jim Cunningham
AL Lt Gov
Chuck Espy
Duffy
Folsom
Ginger Avery
MS CD
MO Cig Tax
MO Hospital Assn
Dwight Fine
MO US Senate
Corey Dillon
AL TLA Caucus
AR Lt. Gov
Race
Candidate
Contact
$$ Potential
MAY
JUN
JUL
Aug
Sep
Oct
Nov
JAN
FEB

06 Targets.xls.txt

APR
MAR
Probability
MS Grassroots
KC Grist
GA Lt Gov
GA AG
TX Gov
TN Gov Race
TN Senate Race
Jim Hester
Harold Ford
Bredesen
TN House Caucus
MO House Caucus
Ronnie Richardson
DC 527 Work
TBD
Burns Strider
?
Dave Gold
Rep. Briley
Total
TX Misc. Legislative
DC DCCC
GA Leg. Misc.
AL Leg Misc
CCBHS
FL Ballot Measure
Redistricting
Paul Dunn
AR Gov
Beebe
Masingill
AR AG
AR State Leg
Misc
MO Stem Cell
FL Senate
Nelson
Clanton
FL CFO
Sink
OK Gov
Brad Henry
OK AG
AL Supreme Ct
OK State House
ME Caucus Work
FL TPL
Mark Gaunce
OH House Caucus
McLarty/Pascall
AR Lt Gov
Harpole
KY Leg Caucus
Dale Emmons
KY Gov
KY Lt Gov
FL Gov
Paul Neaville
OH TABOR
CO TPL

06 Targets.xls.txt

```
Nissa Maddox
AL Local Govt
WA SEIU
Glickman
$50,000.00
$200,000.00
$10,000.00
$50,000.00
$100,000.00
$100,000.00
$20,000.00
$25,000.00
$25,000.00
$150,000.00
$35,000.00
$10,000.00
$100,000.00
$100,000.00
$20,000.00
$50,000.00
$100,000.00
$100,000.00
$50,000.00
$200,000.00
$50,000.00
$25,000.00
$20,000.00
$50,000.00
$20,000.00
$150,000.00
$100,000.00
$50,000.00
$100,000.00
$200,000.00
$50,000.00
$25,000.00
$50,000.00
$50,000.00
$20,000.00
$50,000.00
$25,000.00
$50,000.00
$25,000.00
$200,000.00
$100,000.00
$10,000.00
$50,000.00
$20,000.00
$25,000.00
$3,010,000.00
```