UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BRADFORD "BRAD" CHISM, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:05CV02397(GK) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Winning Connections, Inc.'s Motion for Expedited Preliminary Injunction, memorandum of points and authorities in support thereof, and any additional supporting documents, it is, this _____ day of _____, 2005, hereby ORDERED as follows:

1. A hearing on the Motion will be set for January __, 2005; and

2. Defendants must respond to expedited discovery requests no later than December 27, 2005 and will appear for depositions as noticed.

_____
United States District Judge