UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM BRADFORD "BRAD" CHISM, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02397(GK) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Winning Connections, Inc.'s Motion for Expedited Preliminary Injunction, memorandum of points and authorities in support thereof, any additional supporting documents, and any opposition thereto, and being fully advised, it is, this _____ day of _____, 2006, hereby ORDERED as follows:

1. Plaintiff's Motion is GRANTED; and

2. Defendants are ENJOINED from the following:

    a. using any Winning Connections information, software, data, or any marketing materials or forms modeled on Winning Connections' materials that they wrongfully took from the company;

    b. contacting any current or prospective Winning Connections clients, as identified in the Winning Connections' database;

    c. hiring, or working with, Winning Connections' computer and computer systems manager; and

    d. making reference in their marketing materials or verbal statements to Winning Connections, or any action, work, or success that occurred while they were working for Winning Connections.

_____
United States District Judge