UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WINNING CONNECTIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-2397 (GK) |
| WILLIAM BRADFORD "BRAD" CHISM, *et al.*., | : | |
| Defendants. | : | |

### ORDER

Plaintiff filed its Complaint in this matter on December 14, 2005. On December 19, 2005, Plaintiff filed its Motion for Expedited Preliminary Injunction. As of this date, Defendants have not yet been served with process. In addition, the Court is in recess next week and unavailable thereafter until January 12, 2006. In light of these fact, it is hereby

**ORDERED,** that there will be an on-the-record telephone status conference call on **December 29, 2005 at 10:00 a.m.**

/s/
Gladys Kessler
United States District Judge

December 20, 2005

**Copies via ECF to all counsel of record**