# EXHIBIT 5

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=8012_3176712_2628_1464_3224_0_1383_12692_745783114&Idx=18&YY=62414&inc=25&order=dow
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

 **YAHOO!** MAIL Welcome, **wbcms1960**
[Sign Out, My Account]

 Search the Web [ ] [ Search ]
Mail Home - Mail Tutorials - Help


SIGN UP FOR DSL AND GET 6 FREE MONTHS OF YAHOO! MUSIC UNLIMITED. OFFER EXPIRES 1/31/06
DSL JUST $16.99 PER MONTH FOR 6 MONTHS. GET DSL NOW
SBC YAHOO! DSL

Mail ▾| Addresses ▾| Calendar ▾| Notepad ▾ What's New - Mail For Mobile - Upgrades - Options

[ Check Mail ] [ Compose ]                    [ Search Mail ] [ Search the Web ]

 Vonage: unlimited LD local calling $24.99/mo

**Please register your mobile phone to activate this feature.**

**Folders**[Add - Edit]

Register your phone to receive a text message when you receive Mail from particular senders.

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

Previous | Next | Back to Messages

[ Delete ] [ Reply ] [ Forward ] [ Spam ] [ Move... ]

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

What's your

Credit Score?

Subject:FW: new brochure approach and timetable
Date:    Tue, 22 Nov 2005 18:25:32 -0500
From:    "Ilro Lee" <il@winningconnections.com>   📧 View Contact Details
         📱 Add Mobile Alert
To:      "Brad Chism" <wbcms1960@yahoo.com>

GO

Maybe we should look into this.

Buy Stocks for $4

No Minimums

─────────────────────────────────────────

**From:** Grant Perry
**Sent:** Tuesday, November 22, 2005 6:11 PM
**To:** John Jameson

Case 1:05-cv-02397-GK  Document 5-6    Filed 12/19/2005    Page 3 of 4

Online Degree

Programs



Alert! $200K loan

for $875/month!

**Cc:** Allison G. Wagner; Stuart K. Jameson; Ari Appel; Michell McIntyre; Ilro Lee; Chad Gosselink
**Subject:** new brochure approach and timetable

Our graphic design firm is Groff Creative, a Silver Spring-based firm with clients that include the NEA, University of Maryland, NASDAQ, World Wildlife Fund, Air and Space Museum. Contact is Jay Groff, Creative Director.

We will be employing a digital printing approach. In terms of quality, digitally printed materials these days look indistinguishable from offset – at least to most people. Digital is not cost-effective if you're printing huge volumes. However, it is very cost-effective if you need to produce smaller amount of customized materials. Moreover, once we have our initial templates, turnaround time for new versions can be very quick – sometimes a week or less.

Our new printed materials will echo the look and feel of the Web site and will be printed on heavy uncoated stock – similar to our current folder. This will look professional and not too glitzy while matching the folders.

First phase: two-sided grassroots-oriented brochure customized for UK-region> trip in December (will print 100 or less)

Timeline -

Monday, Nov. 28 - Send over final copy by early AM

Wednesday, Nov. 30 COB or early Dec. 1 - receive mockups from Jay

Thursday, Dec. 1 – our comments, corrections by COB

Friday, Dec. 2 – Jay works on corrections, final changes

Monday, Dec. 5 - Send to printer by COB

Thursday, December 8 - delivery of brochures

Second phase:  four-sided electoral-oriented brochure for use in pitching 2006 business

First brochure will be used as foundation; electoral brochures to be ready by second week of January at latest

**Grant Perry**

**VP - Strategic Development & Communications**

**Winning Connections, Inc.**

**www.WinningConnections.com**

**202.544.5910, ext 107  203.300.7841 (mobile)**

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages Save Message Text | Full Headers

Check Mail | Compose | [                    ] | Search Mail | Search the Web

## Move Options

- [New Folder]

## Forward Options

- As Inline Text
- As Attachment

## Reply Options

- Reply To Sender
- Reply To Everyone

## Mail Shortcuts

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P