# EXHIBIT 6



-----Original Message-----
From: Chad Gosselink <cwg@winningconnections.com>
To: John Jameson <jj@winningconnections.com>
Sent: Tue Nov 29 15:18:27 2005
Subject: end of the road

John,
it's with great excitement and sorrow that I'm letting you know that I'm calling it a day here at Winning Connections.  I forgot that you were traveling today so unfortunately I have to do this via email but certainly want to do this face to face with you when you get back tomorrow.  There is nothing but positive things I can say about my experience here and more than that, the experience I've had working with you.  In fact, I think through your seven years of leadership, you have lead me as far as I can go in the Winning Connections nest and I need to find out if I can fly on my own.  Brad has extended an offer to once again get in on the ground floor and I'd have a major stake in the company from the get go.  I admire you for taking risk and building a successful company through dedication and hardwork.  I want to put a bigger load on my back and see if I sink or swim.

I'd finish out the week and then my full time dedication would be getting a new business started.  However, I still have loyalty to not only you, but the company that I've grown to be part of and I would be willing to offer help in transitioning myself out and someone else into the position.

Chad W. Gosselink
202.544.5910 ext 401