# EXHIBIT 7

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?Msgld=1226_3150617_4736_1809_579_0_1361_1518_163154246&ldx=24&YY=62414&inc=25&order=down& from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo!    My Yahoo!    Mail    Make Yahoo! your home page

**YAHOO! MAIL**    Welcome, wbcms1960
[Sign Out, My Account]

Search the Web    [Search]
Mail Home - Mail Tutorials - Help

Mail | Addresses | Calendar | Notepad | What's New - Mail For Mobile - Upgrades - Options

[Check Mail]  [Compose]                              [Search Mail]  [Search the Web]

Vonage: unlimited LD local calling $24.99/mo    **Please register your mobile phone to activate this feature.**

Folders[Add - Edit]    Register your phone to receive a text message when you receive Mail from particular senders.

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

What's your Credit Score?

| | |
|---|---|
| Date: | Sun, 20 Nov 2005 20:32:12 -0500 |
| From: | "Ilro Lee" <leeilro@gmail.com>  Add to Address Book  Add Mobile Alert<br>Yahoo! DomainKeys has confirmed that this message was sent by gmail.com. Learn more |
| To: | bchism@jam.rr.com, "Brad Chism" <wbcms1960@yahoo.com>, "Chad Gosselink" <Chadgosselink@yahoo.com> |

RingtonesForYou

All Free!

Subject: Agreement

Did you guys had the chance to read what I sent you about how we structure the company to give me incentives to work new products and build the new ops and WCI contacts in timely manner?
Well, as soon as I get the nod from you two I want to quit the firm. I thought about how we go about doing this, and I couldn't come up with a better way.



Choose your

credit card



RingtonesForYou

All Free!

I want to go to John and say I have lost my inner desire to work and I need to have a significant change in life. Also want to concentrate on school.

Please let me know on your thoughts.



Previous | Next | Back to Messages  Save Message Text | Full Headers

### Move Options

- [New Folder]

### Forward Options

- As Inline Text
- As Attachment

### Reply Options

- Reply To Sender
- Reply To Everyone

### Mail Shortcuts

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P

- Folders Ctrl+⇧+F
- Advanced Search Ctrl+⇧+S

- Options
- Help Ctrl+⇧+H

### Address Book Shortcuts

- Add Contact
- Add Category
- Add List

- View Contacts
- View Lists