AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WINNING CONNECTIONS, INC.

        Plaintiff(s)

vs.

WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK AND CORPORATE JOHN DOE 1

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05CV02397

To the Clerk of this court and all parties of record:

Please enter the appearance of   FRANK W. TRAPP   as counsel in this
                                    (Attorney's Name)

case for:   William Bradford "Brad" Chism
              (Name of party or parties)

12/28/05
Date

*/s/ Frank W. Trapp*
Signature

Frank W. Trapp
Print Name

316729
BAR IDENTIFICATION

P.O. Box 23066
Address

Jackson, MS 39225-3066
City    State    Zip Code

(601) 360-9333
Phone Number