UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No.: 1:05-cv-02397 (GK)<br>WILLIAM BRADFORD CHISM, CHAD )<br>GOSSELINK AND CORPORATE JOHN DOE 1 )<br>)<br>Defendants. ) | |

### NOTICE OF APPEARANCE

TO:  Nancy Meyer-Whittington
Clerk of the Court
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

**PLEASE NOTE** the entry of appearance of A. Neal Barkus (Bar No. 362893), Thomas M. Hughes (Bar No. 460134) and Scot A. Hinshaw (Bar No. 449723) of the law firm of Hunton & Williams LLP as counsel of record for Defendant Chad Gosselink, pursuant to Local Rule 83.6(a). Hunton & Williams LLP is located at 1900 K Street, N.W., Washington, D.C. 20006. The telephone number is (202) 955-1500. The facsimile number is (202) 778-2201.

Respectfully submitted,

CHAD GOSSELINK,

*[signature]*
A. Neal Barkus (Bar No. 362893)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

*[signature]*
Thomas M. Hughes (Bar No. 460134)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

*[signature]*
Scot A. Hinshaw (Bar No. 449723)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2005, the foregoing Notice of Entry of Appearance was served by the Court's electronic filing system and facsimile upon:

>David J. Farber, Esq.
>Patton Boggs LLP
>2550 M Street, N.W.
>Washington, D.C. 20037

and by e-mail on:

>James W. Craig, Esq.
>Phelps Dunbar LLP
>111 East Capitol Street
>Suite 600
>Jackson, MS 39225

_____