UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. </br></br> Plaintiff, </br></br> v. </br></br> William Bradford Chism, Chad Gosselink and Corporate John Doe 1 </br></br> Defendant. | Case No.: 1:05-cv-02397 (GK) |

**DECLARATION OF KAREN BROWN**
**28 U.S.C. § 1746**

Karen Brown, under penalty of perjury states:

1. My name is Karen Brown. I am over eighteen years of age and am fully competent to testify to the facts contained in this declaration. Except where otherwise noted, this declaration is based on personal knowledge.

2. I am a paralegal at the law firm of Hunton & Williams in Washington, DC.

3. I printed from Winning Connections' web site (www.winningconnections.com) the summary of Mr. Gosselink's experience as Vice President of Operations. A true and accurate copy of this web page is at Exhibit 1.

4. I printed from Winning Connections' web site a copy of the press release "WC's Chad Gosselink Named 'Rising Star'" dated January 21, 2005. A true and accurate copy of this press release is at Exhibit 2.

5. I printed from msbusiness.com a press release from the Mississippi Business Journal, "Winning Connection Takes Home Pollies." A true and accurate copy of this article is at Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 27, 2005.

*Karen Brown*
Karen Brown





## ABOUT US

### Chad W. Gosselink
Vice President of Operations

Chad W. Gosselink joined the firm in 1998. A graduate of Connecticut College, Chad trains, coordinates and manages all of the firm's calling centers across the country. In the final week of the 2000 election, Chad managed more than 5,000 callers at more than twenty centers from coast to coast. Like all our staff, Chad is available to answer questions from our clients 24x7, except on those occasions when he has accidentally submerged his cellphone in a body of water. "No taxation without representation" is his motto. From 1989 to 1991, Chad toured the country in his Aries-K car following Three Dog Night.



Winning Connections wins American Association of Political Consultants Award...

home



EXHIBIT

# Winning Connections

- Who We Are
- What We Do
- Research & Strategy
- Our Clients
- News & Commentary
- Contact Us
- Search
- Home

# WC's Chad Gosselink Named 'Rising Star'

## Tuesday, June 21st, 2005

**Browse by category**

- All News & Commentary (10)
- News and Events (1)
- Press Releases (1)

## Syndicate

- RSS

Chad Gosselink, WC's Vice President of Operations, has been named a "Rising Star" in political consulting by *Campaigns and Elections* magazine. Gosselink was recognized for his accomplishments in the area of strategic voter mobilization. "The Rising Stars can be expected to be heard from in future campaigns, and will form the next generation of standouts in the political consulting industry," said the magazine in its June 2, 2005 issue.

One of the first employees at Winning Connections, Gosselink has created and managed more than 1,000 programs for clients such as the Democratic National Committee, the Sierra Club, and Blue Cross Blue Shield.

"Chad has a tremendous understanding of the strategic choices in targeting voters effectively, and at the same time, he has a sure hand when it comes to managing the myriad details involved in delivering tens or even hundreds of thousands of phone calls in multiple programs that often run simultaneously," said John Jameson, the president of Winning Connections.

Each year, *Campaigns and Elections* honors 20 up-and-coming political consultants who have displayed excellence working on direct mail, polling, get-out-the-vote operations, fundraising or political advocacy. This year's winners were honored at the magazine's annual campaign training seminar, held in Washington, DC on Saturday, June 18th, 2005.

Click here to see the full *Campaigns & Elections* article.

**EXHIBIT 2**

🗓 Tuesday, June 21st, 2005 at 3:38 pm [Permalink] | 💬 Both comments and pings are currently closed.
📁 All News & Commentary.

« WC Client Wins Big in PA
PR Week Cites Winning Connections »

---

Winning Connections, Inc.  ·  317 Pennsylvania Avenue, SE  ·  Washington, D.C.  ·  (202) 544-5910  ·  Terms of Use



# HEADLINE NEWS

**Winning Connections takes home Pollies**

January 27, 2005

JACKSON — Winning Connections recently won 15 awards for its phone campaigns from the American Association of Political Consultants (AAPC) at the premier annual event for political professionals. Winning Connections was recognized in 10 of the 17 phone categories, winning "Pollies" for programs ranging from statewide candidate campaigns and early get-out-the-vote efforts to 527 work and grassroots advocacy.

According to Winning Connections, it took away more Pollies than any of the 13 other phone firms receiving awards. AndWinning Connections has won more Pollies than its competitors in five out of the past six years.

Ridgeland resident and Winning Connection's vice president for policy campaigns Brad Chism managed 10 of the 15 award-winning phone programs for the firm. Chism operates the Southern regional office for Winning Connections, located in downtown Jackson.

Winning Connections earned the Gold award for a calling program on behalf of Justice James Graves, the only African-American on the Mississippi Supreme Court. The firm also earned two Pollies for calling programs on behalf of the Jackson Convention Center referendum last November. And it received a Pollie for an automated calling program for Attorney General Jim Hood in his successful 2003 general election campaign.

"It's indeed an honor for Winning Connections to be recognized by our national peers for work across the country. And it's especially gratifying to win awards for programs we did right here in Mississippi. These Pollies are as much a reflection of the strengths of our clients in Mississippi as the talents of our firm," Chism said.

### Executive Classifieds

Looking for commercial land or office space ? Interested in upcoming auctions? Check out MBJ's online classifieds.

More Information

### Subscribe to MBJ

The *Mississippi Business Journal* is Mississippi's only statewide business publication. Have the MBJ delivered weekly to your office or home.On the Money, To the Point, Every Monday.

More Information

### Special Events

**ISSUE OF THE WEEK**

Will you be making any resolutions for 2006?

○ Yes
○ No

[Vote]

View Results

**Today's News Sponsored by:**









EXHIBIT 3

Explore the list of upcoming events sponsored by the *Mississippi Business Journal*. Make your plans now to attend.

More Information

## Book of Lists

Book of Lists 2005 presents 128 pages of detailed information on everything from CPA firms to MBA programs, Internet Service Providers to Property Management Firms, Advertising Agencies to Third-party Administrators. Contact information, size and specialties are covered.

More Information

Home | E-bulletin | Archives | Subscribe / Renew | Book of Lists | Internet Directory
Staff | Advertising | Special Publications | Special Events | Online Store | Classifieds

© Designed and Hosted by U.S. NetworX.