UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. <br><br> Plaintiff, <br><br> v. <br><br> William Bradford Chism, Chad Gosselink and Corporate John Doe 1 <br><br> Defendants. | Case No.: 1:05-cv-02397 (GK) |

DECLARATION OF CHAD GOSSELINK
28 U.S.C. §1746

Chad Gosselink, under penalty of perjury, states:

1. My name is Chad Gosselink. I am over eighteen years of age and am fully competent to testify to the facts contained in this declaration. I am a defendant in this action.

2. Winning Connections, Inc. is a small provider of services such as voter telephone surveys to political campaigns, political action committees and other organizations interested in grass roots organizing. I began employment at Winning Connections, Inc. in 1998 and rose to the position of Vice President For Operations.

3. As Vice President For Operations, I designed the original database system that served as the foundation for the current system in use at Winning Connections to track the status of the various projects referred to as the "Operations" or "Ops" system. That system was based on the Microsoft Access database program and was fully

functional when I resigned my position with Winning Connections on November 30, 2005.

4. As a part of my job, I managed the relationship between Winning Connections and the telephone survey companies who were retained to contact voters. Altogether, I was responsible for managing call center logistics for well over 1000 calling programs for hundreds of clients.

5. I was nominated by Winning Connections for recognition by *Campaigns and Elections* magazine as a "Rising Star." That designation is used for individuals under the age of 40 who are beginning to make their mark in political consulting or advocacy. I have attached a copy of the nomination form submitted by Winning Connections. It states that "Chad oversaw a network of large telephone call centers all over the country and managed millions of calls." (Ex. 1).

6. Winning Connections used a contact management database program that was basically Microsft Outlook modified slightly to permit different views of the stored contact information. Any employee of Winning Connections could access and add contact names and other information about them to WCI Contacts. The identities of current, former or potential customers can be placed in this database along with vendors, general consultants, and subcontractors. But this information is available to the public. For example, a large source of business for Winning Connections is political campaigns for federal and state offices. It is public knowledge when elections are scheduled. The identities of campaign directors and any other official involved with a campaign for any candidate are not secret. They can be learned by searching the campaign's website or making a simple telephone call. This is often how Winning

Connections learns the information.

7. Winning Connections had no written or oral security policy. There was no company policy or guidance with respect to what information the company considered confidential or what information employees could or could not disclose to outsiders. Each Winning Connections employee had a user ID and a password, which was required to log onto the company's computer network. Once logged onto the network any employee had access to WCI Contacts. The company's computer server was housed in an unlocked room. Employees were not required to log off of their computers when they left their desks for long periods or when they left overnight, and many did not. Instead, it was encouraged that employees stay logged on so that other employees could use someone else's computer, if necessary. WCI's computers also did not automatically lock or log a user off after a certain amount of inactivity. There was no policy that required employees to clean their desks of any work-related materials when they left the office. There were no locked filing cabinets or storage areas for use by employees.

8. Consultants of Winning Connections also had unlimited access to the network and to WCI Contacts. WCI had no written contracts with its consultants. Thus, there were no written agreements with consultants restricting access to or disclosure of information from WCI Contacts or any other computer file on the system. We had one consultant that was an employee of another company called Group Cast. That employee was given full access to the network and WCI Contacts, but was not an employee of WCI. WCI paid Group Cast for the employee's work.

9. At no time have I entered into any contractual agreement with Winning

3

Connections that restricted my ability to compete with the company after I departed or that restricted my ability to solicit customers of Winning Connections or potential customers whose identities I learned while working for Winning Connections. As Vice President for Operations, I would know if any employees of Winning Connections had such contractual agreements with Winning Connections. None did.

10. While employed by Winning Connections, I and two fellow employees sought an equity share in the business from the sole owner, John Jameson. These fellow employees were Brad Chism and Ilro Lee. The equity offer made by Mr. Jameson was inadequate, leading the three of us to discuss forming our own business. This ultimately led to the resignation of all three of us from Winning Connections between early November and mid-December 2005. The three of us now operate in a de facto partnership arrangement called Zata-3, which seeks to provide services similar to those provided by Winning Connections.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration, consisting of four pages including this signature page, is true and correct. Executed on December 28, 2005.

_____
Chad Gosselink

## Rising Stars Nomination Form

Each year, *Campaigns & Elections* magazine selects its Rising Stars of politics. The 2005 batch of Rising Stars will be featured in the May issue.

Rising Stars are those under age 40 who are beginning to make their mark in political consulting or advocacy. Qualifications can include managing a winning campaign that their candidate was expected to lose, or excellence working on direct mail, polling, get-out-the-vote operations, fund-raising and media, among others. Elected officials will not be considered.

Nominations must include a high-resolution picture of the nominee, or they will not be considered.

Ten Republicans, 10 Democrats and a maximum of five Independent or non-partisan nominees will be selected.

To submit a nominee, return this form **COMPLETELY** filled out, with the accompanying picture. E-mail completed forms to risingstars@campaignline.com.

- Name: Chad W. Gosselink

- Company or campaign: Winning Connections Inc.

- Company description (location, type of consulting, client list, etc.)
Winning Connections is a progressive/Democratic D.C.-based phone voter contact and grassroots advocacy firm. WC has developed and conducted programs for over 1,200 campaigns in 48 States. Our clients include candidates, interest groups and trade associations, as well as corporations. Among our recent clients are Blanche Lincoln for Senate, the Sierra Club, the DNC, the DCCC, the Missouri Hospital Association and Blue Cross Blue Shield.

- Position: Vice-President of Operations

- Birth date: 4/2/74

- Educational background: BA in Government, Connecticut College (claims UConn during basketball season)



• Employment history: second employee of Winning Connections (5/8/1998)

• Accomplishments: Chad has developed and managed more than one thousand voter contact programs for hundreds of clients. For these campaigns, Chad oversaw a network of large telephone call centers all over the country and managed millions of calls.

Here's just one example of Chad's technical and strategic achievements:

In November of 2002, the Mississippi Legislature was in special session to consider a sweeping tort restrictions measure. Adjournment of the legislative session was the only way the bill would be stopped. Winning Connections got the call from the client late on the Friday before Memorial Day, after a competitor said it couldn't get the project done in time. Within hours, Chad was able to help develop the targeting strategy and list, the phone scripts, and the patch-through calling system. Calls started going out that day. Chad first routed the calls to the lawmakers' private business numbers and then over the weekend to their home numbers. The following Monday, Chad rerouted the calls to the lawmaker's businesses. Then on Tuesday, calls went back to the State Capitol. In one case, where we tracked only four patch-through calls to a representative's home, the lawmaker remarked to our client that he'd received more than thirty calls over the weekend on this matter. The client told us, "Thanks for such a quick turnaround on this project… We were fighting a much better funded opposition and the program helped to level the playing field."

Chad has employed this same level of creativity to enhance campaign programs for candidate campaigns, interest groups, labor unions and 527s.

• Please explain in 200 words or less why this person should be considered a
Rising Star:

Chad Gosselink's technical expertise, political savvy and management skills have helped propel Winning Connections from its inception as a small start-up to its current position as a leader in phone voter contact and grassroots advocacy.

Over his seven-year history with the firm, Chad has implemented systems giving Winning Connections the ability to manage hundreds of simultaneous projects involving thousands of callers. In the 2004 election cycle, Chad oversaw more than 20 million phone calls. He has developed an in-depth understanding of how to strategically target constituents and customize scripts to mobilize individual voters through one-on-one conversations on a mass scale.

Chad also has created efficient methods of providing useful analysis and reports on calling programs. This data helps shape not only the phone program but often the overall campaign strategy as well. Chad's knowledge and vision are the cornerstones of a firm that leverages strategic thinking, research, technology, and industry knowledge to provide superior services that surpass its clients' expectations.

In short, Chad's invaluable contributions to Winning Connections and to the political consulting industry in general clearly make him a rising star.

Note: A high-resolution photo of at least 300 dpi **MUST** be included for consideration.

**Nominee Contact Information:**
E-mail address: cwg@winningconnections.com
Phone number: 202-544-5910

**Your Contact Information:**
Name: John Jameson
Position: President, Winning Connections Inc.
E-mail address: jj@winningconnections.com
Phone number: 202-544-5910

**The deadline for submission is Friday, April 1, 2005.**

Pictures may also be sent by hard copy to:

Rising Stars
*Campaigns & Elections* magazine
1629 K Street, NW, The Mezzanine
Washington, D.C. 20006

For more information, please contact *Campaigns & Elections* Editor-In-Chief David Mark at dmark@campaignline.com or (202) 207-0534, or Managing Editor Morgan E. Felchner at mfelchner@campaignline.com or (202) 207-0507.

*Note: Incomplete applications will not be considered.*