UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., | MOTION TO APPEAR PRO HAC VICE |
| Plaintiff, | |
| vs. | |
| WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK, AND CORPORATE JOHN DOE 1, | NO. 1:05CV02397 |
| Defendants | |

W. Thomas Siler, Jr., James W. Craig and Paige Craig Jones (collectively, "Applicants") submit their Motion to Appear *Pro Hac Vice*, pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, as co-counsel on behalf of defendant, William Bradford "Brad" Chism ("Chism"). Chism would show unto the Court the following:

1. Applicants are W. Thomas Siler, Jr., James W. Craig, and Paige Craig Jones.

2. Applicants are attorneys with the law firm of Phelps Dunbar, LLP, in Jackson, Mississippi, and their office address is 111 East Capitol Street, Suite 600, Jackson, Mississippi 39201. Their mailing address is P.O. Box 23066, Jackson, Mississippi 39225-3066. Applicants' phone number is (601) 352-2300.

2. Applicants have been admitted to practice before the Mississippi Supreme Court and the Northern and Southern Districts of Mississippi. W. Thomas Siler, Jr. and James W. Craig have also been admitted to practice before the Fifth Circuit and the United States Supreme Court.

3. No Applicant has been disciplined by any bar.

4. No Applicant has admitted *pro hac vice* in this Court within the last two years.

5. No Applicant engages in the practice of law from an office located in the District of Columbia, is a member of District of Columbia Bar or has an application for membership pending.

6. Declarations of the Applicants are attached hereto as Exhibits "A," "B" and "C."

WHEREFORE, PREMISES CONSIDERED, Defendant, William Bradford "Brad" Chism respectfully requests this Court admit Applicants, W. Thomas Siler, Jr., James W. Craig and Paige Craig Jones to be admitted to practice *pro hac vice* and represent him in this matter before this Court.

DATED this 28th day of December, 2005.

PHELPS DUNBAR LLP


By:  s/ Frank W. Trapp
Frank W. Trapp (DC Bar No. 316729)
111 East Capitol Street • Suite 600
Jackson, Mississippi 39201-2122
P. O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777

ATTORNEYS FOR WILLIAM
BRADFORD "BRAD" CHISM

JO.99316734.1

## CERTIFICATE OF SERVICE

I, Frank W. Trapp, hereby certify that a copy of the foregoing Motion to Appear *Pro Hac Vice* has been served via electronic filing to the following:

David J. Farber
Susan Baldwin
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037

A. Neal Barcus
Hunton & Williams
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 955-1592
Telecopier:  (202) 778-2201

THIS, the 28th day of December, 2005.

/s/ Frank W. Trapp
FRANK W. TRAPP

JO.99316734.1