UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK, AND CORPORATE JOHN DOE 1,<br><br>　　　　Defendants | DECLARATION OF W. THOMAS SILER, JR.<br><br>NO. 1:05CV02397 |

STATE OF MISSISSIPPI

COUNTY OF HINDS

Pursuant to 28 U.S.C. §1746, I, the undersigned W. THOMAS SILER, JR., make the following statement under penalty of perjury.

1.　My name is W. Thomas Siler, Jr., and I am a partner with the law firm of Phelps Dunbar, LLP in Jackson, Mississippi.

2.　William Bradford "Brad" Chism, one of the defendants in the above-entitled civil action, has requested that I represent him in this matter.

3.　My office address is 111 East Capitol Street, Suite 600, Jackson, Mississippi 39201. My mailing address is P.O. Box 23066, Jackson, Mississippi 39225-3066. My telephone number is (601) 352-2300.

4.　I have been admitted to practice law before the Mississippi Supreme Court, the Northern and Southern Districts of Mississippi, the Fifth Circuit and the United States Supreme Court.

5.　I have never been disciplined by any bar.

6.　I have never been admitted pro hac vice in this Court.


EXHIBIT A

JO.99316735.1

- 2 -

7.  I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

8.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.



W. THOMAS SILER, JR.