UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., | |
| Plaintiff, | DECLARATION OF JAMES W. CRAIG |
| vs. | |
| WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK, AND CORPORATE JOHN DOE 1, | NO. 1:05CV02397 |
| Defendants | |

STATE OF MISSISSIPPI

COUNTY OF HINDS

Pursuant to 28 U.S.C. §1746, I, the undersigned JAMES W. CRAIG, make the following statement under penalty of perjury:

1. My name is James W. Craig, and I am a partner with the law firm of Phelps Dunbar, LLP in Jackson, Mississippi.

2. William Bradford "Brad" Chism, one of the defendants in the above-entitled civil action, has requested that I represent him in this matter.

3. My office address is 111 East Capitol Street, Suite 600, Jackson, Mississippi 39201. My mailing address is P.O. Box 23066, Jackson, Mississippi 39225-3066. My telephone number is (601) 352-2300.

4. I have been admitted to practice law before the Mississippi Supreme Court, the Northern and Southern Districts of Mississippi, the Fifth Circuit and the United States Supreme Court.

5. I have never been disciplined by any bar.

6. I have never been admitted pro hac vice in this Court.

7. I do not engage in the practice of law from an office located in the District of


EXHIBIT B

JO.99316736.1

- 2 -

Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

8.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

JAMES W. CRAIG