UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK, AND CORPORATE JOHN DOE 1,<br><br>Defendants | DECLARATION OF PAIGE CRAIG JONES<br><br>NO. 1:05CV02397 |

STATE OF MISSISSIPPI

COUNTY OF HINDS

Pursuant to 28 U.S.C. §1746, I, the undersigned PAIGE CRAIG JONES, make the following statement under penalty of perjury:

1. My name is Paige Craig Jones, and I am an attorney with the law firm of Phelps Dunbar, LLP in Jackson, Mississippi.

2. William Bradford "Brad" Chism, one of the defendants in the above-entitled civil action, has requested that I represent him in this matter.

3. My office address is 111 East Capitol Street, Suite 600, Jackson, Mississippi 39201. My mailing address is P.O. Box 23066, Jackson, Mississippi 39225-3066. My telephone number is (601) 352-2300.

4. I have been admitted to practice law before the Mississippi Supreme Court and the Northern and Southern Districts of Mississippi.

5. I have never been disciplined by any bar.

6. I have never been admitted *pro hac vice* in this Court.

JO.99316737.1



EXHIBIT C

- 2 -

7.  I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

8.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

*Paige Craig Jones*
PAIGE CRAIG JONES