UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM BRADFORD "BRAD" CHISM, CHAD GOSSELINK, AND CORPORATE JOHN DOE 1,<br><br>    Defendants | JOINDER IN OPPOSITION OF CHAD GOSSELINK TO PLAINTIFF'S MOTION FOR EXPEDITED PRELIMINARY INJUNCTION<br><br>NO. 1:05CV02397 |

    COMES NOW, William Bradford "Brad" Chism, one of the defendants herein, and files his Joinder in Opposition of Chad Gosselink to Plaintiff's Motion for Expedited Preliminary Injunction.

    Wherefore, defendant, William Bradford "Brad" Chism, respectfully requests this Court deny plaintiff's motion and award to him any other relief to which he may be entitled.

DATED this 28th day of December, 2005.

                                                    PHELPS DUNBAR LLP

                                                    By:  s/ Frank W. Trapp
                                                            Frank W. Trapp (DC Bar No. 316729)
                                                            111 East Capitol Street • Suite 600
                                                            Jackson, Mississippi 39201-2122
                                                            P. O. Box 23066
                                                           Jackson, Mississippi 39225-3066
                                                           Telephone: (601) 352-2300
                                                           Facsimile: (601) 360-9777

                                                           ATTORNEYS FOR WILLIAM
                                                           BRADFORD "BRAD" CHISM

- 2 -

## CERTIFICATE OF SERVICE

I, Frank W. Trapp, hereby certify that a copy of the foregoing Joinder has been served via electronic filing to the following:

David J. Farber
Susan Baldwin
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037

A. Neal Barcus
Hunton & Williams
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 955-1592
Telecopier:  (202) 778-2201

THIS, the 28th day of December, 2005.

/s/ Frank W. Trapp
FRANK W. TRAPP