**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **WINNING CONNECTIONS, INC.,**         )<br>                                       )<br>        **Plaintiff,**                 )<br>                                       )<br>    v.                                 )    Civil Action No. 05-2397 (GK)<br>                                       )<br>**WILLIAM BRADFORD CHISM,**             )<br>    **et al.,**                        )<br>                                       )<br>        **Defendants.**                )<br>                                       ) | |

### O R D E R

A Teleconference was held in this case on December 29, 2005. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that the parties shall file the following items no later than **January 10, 2006:**

>   (1) Their proposals for seeking a resolution to Plaintiff's Motion for Preliminary Injunction [Dkt. #3] through mediation, negotiation, or any other formal or informal ADR process; and
>
>   (2) A proposed discovery schedule for issues relating to Plaintiff's Motion for Preliminary Injunction;

**IT IS FURTHER ORDERED** that, if possible, the parties shall file the above-referenced items jointly, as consent proposals.

December 29, 2005                             __/s/_____
                                              GLADYS KESSLER
                                              U.S. District Judge

**Copies to**: **attorneys on record via ECF**