AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/21/05 @ 2:05 pm |
| NAME OF SERVER (PRINT) Thomas Mitchell | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

XX G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   Mrs. Chism, wife.

G    Returned unexecuted: _____

G    Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-22-5     *Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order; Exhibits 1-9; Certification Pursuant to Local Rule 7.1; Consent to Proceed Before A United States Magistrate Judge for all Purposes; Verified First Amended Complaint with Exhibits 1-9; Plaintiff's Motion for Expedited Preliminary Injunction with Exhibits 1,2,A & B; [Proposed] Order; Plaintiff's First Set of Expedited Interrogatories to Each Defendant; Plaintiff's First Set of Expedited Document Requests to Each Defendant; and Final Notice of Deposition

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Winning Connections, Inc.
317 Pennsylvania Ave, S.E.
Suite 200
Washington, D.C. 20003

v.

William Bradford Chism,
Chad Gosselink, and
John Doe #1

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02397

JUDGE: Gladys Kessler

DECK TYPE: General Civil

DATE STAMP: 12/14/2005

TO: (Name and address of Defendant)

William Bradford Chism
221 Westfield Road
Ridgeland, MS 39157

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Farber
Patton Boggs LLP
2550 M St, N.W.
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         DEC 14 2005
CLERK                                DATE

(By) DEPUTY CLERK