AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WINNING CONNECTIONS, INC.

       Plaintiff(s) )
)
)
       vs. )
WILLIAM BRADFORD CHISM, CHAD )
GOSSELINK AND CORPORATE JOHN DOE 1 )
       Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:05-cv-02397 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Scot A. Hinshaw__ as counsel in this
                                       (Attorney's Name)

case for: __Defendant William Bradford Chism__
                   (Name of party or parties)

January 6, 2006
Date

_/s/ Scot A. Hinshaw_
Signature

449723
BAR IDENTIFICATION

Scot A. Hinshaw
Print Name

1900 K Street, N.W.
Address

Washington, D.C. 20006
City    State    Zip Code

202-955-1500
Phone Number