AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WINNING CONNECTIONS, INC.

       Plaintiff(s)     )     **APPEARANCE**
                     )
           vs.         )     CASE NUMBER   1:05-cv-02397 (GK)
WILLIAM BRADFORD CHISM, CHAD )
GOSSELINK AND CORPORATE JOHN DOE 1 )
      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   A. Neal Barkus   as counsel in this
                                 (Attorney's Name)

case for:   Defendant William Bradford Chism
                (Name of party or parties)

January 6, 2006
Date

Signature: [signed] A. Neal Barkus

A. Neal Barkus
Print Name

362893
BAR IDENTIFICATION

1900 K Street, N.W.
Address

Washington, D.C. 20006
City     State     Zip Code

202-955-1500
Phone Number