AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WINNING CONNECTIONS, INC.

       Plaintiff(s)   )  **APPEARANCE**
)
)
       vs.   )   CASE NUMBER   1:05-cv-02397 (GK)
WILLIAM BRADFORD CHISM, CHAD   )
GOSSELINK AND CORPORATE JOHN DOE 1 )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __A. Neal Barkus__ as counsel in this
                              (Attorney's Name)

case for: __Defendant Chad Gosselink__
               (Name of party or parties)

_January 4, 2006_         _[signature]_
Date         Signature

       A. Neal Barkus
_362893_         Print Name
BAR IDENTIFICATION

       1900 K Street, N.W.
       Address

       Washington, D.C. 20006
       City    State    Zip Code

       202-955-1500
       Phone Number