UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM BRADFORD "BRAD" CHISM, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05CV02397(GK) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Winning Connections, Inc.'s Motion for Leave to File an Amended Complaint, memorandum of points and authorities in support thereof, and any opposition thereto, it is, this _____ day of _____, 2006, hereby ORDERED that Plaintiff's Motion is GRANTED; and

Plaintiff's Verified Second Amended Complaint shall be filed as soon as possible, but in no event later than 30 days from the date of this order.

_____
United States District Judge