AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WINNING CONNECTIONS, INC.

       Plaintiff(s)

vs.

WILLIAM BRADFORD CHISM, CHAD GOSSELINK AND CORPORATE JOHN DOE 1

       Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05-cv-02397 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Thomas M. Hughes  as counsel in this
(Attorney's Name)

case for:  Defendant Chad Gosselink
(Name of party or parties)

January 4, 2006
Date

460134
BAR IDENTIFICATION

_(signature)_
Signature

Thomas M. Hughes
Print Name

1900 K Street, N.W.
Address

Washington, D.C. 20006
City       State       Zip Code

202-955-1500
Phone Number