UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINNING CONNECTIONS, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:05CV02397(GK)
)
WILLIAM BRADFORD "BRAD" CHISM, et al. )
)
    Defendants. )
)

### [PROPOSED] ORDER GOVERNING DISCOVERY AND PRELIMINARY INJUNCTION HEARING

Upon consideration of Plaintiff Winning Connections, Inc.'s Proposed Resolution Plan and Discovery Schedule, it is, this _____ day of _____, 2006, hereby ORDERED as follows:

1. Defendants will respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Document Requests by January 21, 2006;

2. The depositions of Defendants Chism and Gosselink will take place during the week of January 23, 2006; and

3. A hearing on Plaintiff's Motion for Preliminary Injunction will take place on _____, 2006.

    SO ORDERED:

                                                                          _____
                                                                          United States District Judge