UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINNING CONNECTIONS, INC., )
 )
Plaintiff, )
 )
v. ) Civil Action No. 1:05CV02397(GK)
 )
WILLIAM BRADFORD "BRAD" CHISM, et al. )
 )
Defendants. )
_____)

## [PROPOSED] ORDER GOVERNING DISCOVERY, MEDIATION AND PRELIMINARY INJUNCTION HEARING

Upon consideration of Plaintiff Winning Connections, Inc.'s Proposed Resolution Plan and Discovery Schedule, it is, this _____ day of _____, 2006, hereby ORDERED as follows:

1. Defendants will respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Document Requests by January 20, 2006;

2. Plaintiff Winning Connections will provide to Defendants a list of proprietary and confidential business information and trade secrets that will be the subject of this litigation within five business days of receipt of Plantiff's First Set of Interrogatories and Plaintiff's First Set of Document Requests;

3. Mediation on issues related to Plaintiff's Motion for Preliminary Injunction will take place for one day by January 30, 2006, with all parties sharing equally in the costs of the mediator; and

4. The Court appoints _____ as the mediator to handle this matter.

5. In the event the mediation is not successful, a hearing on Plaintiff's Motion for Preliminary Injunction will be held upon February ___, 2006.

SO ORDERED

_____
United States District Judge