UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. </br></br> Plaintiff, </br></br> v. </br></br> William Bradford Chism, Chad Gosselink and Corporate John Doe 1 </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 1:05-cv-02397 (GK) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DEFENDANTS' PROPOSAL FOR RESOLVING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND DISCOVERY SCHEDULE

Pursuant to the Court's Order dated December 29, 2005, Defendants William Bradford Chism and Chad Gosselink ("the Defendants") respectfully submit the following proposal for seeking a resolution to the Plaintiff's Motion for a Preliminary Injunction and a proposed discovery schedule. The parties held two telephone conferences to try to resolve these issues, but were unable.

### ADR Of The Injunction Issues

The Defendants recommend a mediation by a mutually agreeable mediator be held within 10 days after the accelerated discovery proposed below, including the depositions of a WCI corporate designee, John Jameson, Brad Chism, Chad Gosselink and Ilro Lee. An earlier mediation would not be likely to result in a settlement because it would be prior to the receipt of the information needed for the parties to understand and assess their positions. Accordingly it would likely result in a further waste of time and money.

### Schedule Preceding Mediation

Rule 26(a)(1) disclosures to be provided by both parties by January 20, 2006. Plaintiff's disclosures would include the specific trade secret and confidential information alleged to have been misappropriated, and all efforts made by the plaintiff to maintain the secrecy or confidentiality of the information. Initial disclosures may be amended with respect to this information after written discovery responses are received, but not after February 7.

The first set of written discovery (interrogatories, document requests, admission requests) to be served by January 11. The Plaintiff's discovery has already been propounded.

Objections to written discovery to be served by January 18. Objections resolved as soon as possible by a Magistrate Judge.

Written discovery responses, including document production by both parties, to be served by January 30.

Deposition of a WCI corporate designee on February 13; deposition of Mr. Jameson on February 14; deposition of Mr. Chism on February 15; deposition of Mr. Lee on February 16; and deposition of Mr. Gosselink on February 17.

Mediation to be held on either February 23 or 24.

### Preliminary Injunction Hearing

If mediation is unsuccessful, the Plaintiff's brief in support of a preliminary injunction will be due March 10. Under local rules, the Defendants' opposition brief due March 21, and the Plaintiff's reply due March 28.

If necessary, a hearing will be held on April 15, or as soon thereafter as Court can schedule.

The Defendants have attached a proposed order.

WILLIAM BRADFORD CHISM AND CHAD GOSSELINK,

/s/ *A. Neal Barkus*
Its Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for Defendants*

Frank W. Trapp (Bar No. 316729)
James W. Craig (*pro hac vice*)
Phelps Dunbar LLP
111 E. Capitol Street
Suite 600
Jackson, MS 39201
601-360-9711
601-360-9777 (facsimile)

*Co-counsel for Defendant Chism*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January 2006, the foregoing Defendants' Proposal For Resolving Plaintiff's Motion for Preliminary Injunction and Discovery Schedule and a proposed Order were served by the Court's electronic filing system upon all counsel of record.

/s/ *Scot A. Hinshaw*