UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-02397 (GK) |
| ) | |
| William Bradford Chism, Chad Gosselink and ) | |
| Corporate John Doe 1 ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SCHEDULING ORDER FOR MEDIATION,
DISCOVERY AND PRELIMINARY INJUNCTION HEARING**

Upon consideration of the parties' submissions on the possible resolution of the Plaintiff's Motion for a Preliminary Injunction and a discovery schedule for this case, it is hereby

**ORDERED** that no later than January 20, 2006, the parties exchange Rule 26(a)(1) initial disclosures. The Plaintiff's disclosures will include the specific trade secret and confidential information alleged to have been misappropriated, and all efforts made by the Plaintiff to maintain the secrecy or confidentiality of the information. Initial disclosures may be amended with respect to this information after written discovery responses are received, but not after February 7; it is further

**ORDERED** that the parties serve written discovery by January 11. Objections to written discovery shall be served by January 18, and if not resolved, will be submitted to a Magistrate Judge within five days thereafter. Discovery responses shall be provided by January 30; it is further

**ORDERED** that the depositions of the individual defendants, Ilro Lee, John Jameson, and a Fed. R. Civ. P. 30(b)(6) corporate designee of the Plaintiff be taken during the week of February 13; it is further

**ORDERED** that the parties schedule and participate in mediation within 10 days of the completion of the depositions.  If the parties cannot agree upon a mediator, one will be appointed by the Court; it is further

**ORDERED** that if mediation is not successful, the Plaintiff will submit its brief in support of its Motion for a Preliminary Injunction by March 10, 2006, and the local rules will govern all opposition and reply thereto; it is further

**ORDERED** that unless the Court determines the merits of the motion on the papers, a hearing will be held on April ___, 2006.

So ordered this ___ day of January, 2006.

_____
The Honorable Gladys Kessler
United States District Judge