# EXHIBIT 1

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?
MsgId=2568_1429863_1145_655_2214_0_722_4296_1171095511&Idx=3&YY=91816&inc=25&order=down&s
from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

*Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.*

Yahoo!  My Yahoo!  Mail    Make Yahoo! your home page

**YAHOO!** MAIL    Welcome, **wbcms1960**
[Sign Out, My Account]

Search the Web [        ] [Search]

Mail Home - Mail Tutorials - Help

# ONE FREE MONTH COUPON

Mail ▾ - Addresses ▾ - Calendar ▾ - Notepad ▾ - What's New - Mail For Mobile - Upgrades - Options

[Check Mail]  [Compose]

[Search Mail]  [Search the Web]

🔲 Get VONAGE & get 1 month FREE!

**Please register your mobile phone to activate this feature.**

Folders[Add - Edit]

Register your phone to receive a text message when you receive Mail from particular senders.

- Inbox (15)
- Draft
- Sent
- Bulk[Empty]
- Trash[Empty]

Previous | Next | Back to Messages | Printable View | Full Headers

[Delete]  [Reply]  [Forward]  [Move...]

☯

**What's your**

This message is not flagged. [ Flag Message - Mark as Unread ]

**Credit Score?**

| | |
|---|---|
| Date: | Tue, 20 Sep 2005 09:09:28 -0700 (PDT) |
| From: | "Brad Chism" <wbcms1960@yahoo.com> 🔲Add to Address Book 📱 Add Mobile Alert |
| Subject: | Re: new venture |
| To: | leeilro@gmail.com |

**Get your Degree!**

**Fast, Free info.**

```
please forward to chad as i dont have his email
address now.

Cirlot -- yes, we will want to take pieces of this.
we cannot afford all of this even if we wanted it.  i
will talk more about it in email tonight.

fiscal year -- i will talk to other accts about all
this.
```

Page 2 of 5



## Refinance Now!

## Rates Still Low



## ScaryDownloads!

## Happy Halloween

leaving WC -- talked to two corporate lawyers who say
our exposure is twofold: 1. if we take propriety,
trademarked or patented systems.  There is nothing in
WCI like that so we are alright.  2. If we try to
break a contract between WC and a client.  Again,
there are no signed contracts with clients til the
last week or so.  It gets a little fuzzy after that.
For example, in AR, WC has verbal commitments from the
Beebe campaign.  The lawyers doubt that a lawsuit
against us for going after that one would stand up but
advises us to try to work out most of these issues on
the front end. they say 90% of litigation is avoided
if we sit down and say "we want to leave on good
terms. Let's talk bout some of the things in the
pipeline.  If he's smart, he'll agree to do this as he
wont want an ugly split anyway.   The other thing we
need to avoid is emailing to a WC newsletter list --
they might argue that WC put this together over the
years and we're pirating it.  What we need to do is
download the contacts we want--only those that are
public informmation from other sources--and then use a
standard outlook format for them now. The big thing to
avoid is leaving on one day and then at 5 p.m. the
same day batch emailing to the entire WCI database.
That's borderline legality but it's a slap in the face
and is likely to generator ill will

when we leave -- i think we need to try to hang on
thru November elections.  We either need to leave this
week--and only after we land a $X00,000 project and
convince them to go with us, or wait as long as we can
in 05, giving WC good service til the day we walk out.

Will write more later.
--- Ilro Lee <leeilro@gmail.com> wrote:

> This is what I sent to you and Chad last night
>   I got the proposal for the network setup. I put
> them in a spreadsheet and
> send it to you guys. Chad, can we meet with Bill and
> find out what's going
> to take to setup the company this week? We still
> need to talk more in
> details and get everything in writing, which I think
> will take some time.
> Tomorrow I will try to contact a couple insurance
> brokers to get quotes on
> business insurances. I am assuming we will need a
> general business
> insurance, keyman insurance, E&O, and health for me
> and Chad. Any other
> insurance?
>   I will hire Jim to do his thing to program a few
> things that made us so
> productive. As I mentioned to you last week, it can
> not be exactly the same
> as what we have in WC. Meaning we will have to
> program it from the scratch.
> It could cost us upto $10K to get it all working. I

```
> am thinking that Chad
> and I will survive without it until summer of 2006,
> but we will need the
> system if we do upto $2mil of business just between
> two of us. Chad, what do
> you think? If that's the case we will have to invest
> some cash next summer.
> I will do my very best to see if I could make it
> work and program it myself.
>
>  One question that I have for you guys is, to
> minimize the tax liabilities,
> do we want to spend all the money next year instead
> of this year? My heart
> is leaving WC and really want to move on but my
> brain and bank account tell
> me that we might want to wait. Or spend money on the
> IT hardware close to
> the end of the year and pay my guys on January 1st.
> Just a thought. Too
> late? What do you guys think? I might have to talk
> to an accountant about
> this but maybe we can have our fisical year ending
> October or November? Can
> Julie give us an advise on this?
>  Brad, do you want to talk about the marketing
> proposal that we received
> from Cirlot? I am assuming that you don't want to
> take everything they sent.
> You are in charge of marketing so maybe you can give
> us your thoughts on it.
>
>  Sorry, my comments are all over the place. Just
> wanted to get this moving.
>  Ilro
>
```

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

[ Delete ] [ Reply ] [ Forward ] [ Move... ]

Previous | Next | Back to Messages  Save Message Text

[ Check Mail ] [ Compose ]          [ ] [ Search Mail ] [ Search the Web ]

## Move Options

- [New Folder]
- Inbox

## Forward Options

- As Inline Text
- As Attachment