# EXHIBIT 2

This is one version of http://us.f341.mail.yahoo.com/ym/Compose?YY=36921&DelDraft=1 from your personal cache. The page may have changed since that time. Click here for the current page. Since this page is stored on your computer, publicly linking to this page will not work. **This is a partial snapshot and may not display correctly.**

Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.

Yahoo!    My Yahoo!    Mail    Make Yahoo! your home page

YAHOO! MAIL    Welcome, **wbcms1960**
[Sign Out, My Account]

Search the Web [        ] [Search]

Mail Home - Mail Tutorials - Help

Mail ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼ | What's New - Upgrades - Options

[Send] [Save as a Draft] [Spell Check] [Cancel]

Send an eCard

## There was a problem:

Insert addresses    |    Add CC Remove CC  -  Add BCC Remove BCC

To: `bchism@jam.rr.com`

Cc: `                        `

Bcc: `                        `

Subject: `file transfer`

📎 **prospect list.xls** (31k) [Remove] , 📎 **treasuary stats.xls** (27k) [Remove] ,
📎 **jamie franks 0815.doc** (34k) [Remove] , 📎 **lieutenant governor stats.xls** (22k) [Remove] ,
📎 **NCEC.doc** (35k) [Remove]

[Attach Files]