# EXHIBIT 4

This is one version of C:\Documents and Settings\bc.WINCON\My Documents\CHAD ILRO ON FORMS AND DOCUMENTS.doc from your personal cache.
The file may have changed since that time. Click here for the current file.
Since this file is stored on your computer, publicly linking to it will not work.

Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.

To: Chad and Ilro

From: Brad

Date: 10/26/05

Re: Misc Items we need to consider

There are several Winning Connections documents that we may want to think about modifying to fit our needs. I think we need to avoid an outright copy of the format of the existing documents to minimize headaches from John as well as to ensure that clients donâ€™t think we are â€˜Winning Connections Liteâ€

Item BC Opinion Person to Refine/ Upgrade Contract Documents Not bad. But Ideally would read simpler. Also, we want to be able to load the info and then all the blanks get filled in. Is CWG Proposal spreadsheet Need something that can go in a portrait format. Also will need to revise minimums and formulae we use. I think footnotes about certain assumptions would be helpful (list quality and penalties for bad lists, 30 second length on recorded calls, etc.) CWG/IL Shell Documents Concept works well but we need something that is useful for both electoral and grassroots. Need bigger box to put client references in. May want to go from 3 columns for shell to only two BC Client Reports We give them great info now. Itâ€™s simply a matter of dressing up the report a little. On the date, we want a slightly different format if possible. On some programs, we will want to show the results by day to see if there are trends. Also, I think, we need to show total phone records on the program so the client sees overall penetration and the overall goal for penetration each time we send a report. IL/CWG Invoices This works fine for me but is there something else we need on the invoices? Logo? Wiring instructions? Disclaiimer? IL Introductory Document for First time clients This may not need to be a formal document and could be a series of paragraphs that we cut and paste as necessary. On the other hand we may need an FAQ document that we send to new clients to discuss issues like: when we report results, general timelines for getting programs up, telling them what to do when they get a complaint about our calls, our policy about payment before program begins. What else? All Push Piece on our Data Processing Capabilities We have nothing now at WC but I want to be able to stress this with some clients.. It would be good to have a PDF and possibly even an insert that talks about this. Perhaps our shell documents can be generic enough to allow for this. IL/CWG Standard Reporting Format on Polling We donâ€™t do a lot of polling and I donâ€™t think we want to get into competing with big time pollsters but when we get a Robin Winston project or a small leg race to poll, it would be useful if we had some sort of template we could dump the data into rather than having to build and then show all the pivot tables each time. This may be a programming issue with the call center. Please educate me. What I would want is a clean, crisp top line report and the pivot tables with succinct labels, margins looking good, fonts of appropriate size, etc.

Yahoo! Mail - wbcms1960@yahoo.com Case 1:05-cv-02397-GK    Document 25-5    Filed 01/17/2006    Page 3 of 3    Page 2 of 5

$175,000 Loan for

under $875/month!



$200k loan for

only $730/mo.!

On 11/2/05, **Brad Chism** <wbcms1960@yahoo.com > wrote:

Contacts Database - aboiut 1500 for now  We have a
larger universe but I think it will shrink to 1500.

Initial Launch -- Depends on what mktg experts say. I
assume we'll email everybody with the launch
announcement and mail the high end 3- d stuff to about
250 or 300.

--- Ilro Lee < leeilro@gmail.com> wrote:

> Still working on the budgeting. One question for
> you. How big is the
> database of the contacts you will have in our
> contats folder and more
> importantly how many mailing and brochures that you
> will like to send out
> for the initial launch?
>
> On 10/30/05, Ilro Lee <leeilro@gmail.com > wrote:
> >
> > Here are my schedule for the rest of the year.
> >  11/11-11/13 Cleveland
> > 11/17 - 11/20 NY
> > Thanks giving
> > 12/9-12/11 most likely Montreal
> > Either week before or after the chistmas, I will
> be out of town or
> > possibly out of country.
> >  I have a packed rest of the year. Maybe we should
> really talk about
> > tighter schedule for our launch. One thing I was
> going to talk to you guys
> > about today was that, I can do designing and
> planning for the new systems,
> > but that's not even 50% of the work. I will have
> to test the system on the
> > server that we will have to purchase. This means
> we will have to talk about
> > when we should put our money together in our
> company bank so I can purchase
> > the server and software to build the system.
> >
> >  On 10/30/05, Ilro Lee < leeilro@gmail.com > wrote:
> > >
> > > Would you guys want to pick a time? Chad you
> have the three-way feature
> > > on your phone right?
> > >