# EXHIBIT 8

This is one version of http://us.f341.mail.yahoo.com/ym/ShowLetter?Msgld=5980_3207801_657_1982_918_0_1391_2312_2558287868&Idx=14&YY=62414&inc=25&order=down& from your personal cache.
The page may have changed since that time. Click here for the current page.
Since this page is stored on your computer, publicly linking to this page will not work.

Google may not be affiliated with the authors of this page nor responsible for its content. This page may be protected by copyright.

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page

YAHOO! MAIL  Welcome, wbcms1960 [Sign Out, My Account]

Search the Web [ Search ]

Mail Home - Mail Tutorials - Help

**Do you know your Credit Score?**

| Excellent | 750 - 850 | Fair | 620 - 659 | I Don't Know ? |
| Good | 660 - 749 | Poor | 350 - 619 | Find out INSTANT |

Mail | Addresses | Calendar | Notepad | What's New - Mail For Mobile - Upgrades - Options

[Check Mail] [Compose]   [Search Mail] [Search the Web]

Vonage: unlimited LD local calling $24.99/mo

**Please register your mobile phone to activate this feature.**

Folders[Add - Edit]

- Inbox (16)
- Draft
- Sent
- Bulk (1)[Empty]
- Trash[Empty]

Register your phone to receive a text message when you receive Mail from particular senders.

Previous | Next | Back to Messages

[Delete] [Reply] [Forward] [Spam] [Move...]

Printable View This message is not flagged. [ Flag Message - Mark as Unread ]

What's your Credit Score?

Date: Wed, 23 Nov 2005 13:45:49 -0500
From: "Ilro Lee" <leeilro@gmail.com>  Add to Address Book  Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by gmail.com. Learn more
To: "Brad Chism" <wbcms1960@yahoo.com>
Subject: Re: Departure schedule

New Free Daily

new company.

Horoscopes

On 11/23/05, **Brad Chism** <wbcms1960@yahoo.com> wrote:

> If you and chad have it worked out on departure
> dates,I concur. By building WCI and Ops, are you

Online Degree Programs

$200k loan for only $875/mo.!

saying for John or for new company?

--- Ilro Lee <leeilro@gmail.com> wrote:

> Have you thought about when the best time would be
> for me to leave? Chad and
> I agreed that let chad announce his departure first
> and I fade out later, by
> saying I want to concentrate on school and Chad is
> going to pay me a shit
> load of money to build WCI contacts and Ops. Allison
> also agreed. Let me
> know.
>

---

Yahoo! FareChase: Search multiple travel sites in one click.
http://farechase.yahoo.com

[Delete] [Reply] [Forward] [Spam] [Move...]

Previous | Next | Back to Messages   Save Message Text | Full Headers

[Check Mail] [Compose]   [Search Mail] [Search the Web]

**Move Options**

- [New Folder]

**Forward Options**

- As Inline Text
- As Attachment

**Reply Options**

- Reply To Sender
- Reply To Everyone

**Mail Shortcuts**

- Check Mail Ctrl+⇧+C
- Compose Ctrl+⇧+P

- Folders Ctrl+⇧+F
- Advanced Search Ctrl+⇧+S

- Options