# EXHIBIT 9



-----Original Message-----
**From:** Brad Chism [mailto:brad.chism@gmail.com]
**Sent:** Wednesday, December 07, 2005 10:38 AM
**To:**
**Subject:** Joe, I have left Winning Connections



Tried to reach you by phone and am writing by email to update you of the change.

After 3+ election cycles with Winning Connections, Chad Gosselink and I are leaving the firm to launch a new telephone voter contact firm for progressive candidates and causes.

Chad ran the call centers, oversaw the databases and directed the other aspects of the "back office" that made Winning Connections a top tier firm. Together, we will offer the experience of more than 1300 telephone voter contact programs in 48 states as we serve clients in this new firm.

I hope you'll have some time to meet so I can share the details with you soon. In the meantime, I've attached a document which addresses what I am sure are some of your natural questions about our new company.

I look forward to talking with you again soon.

--
Brad Chism
brad.chism@gmail.com

1200 G. Street NW
Suite 800
Washington, DC 20005
202.434.8727
877.857.9888
mobile 601.918.4563
fax 202.3181485


12/14/2005

*What's different about the new firm?*

We've proven that phones are most effective when part of an integrated direct voter contact strategy. They must be woven into the overall plan, reinforcing mail, field, and online outreach. So we don't push "cookie-cutter" phone programs. We have a nimble structure where we "build to suit" so that your phone program reinforces your other communications tools: We begin with an in depth review of the initial voter file data before building a calling program. And we analyze the voter feedback the only phone programs generate to strengthen future messaging to the target audience.

*Why did you leave Winning Connections?*

We'd had the rewarding experience of several election cycles at a top tier phone consulting firm. But we'd reached a point in our lives where we wanted to do our own thing.

*What about your call centers?*

Our call centers are located throughout the country to address campaign concerns about accent, time zone and calling volume capacity.

*Do you have the experience to get the job done?*

Since 1998 Chad managed call center logistics for more than 1300 calling programs in 48 states for Winning Connections. We've added operations staff that were part of our team last year during the final month of the election cycle– the system we built tracked more than one hundred fifty calling programs making six million calls across the country. And this year alone, Brad has aided clients in 27 states, ranging in size from legislative special elections to statewide ballot measures.

*What about work quality?*

Of the 13 AAPC award for excellence Winning Connections won in 2005, Brad developed and managed 10 of these programs. The previous year, Brad's calling programs won 8 awards for excellence at the AAPC.

*What about your word smithing capabilities?*

We've added a scriptwriter with previous experience as a political reporter whose bylines include the New York Times.

*Where will you be located?*

Our offices will be in Washington, DC at 200 G. St. NW, Suite 800.

*When will you be operational?*

By the time you get this document, we will have completed a calling program for a candidate in a 2006 statewide race in Florida and started a local government ballot measure calling project.