AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| *Service of the Summons and complaint was made by me[(1)] | DATE 1/24/06 | TIME 8:05 AM |
| NAME OF SERVER (PRINT) Ambiko Guice | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3924 18th Street, NE Washington, DC 20018

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/24/06
              Date

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Verified Second Amended Complaint with Exhibits, Plaintiff's First Set Of Expedited Interrogatories to Defendant Ilro Lee and Plaintiff's First Set of Expedited Document Requests To Defendant Ilro Lee

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Winning Connections, Inc.
317 Pennsylvania Avenue, S.E.
Suite 200
Washington, DC 20003

**SUMMONS IN A CIVIL CASE**

V.

William Bradford "Brad" Chism,
Chad Gosselink,
Corporate John Doe 1, and
Ilro Lee

CASE NUMBER: 1:05CV02397 (GK)

TO: (Name and address of Defendant)

Ilro Lee
3924 18th Street, N.E.
Washington, DC 20018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Farber
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    1/17/2005

CLERK                                              DATE

(By) DEPUTY CLERK