UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc.  )<br> )<br>　　　　　Plaintiff,  )<br> )<br>　　v.  )<br> )  Case No.: 1:05-cv-02397 (GK)<br>William Bradford Chism, *et al*.  )<br> )<br>　　　　　Defendants.  )<br> )<br> ) | |

### Defendants William Bradford Chism and
### Chad Gosselink's Consent Motion Regarding Filing of Answers to
### <u>Second Amended Complaint and Statement of Points and Authorities</u>

Pursuant to Federal Rules of Civil Procedure 6 and 7, Defendants William Bradford Chism and Chad Gosselink ("Chism and Gosselink"), by counsel, respectfully request this Court consider their answers to the Plaintiff's Verified Second Amended Complaint, filed contemporaneously herewith, as timely filed. Defendants believe their answers are timely, but in the event the Court or the Clerk of the Court do not consider them timely for the reasons state below, the Defendants respectfully request that the Court grant this Motion. Should the Court consider the Defendants' answers to be late filed, it is due to excusable neglect and granting this Motion will not prejudice the Plaintiff. In fact, the Plaintiff consents hereto.

In further support of this Motion, Chism and Gosselink state as follows:

1.　　On December 14, 2005, the Plaintiff filed its Complaint against the Defendants. On December 19, 2005, the Plaintiff filed its Verified First Amended Complaint, as of right and prior to the filing of an answer by the Defendants.

2.      On January 9, 2006, prior to the filing of the Defendants' answers to the Verified First Amended Complaint, the Plaintiff filed a motion to amend its already amended complaint. The Defendants' opposition to the motion to file the second amended complaint was due on January 20, 2006, 11 days later.

3.      Fed. R. Civ. P. 15 provides that a Plaintiff may amend as of right once before the filing of an answer. Thus, the Plaintiff's motion to seek leave to amend a second time before the filing of an answer was appropriate.

4.      On January 17, 2006, the Court issued a Minute Order summarily granting the Plaintiff's Motion to file its Verified Second Amended Complaint. The Plaintiff filed the Verified Second Amended Complaint the same day.

5.      Counsel for the Defendants contacted the Court's clerk the same day and inquired into the Minute Order because the time for opposition had not yet run. The Defendants were still considering filing an opposition. The Court's clerk informed the Defendants' counsel that the Court would still allow the Defendants until January 20 to file an opposition. On or about January 19, counsel for the Defendants informed the Court's clerk that they would not oppose the motion to file a Verified Second Amended Complaint.

6.      Subsequently, counsel for the Defendants considered January 23, 2006, the first date upon which an order granting the unopposed motion would have been issued, as the service date of the Verified Second Amended Complaint. Thus, the Defendants' answers would be due on February 2, 2006.

7.      Upon this filing, counsel for the Defendants is concerned that without a new order from the Court as to when exactly the Plaintiff's motion to amend was

2

technically granted, the answers filed herewith may be considered late filed. Should that be the case, counsel respectfully requests that the Court grant the instant Motion to consider the answers timely filed.

8. Counsel for the Plaintiff consents to this Motion.

Respectfully submitted,

CHAD GOSSELINK AND BRAD CHISM,

_____/s/ Scot A. Hinshaw_____
Its Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for Both Defendants*

Frank W. Trapp (Bar No. 316729)
James W. Craig (*PRO HAC VICE*)
Phelps Dunbar LLP
111 E. Capitol Street, Suite 600
Jackson, MS 39201
601-360-9711
601-360-9777 (facsimile)

*Co-counsel for Defendant Chism*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February 2006, the foregoing Defendants William Bradford Chism's and Chad Gosselink's Consent Motion Regarding Filing of Answers to Second Amended Complaint and Points and Authorities and proposed Order by the Court's electronic filing system upon all counsel of record.

                                                   /s/ Scot A. Hinshaw