UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William Bradford Chism, *et al*. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:05-cv-02397 (GK) |

## ORDER

Upon consideration of Defendants William Bradford Chism's and Chad Gosselink's Consent Motion Regarding Filing of Answers to Second Amended Complaint and Points and Authorities, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Defendants answers to the Plaintiff's Verified Second Amended Complaint, filed on February 1, 2006, are deemed timely filed.

So ordered this ___ day of February, 2006.

_____
The Honorable Gladys Kessler
United States District Judge