UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William Bradford Chism, *et al*. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:05-cv-02397 (GK) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT ILRO LEE TO RESPOND TO VERIFIED SECOND
AMENDED COMPLAINT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Ilro Lee, by counsel, respectfully requests that he be granted an extension of time in which to respond to Plaintiff Winning Connections, Inc.'s Verified Second Amended Complaint. The parties are currently negotiating the language of a settlement agreement that they have reached in principle. Though resuming the case is unlikely, Defendant Lee does not want to be in jeopardy of default. The Plaintiff consents to this extension of time. In support of this Motion, Defendant Lee states as follows:

1. On January 24, 2006, the Plaintiff served its Verified Second Amended Complaint on Defendant Lee. Defendant Lee's response is due today, February 13, 2006.

2. On February 6, 2006, upon this Court's suggestion, the parties attended mediation to seek a resolution to this case. By February 8, 2006, the parties had reached a settlement in principle, but were not able to represent final settlement to the

Court until an agreement had been drafted and signed. The parties are currently drafting such agreement.

3. Though Defendant Lee hopes this matter results in settlement, should it need to continue, Defendant Lee does not wish to default. Thus, Defendant Lee seeks an extension until and up to February 27, 2006 to respond to the Plaintiff's Verified Second Amended Complaint.

4. The Plaintiff consents to this Motion. Thus, no prejudice will result to either of the parties in granting this Motion.

WHEREFORE, Defendant Lee respectfully requests that the Court grant the foregoing Motion and provide him until February 27, 2006 to respond to the Plaintiff's claims.

Respectfully submitted,

ILRO LEE,

    /s/ Scot A. Hinshaw
Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for All Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2006, the foregoing Consent Motion for Extension of Time for Defendant Ilro Lee to Respond to Verified Second Amended Complaint and Points and Authorities In Support Thereof and proposed Order by the Court's electronic filing system upon all counsel of record.

                                                                                        /s/ Scot A. Hinshaw