**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Winning Connections, Inc. )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>William Bradford Chism, *et al*. )<br>)<br>        Defendants. )<br>)<br>) | Case No.: 1:05-cv-02397 (GK) |

**SECOND CONSENT MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT ILRO LEE TO RESPOND TO VERIFIED SECOND**
**AMENDED COMPLAINT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Ilro Lee, by counsel, respectfully requests that he be granted a second extension of time in which to respond to Plaintiff Winning Connections, Inc.'s Verified Second Amended Complaint. The parties are currently negotiating the language of a settlement agreement that they have reached in principle. Though the parties hope not to resume the case, Defendant Lee does not want a default entered against him in this matter. The Plaintiff consents to this extension of time. In support of this Motion, Defendant Lee states as follows:

    1.    On January 24, 2006, the Plaintiff served its Verified Second Amended Complaint on Defendant Lee. Defendant Lee's response was originally due February 13, 2006. On February 14, 2006, this Court granted Mr. Lee's first consent motion to extend time to respond due to the parties recent mediation and settlement in principle.

    2.    Since that time, the parties' counsel have had conflicting business and travel commitments that have delayed the drafting of a final settlement agreement. The

Parties have exchanged drafts and are still working on trying to complete the language for the same.

3. As such, Defendant Lee requests another extension of time until and up to March 31, 2006 to respond to the Plaintiff's Verified Second Amended Complaint.

4. The Plaintiff consents to this Motion. Thus, no prejudice will result to either of the parties in granting this Motion.

WHEREFORE, Defendant Lee respectfully requests that the Court grant the foregoing Motion and provide him until March 31, 2006 to respond to the Plaintiff's claims.

Respectfully submitted,

ILRO LEE,

/s/ Scot A. Hinshaw
Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2006, the foregoing Second Consent Motion for Extension of Time for Defendant Ilro Lee to Respond to Verified Second Amended Complaint and Points and Authorities In Support Thereof and proposed Order by the Court's electronic filing system upon all counsel of record.

                                                    /s/ Scot A. Hinshaw