UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William Bradford Chism, *et al*. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:05-cv-02397 (GK) |

## ORDER

Upon consideration of Defendant Ilro Lee's Second Consent Motion for Extension of Time for Defendant Ilro Lee to Respond to Verified Second Amended Complaint and Points and Authorities In Support Thereof and the Plaintiff's consent thereto, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** that Defendant Lee's Motion is **GRANTED;** and it is further

**ORDERED, ADJUDGED** and **DECREED** that Defendant Lee shall have until March 31, 2006 to respond to the Plaintiff's Verified Second Amended Complaint in this matter.

So ordered.

This ___ day of _____, 2006

_____
The Honorable Gladys Kessler
United States District Judge