UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Winning Connections, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>William Bradford Chism, *et al*. )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:05-cv-02397 (GK) |

**THIRD CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT ILRO LEE TO RESPOND TO VERIFIED SECOND
AMENDED COMPLAINT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Ilro Lee, by counsel, respectfully requests that he be granted a third extension of time in which to respond to Plaintiff Winning Connections, Inc.'s Verified Second Amended Complaint. The parties anticipate that this is the last extension they will need to either complete their negotiations on a drafted settlement agreement or return to litigation. The parties are optimistic that negotiations regarding the settlement agreement draft will conclude this week. Travel and trial schedules have been difficult to coordinate negotiations among the Plaintiff and its counsel and the three individual defendants and their counsel. The Plaintiff consents to this extension of time. In support of this Motion, Defendant Lee states as follows:

1. On January 24, 2006, the Plaintiff served its Verified Second Amended Complaint on Defendant Lee. Defendant Lee's response was originally due February 13, 2006. On February 14, 2006, this Court granted Mr. Lee's first consent motion to extend time to respond due to the parties recent mediation and settlement in principle.

On March 6, 2006, the Court granted a second extension of time until March 31, 2006 for Defendant Lee's response to the Verified Second Amended Complaint to complete the drafting of a final settlement agreement.

2. The parties have exchanged drafts and have now narrowed their differences in the drafting of a final settlement agreement. Several critical issues are outstanding. Conflicting business and travel commitments have delayed the drafting of a final settlement agreement. The parties are hopeful they will complete the negotiations by the end of this week.

3. As such, out of an abundance of caution, Defendant Lee requests another extension of time until and up to April 14, 2006 to respond to the Plaintiff's Verified Second Amended Complaint.

4. The Plaintiff consents to this Motion. Thus, no prejudice will result to either of the parties in granting this Motion.

WHEREFORE, Defendant Lee respectfully requests that the Court grant the foregoing Motion and provide him until April 14, 2006 to respond to the Plaintiff's claims.

Respectfully submitted,

ILRO LEE,

    /s/ Scot A. Hinshaw
        Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2006, the foregoing Third Consent Motion for Extension of Time for Defendant Ilro Lee to Respond to Verified Second Amended Complaint and Points and Authorities In Support Thereof and proposed Order by the Court's electronic filing system upon all counsel of record.

                /s/ Scot A. Hinshaw