**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Winning Connections, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05-cv-02397 (GK) |
| ) | |
| William Bradford Chism, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**FOURTH CONSENT MOTION FOR EXTENSION OF TIME FOR**
**DEFENDANT ILRO LEE TO RESPOND TO VERIFIED SECOND**
**AMENDED COMPLAINT AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Ilro Lee, by counsel, respectfully requests that he be granted a fourth extension of time in which to respond to Plaintiff Winning Connections, Inc.'s Verified Second Amended Complaint. This will be the last such request. The parties appear to have agreed upon final language for a settlement agreement. However, due to the Passover and Easter holidays, the parties are unable to get each of the five required signatures on the agreement before Friday, April 14. The Plaintiff consents to this extension of time. In support of this Motion, Defendant Lee states as follows:

1.      On January 24, 2006, the Plaintiff served its Verified Second Amended Complaint on Defendant Lee. Defendant Lee's response was originally due February 13, 2006. On March 29, 2006, the Court granted a third extension of time until April 14, 2006, for Defendant Lee's response to the Verified Second Amended Complaint to complete the drafting of a final settlement agreement.

2.   The parties believe they have reached a final draft of the settlement agreement.  However, the parties are not available for the next several days due to the Passover and Easter holidays to obtain each of the five signatures necessary to consider the matter settled.

3.   As such, out of an abundance of caution, Defendant Lee requests another extension of time until and up to April 28, 2006 to respond to the Plaintiff's Verified Second Amended Complaint.

4.   The Plaintiff consents to this Motion.  Thus, no prejudice will result to either of the parties in granting this Motion.

WHEREFORE, Defendant Lee respectfully requests that the Court grant the foregoing Motion and provide him until April 28, 2006 to respond to the Plaintiff's claims.

Respectfully submitted,

ILRO LEE,

         /s/ Scot A. Hinshaw
                Counsel

A. Neal Barkus (Bar No. 362893)
Thomas M. Hughes (Bar No. 460134)
Scot A. Hinshaw (Bar No. 449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
202-955-1500
202-778-2201 (facsimile)

*Counsel for All Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2006, the foregoing Fourth Consent Motion for Extension of Time for Defendant Ilro Lee to Respond to Verified Second Amended Complaint and Points and Authorities In Support Thereof and proposed Order by the Court's electronic filing system upon all counsel of record.

                                                        /s/ Scot A. Hinshaw