UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINNING CONNECTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM BRADFORD "BRAD" CHISM,, et al. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 05-02397(GK) |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, between and among plaintiff and defendants that the above-captioned action is hereby dismissed, with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated:   May 9, 2006

Respectfully submitted,

| | |
|---|---|
| /s/ David J. Farber | /s/ Scot Hinshaw <br> by Susan E. Baldwin tel. auth. 5/8/06 |
| David J. Farber (415899) <br> Susan E. Baldwin (477241) <br> Patton Boggs LLP <br> 2550 M Street, N.W. <br> Washington, D.C.  20037 <br> (Tel) 202-457-6000 <br> (Fax) 202-457-6315 <br> dfarber@pattonboggs.com <br> sbaldwin@pattonboggs.com | A. Neal Barkus (362893) <br> Scot Hinshaw (449723) <br> Hunton & Williams <br> 1900 K Street, N.W. <br> Washington, D.C.  20006 <br> (Tel) 202-955-1930 <br> (Fax) 202-778-2201 <br> nbarkus@hunton.com <br> shinshaw@hunton.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |